| FORM B1 | **United States Bankruptcy Court**<br>**Northern District of California** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Yan, Demas Wai | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>aka Dennis Yan | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): 5968 | Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>1433 7th Avenue<br>San Francisco, CA 94122 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:    San Francisco | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

- ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)

- ☑ Individual(s)
- ☐ Corporation
- ☐ Partnership
- ☐ Other
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank

**Nature of Debts** (Check one box)
- ☐ Consumer/Non-Business
- ☑ Business

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☑ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-632 - 31085

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Demas Wai Yan** |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

# Signatures

## Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   /s/ Demas Wai Yan
Signature of Debtor

X
Signature of Joint Debtor

Telephone Number (If not represented by attorney)
December 17, 2004
Date

## Signature of Attorney

X   /s/ Mark J. Romeo
Signature of Attorney for Debtor(s)

MARK J. ROMEO
Printed Name of Attorney for Debtor(s)

Firm Name
153 Townsend Street, Suite 950
Address
San Francisco CA 94107-1907

415 495 2152
Telephone Number
December 17, 2004
Date

## Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

((To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X
Signature of Attorney for Debtor(s)          Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number (Required by 11 U.S.C. § 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-632 - 31085

# Form 4.  LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## UNITED STATES BANKRUPTCY COURT
### Northern District of California

In re   Demas Wai Yan _____ ,
                Debtor

Case No. _____

Chapter _____ 11 _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

       Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. §101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Grassi, David POB 14730 San Francisco, CA 94114 | | Tort | Contingent Unliquidated Disputed Setoff | 0.00 |
| MBNA POB 15286 Wilmington DE 19886-5286 | | Credit card | | 130.00 |
| AT&T Universal MC POB 6500 Sioux Falls,  SD 57117 | | Credit card | | 499.00 |
| Citibank MC Box 6000 The Lakes, NV 89163-6000 | | Credit card | | 1,290.00 |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-632 - 31085

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Fleet Bank Credit Card Services POB 1070 Newark NJ 07101-1070 | | Credit card | | 4,344.00 |
| Capital One MC POB 85015 Richmond, VA 23285-5015 | | credit card | | 13,217.00 |
| Grassi, David c/o c/o Glasser & McDonagh 1919 Lawton Street San Francisco, CA 94122 | | Trade Debt | Contingent Unliquidated Disputed Setoff | 31,000.00 |
| Yan, Chiuk Tin 1433 7th Avenue San Francisco, CA 94122 | | Loan | | 38,000.00 |
| Li, Charles c/o Siu L. Ma 1541 Irving Street San Francisco, CA 94122 | | Assignee of disp. claim | Contingent Unliquidated Disputed Setoff | 200,000.00 |
| Chiu, Simon & Benita 768 38th Avenue San Francisco, CA 94121 | | Loan | | 324,779.00 |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-632  -  31085

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing list of twenty largest unsecured creditors and that it is true and correct to the best of my knowledge, information and belief.

Date    <u>December 17, 2004</u>      Signature    <u>/s/ Demas Wai Yan</u>

                                                  DEMAS WAI YAN

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-632 - 31085

FORM B6A
(6/90)

In re  Demas Wai Yan
_____     Case No. _____
                    Debtor                                                                (if known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Three unit Rental Property<br><br>547 23d Avenue<br>San Francisco, CA | Fee Simple | H | 1,600,000.00 | 986,662.00 |
| Condomiums 4 units<br><br>661-665 Chenery Street and 70 Wilder Street<br>San Francisco, CA | Fee Simple | H | 1,800,000.00 | 450,000.00 |
| Condominium-Hong Kong<br><br>Hong Kong<br>Block C Flat 4004<br>Tin Fu Court, Tin Shui Wai<br>N.T. Hong Kong, China | Fee Simple | H | 100,000.00 | 87,461.00 |
| | | Total ▶ | 3,500,000.00 | |

