Form UCC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: Demas Wai Yan | Case No.: 04–33526 TEC 11 |
|     aka     Dennis Yan | Chapter: 11 |
|            Debtor(s) | |

### UNSECURED CREDITORS' COMMITTEE ACCEPTANCE/REJECTION FORM

Under Title 11 U.S.C.1102, the U.S. Trustee is authorized to appoint a committee of creditors holding unsecured claims. A creditors' committee is authorized by this section to:

1. Employ an attorney or other professionals at the expense of the estate;
2. Investigate relevant matters;
3. Request appointment of a trustee/examiner;
4. Participate in the formation of a plan;
5. Perform other services that are in the committee's best interests.

This committee will ordinarily consist of persons willing to serve that hold the seven largest claims against the debtor of the kinds represented on such a committee. We are informed that you hold such a claim to be eligible for this committee.

The early formation of this committee is important to the administration of the case. To assist us in forming this committee, please complete this form and return to the address below, as soon as possible.

```
CREDITOR'S NAME:

ADDRESS:

CITY:                        STATE:            ZIP:

PHONE: (    )                FAX: (     )

AMOUNT OF UNSECURED CLAIM:        $

Willingness to serve?    _____Yes    _____No
If willing to serve:

I hereby certify that I am an unsecured creditor and that I am not
an "insider" as defined in 11 U.S.C. §101.


SIGNED: _____    DATED:

PRINT NAME OF INDIVIDUAL:
TITLE/POSITION WITHIN CREDITOR:
```

Note: Return of this form does not constitute the filing of a proof of claim pursuant to 11 U.S.C. §501.

Return to:   Office of the United States Trustee
              235 Pine Street, Suite 700
              San Francisco, CA 94104

Dated: <u>12/21/04</u>

For the Court:

Gloria L. Franklin
Clerk of Court
United States Bankruptcy Court

**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE  OF  SERVICE

```
District/off: 0971-3          User: dbutler          Page 1 of 1          Date Rcvd: Dec 21, 2004
Case: 04-33526               Form ID: UCC            Total Served: 12

The following entities were served by first class mail on Dec 23, 2004.
db        +Demas Wai Yan,    1433 7th Avenue,    San Francisco, CA 94122-3702
aty       +Mark J. Romeo,    Law Offices of Mark J. Romeo,    153 Townsend St. #950,
           San Francisco, CA 94107-1975
7726481   +AT&T Universal MC,    POB 6500,    Sioux Falls, SD 57117-6500
7726482    Capital One MC,    POB 85015,    Richmond, VA 23285-5015
7726484   +Chiu, Simon & Benita,    768 38th Avenue,    San Francisco, CA 94121-3410
7726485   +Citibank MC,    Box 6000,    The Lakes, NV 89163-0001
7726486    Fleet Bank Credit Card Services,    POB 1070,    Newark, NJ 07101-1070
7726489   +Grassi, David,    POB 14730,    San Francisco, CA 94114-0730
7726490   +Grassi, David c/o,    c/o Glasser & McDonagh,    1919 Lawton Street,    San Francisco, CA 94122-3221
7726493   +Li, Charles,    c/o Siu L. Ma,    1541 Irving Street,    San Francisco, CA 94122-1908
7726494    MBNA,    POB 15286,    Wilmington, DE 19886-5286
7726499   +Yan, Chiuk Tin,    1433 7th Avenue,    San Francisco, CA 94122-3702

The following entities were served by electronic transmission.
NONE.                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 23, 2004**          **Signature:**          *Joseph Speetjens*