(Report also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-632 - 31085

Demas Wai Yan

In re _____     Case No. _____
                    Debtor                                          (if known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | Cash<br><br>Debtor | C | 600.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account-US Bank<br><br>US Bank<br>POB 1800<br>St. Paul, MN 55101 | H | 416.00 |
| | | Savings Account-HSBC<br><br>HSBC<br>GPO Box 21<br>Hong Kong | H | 200.00 |
| | | Checking Account-Principal Bank<br><br>Principal Bank<br>Des Moines, IA 50392 | H | 1,254.00 |
| | | Checking Account-Standard Charter Bank | H | 1,063.00 |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-632  -  31085

FORM B6B
(10/89)

In re _____ Demas Wai Yan _____ Case No. _____
                        Debtor                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Standard Charter Bank<br>GPO Box 21<br>Hong Kong | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Computer & Peripherals<br><br>Debtor | H | 1,000.00 |
| | | Furniture<br><br>Debtor | H | 2,000.00 |
| | | Books<br><br>Debtor | H | 500.00 |
| | | Stereo<br><br>debtor | H | 200.00 |
| | | CD player<br><br>Debtor | H | 300.00 |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | Mens Clothing<br><br>Debtor | H | 1,500.00 |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-632 - 31085

Demas Wai Yan

In re _____     Case No. _____
                        Debtor                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| **7. Furs and jewelry.** | | Watch<br><br>Debtor | H | 200.00 |
| **8. Firearms and sports, photographic, and other hobby equipment.** | X | | | |
| **9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each.** | X | | | |
| **10. Annuities. Itemize and name each issuer.** | X | | | |
| **11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize.** | | Ericsson Capital Accumulation Account<br><br>JP Morgan RTS<br>POB 419784<br>Kansas City, MO 64141 | H | 81,717.00 |
| **12. Stock and interests in incorporated and unincorporated businesses. Itemize.** | | Options Xpress Account<br><br>Options Xpress<br>395 La Salle Street, Suite 220<br>Chicago, IL 60603 | H | 16,487.00 |
| | | Crossblue, Inc. (CA)<br><br>Debtor | H | 0.00 |
| | | Crossblue Networks, Inc. (WA)<br><br>Debtor | H | 0.00 |
| | | American Asia Investment, LLC (NV)<br><br>Debtor | H | 0.00 |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-632 - 31085

FORM B6B
(10/89)

Demas Wai Yan

In re _____ Case No. _____
                        Debtor                                                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | | Claims Damages, Costs, etc. Yan v. Chen<br>Debtor | H | Indeterminate |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | Acura 1990<br>Debtor | H | 3,500.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-632  -  31085

Demas Wai Yan

In re _____     Case No. _____
              Debtor                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

____0____ continuation sheets attached

Total ▶  $        110,937.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-632 - 31085

Demas Wai Yan

In re _____     Case No._____
                     Debtor                                                                    (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under

(Check one box)

☐ 11 U.S.C. §522(b)(1)   Exemptions provided in 11 U.S.C. §522(d).  Note:  These exemptions are available only in certain states.

☑ 11 U.S.C. §522(b)(2)   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| Acura 1990 | C.C.P. 703.140(b)(2) | 2,975.00 | 3,500.00 |
| Computer & Peripherals | C.C.P. 703.140(b)(3) | 1,000.00 | 1,000.00 |
| Furniture | C.C.P. 703.140(b)(3) | 2,000.00 | 2,000.00 |
| Books | C.C.P. 703.140(b)(3) | 500.00 | 500.00 |
| Mens Clothing | C.C.P. 703.140(b)(3) | 1,500.00 | 1,500.00 |
| Watch | C.C.P. 703.140(b)(4) | 200.00 | 200.00 |
| Stereo | C.C.P. 703.140(b)(3) | 200.00 | 200.00 |
| CD player | C.C.P. 703.140(b)(3) | 300.00 | 300.00 |
| Cash | C.C.P. 703.140(b)(5) | 600.00 | 600.00 |
| Checking Account-US Bank | C.C.P. 703.140(b)(5) | 416.00 | 416.00 |
| Savings Account-HSBC | C.C.P. 703.140(b)(5) | 200.00 | 200.00 |
| Checking Account-Principal Bank | C.C.P. 703.140(b)(5) | 1,254.00 | 1,254.00 |
| Options Xpress Account | C.C.P. 703.140(b)(5) | 16,487.00 | 16,487.00 |
| Ericsson Capital Accumulation Account | C.C.P. 703.140(b)(10)(E) | 81,717.00 | 81,717.00 |
| Checking Account-Standard Charter Bank | C.C.P. 703.140(b)(5) | 718.00 | 1,063.00 |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-632  -  31085

**In re** _____ ,      **Case No.** _____

Demas Wai Yan

       **Debtor**                                                      **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Chen, Stella <br>C/O William Webb Farrer <br>300 Montgomery Street, Suite 600 <br>San Francisco, CA 94104 <br><br> VALUE $     1,800,000.00 | | | Incurred: 2002 <br>Lien: Deed of Trust <br>Security: Condominium Units-663-665 <br>Chenery Street, San Francisco | X | X | X | 450,000.00 | 0.00 |
| ACCOUNT NO. 181-4-091821 <br><br>Hong Kong Government Home Ownership Sch. <br>GPO 21 <br>Hong Kong <br><br> VALUE $     100,000.00 | | | Incurred: 2000 <br>Lien: Mortgage <br>Security: Condominium-Hong Kong <br>Balances on Statements are in HKD | | | | 87,461.00 | 0.00 |
| ACCOUNT NO. 0657838975 <br><br>Washington Mutual <br>POB 78037 <br>Phoenix, AZ 85062-8037 <br><br> VALUE $     1,600,000.00 | | | Incurred: 2003 <br>Lien: Deed of Trust <br>Security: 547 23d Avenue, San Francisco CA | | | | 745,220.00 | 0.00 |
| ACCOUNT NO. 0624918041 <br><br>Washington Mutual Consumer Lending <br>Consumer Lending BR2CLFL <br>1501 Yamato Road <br>Boca Raton, FL 33431 <br><br> VALUE $     1,600,000.00 | | | Incurred: 2002 <br>Lien: Deed of Trust <br>Security: Rental Proerty, 547 23d Avenue, San Francisco | | | | 241,442.00 | 0.00 |

0 _____ continuation sheets attached

Subtotal ► (Total of this page)    $ 1,524,123.00

Total ► (Use only on last page)    $ 1,524,123.00

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-632 - 31085

In re Demas Wai Yan                                              ,          Case No._____
_____
Debtor                                                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐  **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐  **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☑  **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-632 - 31085

Demas Wai Yan

In re _____,     Case No. _____
          **Debtor**                                                    **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Taxes & Debts to Governments

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  xxx-xxxx-5968<br><br>Franchise Tax Board, California<br>POB 2952<br>Sacramento, CA 95813-2952 | | | | X | X | | Notice Only | Notice Only |
| ACCOUNT NO.  xxx xxxx 5968<br><br>IRS<br>Insolvency Section<br>1301 Clay Street, Suite 1400-South<br>Oakland, CA 94612-5210 | | | Consideration: Income tax 1040 | X | X | | Notice Only | Notice Only |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors
Holding Priority Claims

Subtotal ➤ | $ | 0.00
(Total of this page)

Total ➤ | $ | 0.00
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-632 - 31085

In re _____Demas Wai Yan_____,  Case No. _____
           **Debtor**                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AT&T Universal MC<br>POB 6500<br>Sioux Falls, SD 57117 | | | Consideration: Credit Card Debt (Unsecured) | | | | 499.00 |
| ACCOUNT NO.<br><br>Capital One MC<br>POB 85015<br>Richmond, VA 23285-5015 | | | Consideration: Credit Card Debt (Unsecured) | | | | 13,217.00 |
| ACCOUNT NO.<br><br>Chiu, Simon & Benita<br>768 38th Avenue<br>San Francisco, CA 94121 | | | Incurred: 2003-2004<br>Consideration: Personal Loan | | | | 324,779.00 |
| ACCOUNT NO. 5424 1806 3914 9449<br><br>Citibank MC<br>Box 6000<br>The Lakes, NV 89163-6000 | | | Incurred: 2004<br>Consideration: Credit Card Debt (Unsecured) | | | | 1,290.00 |

_____2_____ continuation sheets attached

Subtotal ➤  
(Total of this page)      | $ | 339,785.00 |

Total ➤  
(Use only on last page)      | $ | |

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-632 - 31085

Demas Wai Yan

In re _____,    Case No. _____

**Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4305 5001 3263 7672<br><br>Fleet Bank Credit Card Services<br>POB 1070<br>Newark, NJ 07101-1070 | | | Incurred: 2004 | | | | 4,344.00 |
| ACCOUNT NO.<br><br>Fu, Dong<br>5813 Geary Blvd.<br>PMB 188<br>San Francisco, CA 94121 | | | Incurred: 2002-2004<br>Consideration: Claims not assigned to Chen or Li | X | X | X | Unknown |
| ACCOUNT NO.<br><br>Grassi, David<br>POB 14730<br>San Francisco, CA 94114 | | | Consideration: Claim for Malicious Prosecution | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>Grassi, David c/o<br>c/o Glasser & McDonagh<br>1919 Lawton Street<br>San Francisco, CA 94122 | | | Incurred: 2003<br>Consideration: Claim for money, Fraudulent Convyance<br>May be subject to preference recovery | X | X | X | 31,000.00 |
| ACCOUNT NO.<br><br>Li, Charles<br>c/o Siu L. Ma<br>1541 Irving Street<br>San Francisco, CA 94122 | | | Incurred: 2002<br>Consideration: Assignee of contractor claim | X | X | X | 200,000.00 |

Sheet no. _1_ of _2_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $ | 235,344.00
(Total of this page)
Total ➤ | $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-632 - 31085

Demas Wai Yan

In re _____,     Case No. _____
                    **Debtor**                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5490 3529 6301 7414<br><br>MBNA<br>POB 15286<br>Wilmington, DE 19886-5286 | | | Incurred: 2002<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 130.00 |
| ACCOUNT NO.<br><br>Santiesteban, Felipe<br>1512 20th Street<br>San Francisco, CA 94107 | | | Incurred: 2004<br>Consideration: Claim in arbitration | X | X | X | Unknown |
| ACCOUNT NO.<br><br>Suen, Wei<br>c/o Charlene Drummer<br>Schwartz & Cera<br>44 Montgomery Street, Suite 3850<br>San Francisco, CA 94104 | | | Consideration: Claim for 25% interest in Chenery Street<br>Duplicates Stella Chen claims | X | X | X | Notice Only |
| ACCOUNT NO.<br><br>Yan, Chiuk Tin<br>1433 7th Avenue<br>San Francisco, CA 94122 | | | Incurred: 2004<br>Consideration: Personal Loan | | | | 38,000.00 |
| ACCOUNT NO. | | | | | | | |

Sheet no. _2_ of _2_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $ | 38,130.00
(Total of this page)
Total ➤ | $ | 613,259.00
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-632 - 31085

FORM B6G
(10/89)

Demas Wai Yan

In re _____     Case No._____
                       Debtor                                                     (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| Bernal, Gabriela<br>Benjamin, Leroi<br>665 Chenery Street<br>San Francisco, CA 94131 | Residential Lease of unit for term 665 Chenery Street |
| Thiel, Michael<br>Hafiz, Saeeda<br>70 Wilder Street<br>San Francisco, CA 94131 | Residential Lease for term 70 Wilder Street |
| Santiesteban, Felipe<br>1512 20th Street<br>San Francisco, CA 94107 | Sale Contract for 661 Chenery Street, San Francisco, OR Title Co. Esc. No. 0222002535 ICH |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-632 - 31085

Demas Wai Yan

In re _____     Case No. _____
                    Debtor                                                (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-632 - 31085

Demas Wai Yan

In re_____ ,          Case No._____
                        Debtor                                                              (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status:<br><br>Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP<br><br>No dependents | AGE |

| Employment:<br>Occupation | DEBTOR<br>Real Estate Broker | SPOUSE |
|---|---|---|
| Name of Employer | Self | |
| How long employed | 2 yrs | |
| Address of Employer | | N.A. |
| | | |

**Income:** (Estimate of average monthly income)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | | $ 0.00 | $ N.A. |
| Estimated monthly overtime | | $ 0.00 | $ N.A. |
| SUBTOTAL | | $ 0.00 | $ N.A. |
| LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | | $ 0.00 | $ N.A. |
| b. Insurance | | $ 0.00 | $ N.A. |
| c. Union Dues | | $ 0.00 | $ N.A. |
| d. Other (Specify:_____) | | $ 0.00 | $ N.A. |
| SUBTOTAL OF PAYROLL DEDUCTIONS | | $ 0.00 | $ N.A. |
| TOTAL NET MONTHLY TAKE HOME PAY | | $ 0.00 | $ N.A. |
| Regular income from operation of business or profession or farm (attach detailed statement) | | $ 0.00 | $ N.A. |
| Income from real property | | $ 7,550.00 | $ N.A. |
| Interest and dividends | | $ 0.00 | $ N.A. |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | | $ 0.00 | $ N.A. |
| Social security or other government assistance (Specify)_____ | | $ 0.00 | $ N.A. |
| Pension or retirement income | | $ 0.00 | $ N.A. |
| Other monthly income (Specify)_____ | | $ 0.00 | $ N.A. |
| | | $ 0.00 | $ N.A. |
| TOTAL MONTHLY INCOME | | $ 7,550.00 | $ N.A. |

TOTAL COMBINED MONTHLY INCOME          $ 7,550.00                (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

unknown

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-632  -  31085

Demas Wai Yan

In re _____ ,    Case No. _____
　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

　　Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 0.00 |
| Are real estate taxes included?　　　Yes _____ No ✓ | |
| Is property insurance included?　　　Yes _____ No ✓ | |
| Utilities　　Electricity and heating fuel | $ 200.00 |
| 　　　　　　Water and sewer | $ 50.00 |
| 　　　　　　Telephone | $ 350.00 |
| 　　　　　　Other _____ | $ 0.00 |
| Home maintenance (Repairs and upkeep) | $ 1,000.00 |
| Food | $ 600.00 |
| Clothing | $ 200.00 |
| Laundry and dry cleaning | $ 100.00 |
| Medical and dental expenses | $ 100.00 |
| Transportation (not including car payments) | $ 500.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 200.00 |
| Charitable contributions | $ 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
| 　　　　　　Homeowner's or renter's | $ 300.00 |
| 　　　　　　Life | $ |
| 　　　　　　Health | $ 125.00 |
| 　　　　　　Auto | $ 40.00 |
| 　　　　　　Other _____ | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify)_____ | $ 0.00 |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan) | |
| 　　　　　　Auto | $ 0.00 |
| 　　　　　　Other _____ | $ 0.00 |
| 　　　　　　Other _____ | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| Other _____ | $ 0.00 |

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)　　　$ 3,765.00

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A.  Total projected monthly income | $ N.A. |
| B.  Total projected monthly expenses | $ N.A. |
| C.  Excess income (A minus B) | $ N.A. |
| D.  Total amount to be paid into plan each _____ N.A. _____ | $ N.A. |
| 　　　　　　　　　　　　　　　　　　　　(interval) | |

Case: 04-33526   Doc# 1   Filed: 12/19/04   Entered: 12/19/04 16:23:42   Page 22 of 39

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-632 - 31085

# United States Bankruptcy Court
## Northern District of California

Demas Wai Yan

In re _____     Case No. _____
            Debtor                                        (If known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A  -  Real Property | YES | 1 | $    3,500,000.00 | | |
| B  -  Personal Property | YES | 5 | $    110,937.00 | | |
| C  -  Property Claimed As Exempt | YES | 1 | | | |
| D  -  Creditors Holding Secured Claims | YES | 1 | | $    1,524,123.00 | |
| E  -  Creditors Holding Unsecured Priority Claims | YES | 2 | | $    0.00 | |
| F  -  Creditors Holding Unsecured Nonpriority Claims | YES | 3 | | $    613,259.00 | |
| G  -  Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H  -  Codebtors | YES | 1 | | | |
| I  -  Current Income of Individual Debtor(s) | YES | 1 | | | $    7,550.00 |
| J  -  Current Expenditures of Individual Debtor(s) | YES | 1 | | | $    3,765.00 |
| Total Number of Sheets in ALL Schedules ▶ | | 17 | | | |
| Total Assets ▶ | | | 3,610,937.00 | | |
| Total Liabilities ▶ | | | | 2,137,382.00 | |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-632  -  31085

In re    Demas Wai Yan                    ,        Case No.                             

                       Debtor                                               (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of        **18**

sheets and that they are true and correct to the best of my knowledge, information and belief.      (Total shown on summary page plus 1)

Date    **December 17, 2004**             Signature    **/s/ Demas Wai Yan**

                                                                                             Debtor

Date                                Signature    **Not Applicable**

                                                           (Joint Debtor, if any)

                       [If joint case, both spouses must sign]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

    I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____       _____

Printed or Typed Name of Bankruptcy Petition Preparer       Social Security No.
                                                          (Required by 11 U.S.C. § 110(c).)

_____

_____

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____      _____

Signature of Bankruptcy Petition Preparer                             Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. §156.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-632 - 31085

**FORM 7.  STATEMENT OF FINANCIAL AFFAIRS**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

In Re   Demas Wai Yan                  Case No. _____

             (Name)                                                    (if known)

                    Debtor

## STATEMENT OF FINANCIAL AFFAIRS

     This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

     Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

     *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

     *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

     **1.   Income from employment or operation of business**

None
☐

     State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

     AMOUNT                          SOURCE (if more than one)

| | AMOUNT | | SOURCE (if more than one) |
|------|--------|-------|---------------------------|
| 2004 | 60750 | Rents | FY: 1/1/04 to 12/31/04 |
| 2003 | 0 | Rents | FY: 1/1/03 to 12/31/03 |
| 2002 | 0 | Rents | FY: 1/1/02 to 12/31/02 |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-632 - 31085

**2.  Income other than from employment or operation of business**

None ☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

**3.  Payments to Creditors**

None ☐

a.    List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| MBNA<br>POB 15286<br>Wilmington, DE 19886-5286 | 11/16/04 | 18733 | 130 |
| Grassi, David c/o<br>c/o Glasser & McDonagh<br>1919 Lawton Street<br>San Francisco, CA 94122 | 11/8/04 | 32506 | 0 |
| Washington Mutual Consumer Lending<br>Consumer Lending BR2CLFL<br>1501 Yamato Road<br>Boca Raton, FL 33431 | 10/27/04; 12/14/04 | 3280 | 241442 |
| Washington Mutual<br>POB 78037<br>Phoenix, AZ 85062-8037 | 10/4/04; 11/2/04 | 5600 | 745220 |
| Citibank MC<br>Box 6000<br>The Lakes, NV 89163-6000 | 11/8/04 | 1290 | 1290 |

None ☐

b.    List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors, who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Chiu, Simon & Benita<br>768 38th Avenue<br>San Francisco, CA 94121<br>Relationship: Sister and Brothr in Law-payment for draws on thier line of credit | 10/8/04; 11/5/04; 12/6/04; 12/15/04 | 3920 | 244779 |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc. - ver. 3.8.0-632 - 31085

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Yan, Chiuk Tin<br>1433 7th Avenue<br>San Francisco, CA 94122<br>Relationship: Parents | 10/7/04 | 604 | 38000 |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐    a.    List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Santiesteban v. Yan No. 04-504608 | Pet. to compel arbitration | San Francisco Superior court | Pending; stayed by stipulation |
| Yan v. Alliance Title Company, No. 436872 | Decl. and Inj. relief | San Francisco Superior Court | Pending |
| Grassi v. Yan 04-436834 | Complaint for Malicious Pros. | San Francisco Superior Court | Pending |
| Grassi v. Yan No. 321905 | Collection | San Francisco Superior Court | Judgment 5/25/04; satisfied 11/04 |
| Grassi v. Yan No. 04-436141 | Fraudulent Conveyance | San Francisco Superior Court | Pending |
| Li v. Yan No. 04-431802 | Claim for contracting by assignee | San Francisco Superior Court | Pending |
| Wei Suen v. Yan No. 04-433246 | Claim for liquidation of alleged partnership interest | San Francisco Superior Court | Pending; consolidated with Yan v. Fu, No. 428960 |
| Yan v. Dong Fu et al. No. 04-428960 | Quiet Titel, Dec. Relief; cross action for jud. foreclosure | San Francisco Superior Court | |

None ☒    b.    Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-632 - 31085

**5. Repossessions, foreclosures and returns**

None ☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Chen, Stella C/O William Webb Farrer 300 Montgomery Street, Suite 600 San Francisco, CA 94104 | Sale date noticed for 12/28/04 | Condominium units, $1,800,000 |

**6. Assignments and Receiverships**

None ☒    a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☒    b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ☒    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-632 - 31085

**8. Losses**

None ☒

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Mark J. Romeo | 12-15-04 | $15,000 |

**10. Other transfers**

None ☐

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Chiuk Tin Yan<br>Tina Foon Yu Yan<br>1433 7th Avenue<br>San Francisco, CA 94122<br>Relationship: Parents | 4/5/04 | 547 23d Avenue<br>San Francisco CA 94122<br>title only changed, deed without consideration |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-632 - 31085

**11.  Closed financial accounts**

None  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which
☐  were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this
case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;  shares
and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and
other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information
concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless
the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS<br>OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR<br>DIGITS OF ACCOUNT NUMBER,<br>AND AMOUNT OF FINAL BALANCE | AMOUNT AND<br>DATE OF SALE<br>OR CLOSING |
|---|---|---|
| US Bank<br>1850 Irving St.<br>San Francisco, CA 94122 | Bus. Checking No. 1261<br>  Closing Balance: 80 | 12/15/04 |
| US Bank<br>1850 Irving St.<br>San Francisco, CA 94122 | Bus. Checking No. 1887<br>  Closing Balance: 80 | 12/15/04 80.00 |

**12.  Safe deposit boxes**

None  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other
☒  valuables within one year immediately preceding the commencement of this case.     (Married debtors filing
under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a
joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS OF BANK<br>OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF<br>THOSE WITH ACCESS TO BOX<br>OR DEPOSITORY | DESCRIPTION OF<br>CONTENTS | DATE OF<br>TRANSFER OR<br>SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days
☒  preceding the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include
information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are
separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE<br>OF<br>SETOFF | AMOUNT<br>OF<br>SETOFF |
|---|---|---|

**14.  Property held for another person**

None  List all property owned by another person that the debtor holds or controls.
☒

| NAME AND<br>ADDRESS OF OWNER | DESCRIPTION AND<br>VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-632  -  31085

**15. Prior address of debtor**

None ☒

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                          NAME USED                          DATES OF OCCUPANCY

---

**16. Spouses and Former Spouses**

None ☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

Mei Ling Fang

---

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

---

None ☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

---

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-632 - 31085

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☐

a.  If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| American Asia Investment, LLC | 88-0478378 | 1433 7th Avenue San Francisco CA 94122 | Brokerage | 9/9/2000-present |
| Crossblue Networks | none | 5400 Carillon Point Kirkland, WA 98033 | none | 12/22/2003-12/04 |
| Crossblue, Inc. | 20-0840705 | 1433 7th Avenue San Francisco, CA 94122 | none | 3/23/04-12/04 |

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-632 - 31085

**19. Books, record and financial statements**

None ☐  a.   List all bookkeepers and accountants who within the six years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                          DATES SERVICES RENDERED

Debtor

None ☒  b.   List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement  of the debtor.

NAME                    ADDRESS                    DATES SERVICES RENDERED

None ☐  c.   List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

NAME                    ADDRESS

Debtor

None ☒  d.   List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                          DATE
                                         ISSUED

**20. Inventories**

None ☒  a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY        INVENTORY SUPERVISOR        DOLLAR AMOUNT OF INVENTORY
                                                     (Specify cost, market or other basis)

None ☒  b.   List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                          NAME AND ADDRESSES OF CUSTODIAN OF
                                           INVENTORY RECORDS

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-632  -  31085

**21. Current Partners, Officers, Directors and Shareholders**

None ☒    a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS      NATURE OF INTEREST      PERCENTAGE OF INTEREST

None ☒    b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS      TITLE      NATURE AND PERCENTAGE OF STOCK OWNERSHIP

**22. Former partners, officers, directors and shareholders**

None ☒    a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

NAME      ADDRESS      DATE OF WITHDRAWAL

None ☒    b.    If the debtor is a corporation, list all officers, and directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

NAME AND ADDRESS      TITLE      DATE OF TERMINATION

**23. Withdrawals from a partnership or distribution by a corporation**

None ☒    If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR      DATE AND PURPOSE OF WITHDRAWAL      AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY

**24. Tax Consolidation Group**

None ☒    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION      TAXPAYER IDENTIFICATION NUMBER (EIN)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-632 - 31085

**25. Pension Funds**

None    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to
☒       which the debtor, as an employer, has been responsible for contributing at any time within the six-year period
        immediately preceding the commencement of the case.

NAME OF PENSION FUND                    TAXPAYER IDENTIFICATION NUMBER (EIN)

*     *     *     *     *     *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any
attachments thereto and that they are true and correct.

Date    December 17, 2004                Signature        /s/ Demas Wai Yan
                                         of Debtor        DEMAS WAI YAN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have
provided the debtor with a copy of this document.

_____        _____
Printed or Typed Name of Bankruptcy Petition Preparer        Social Security No.
                                                             (Required by 11 U.S.C. § 110(c).)

_____
_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____        _____
Signature of Bankruptcy Petition Preparer                              Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.*
*11 U.S.C. § 110;  18 U.S.C. §156.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-632 - 31085

_0_    continuation sheets attached

***Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571***

```
AT&T Universal MC
POB 6500
Sioux Falls,  SD 57117


Capital One MC
POB 85015
Richmond, VA 23285-5015


Chen, Stella
C/O William Webb Farrer
300 Montgomery Street, Suite 600
San Francisco, CA 94104


Chiu, Simon & Benita
768 38th Avenue
San Francisco, CA 94121


Citibank MC
Box 6000
The Lakes, NV 89163-6000


Fleet Bank Credit Card Services
POB 1070
Newark, NJ 07101-1070


Franchise Tax Board, California
POB 2952
Sacramento, CA 95813-2952


Fu, Dong
5813 Geary Blvd.
PMB 188
San Francisco, CA 94121


Grassi, David
POB 14730
San Francisco, CA 94114


Grassi, David c/o
c/o Glasser & McDonagh
1919 Lawton Street
San Francisco, CA 94122
```

```
Hong Kong Government Home Ownership Sch.
GPO 21
Hong Kong


IRS
Insolvency Section
1301 Clay Street, Suite 1400-South
Oakland, CA 94612-5210


Li, Charles
c/o Siu L. Ma
1541 Irving Street
San Francisco, CA 94122


MBNA
POB 15286
Wilmington, DE 19886-5286


Santiesteban, Felipe
1512 20th Street
San Francisco, CA 94107


Suen, Wei
c/o Charlene Drummer
Schwartz & Cera
44 Montgomery Street, Suite 3850
San Francisco, CA 94104


Washington Mutual
POB 78037
Phoenix, AZ 85062-8037


Washington Mutual Consumer Lending
Consumer Lending BR2CLFL
1501 Yamato Road
Boca Raton, FL 33431


Yan, Chiuk Tin
1433 7th Avenue
San Francisco, CA 94122
```

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

In re  Demas Wai Yan                                    ,

                                Debtor

Case No. _____

Chapter ____11_____

## VERIFICATION OF LIST OF CREDITORS

      I hereby certify under penalty of perjury that the attached List of Creditors which consists of 2 pages, is true,

correct and complete to the best of my knowledge.

Date  December 17, 2004

Signature
of Debtor

/s/ Demas Wai Yan

DEMAS WAI YAN

Mark J. Romeo
153 Townsend Street,
Suite 950
San Francisco CA 94107-1907
415 495 2152
415 974 1692

# United States Bankruptcy Court
## Northern District of California

In re  Demas Wai Yan

Case No. _____

Chapter _____11_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept .........................…………………………. $ _____0.00_____

Prior to the filing of this statement I have received ......…………….................. $ ___14,160.00___

Balance Due .........................…………………………..................…………........... $ _____0.00_____

2.  The source of compensation paid to me was:

☐ Debtor        ☑ Other (specify)   Debtor's parents

3.  The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

December 17, 2004                                   /s/ Mark J. Romeo
_____          _____
Date                                                      Signature of Attorney

_____
Name of law firm

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.8.0-632 - 31085