Signed and Filed: January 18, 2005

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**
_____

William Webb Farrer (SBN 95276)
LAW OFFICES OF WILLIAM WEBB FARRER
300 Montgomery Street, Suite 600
San Francisco, California 94104
(415) 765-9100
(415) 765-9109 (fax)

Attorneys for Secured Creditor
Stella Chen

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>DEMAS WAI YAN aka DENNIS YAN,<br><br>Debtor. | Case No. 04-33526<br>Chapter 11<br><br>**ORDER AUTHORIZING AND DIRECTING DEMAS YAN TO APPEAR FOR RULE 2004 EXAMINATION AND TO PRODUCE DOCUMENTS** |

      Pursuant to the application of Stella Chen ("Chen") for an order directing the debtor, Demas Wai Yan ("Yan") to appear for oral examination and answer questions within the scope of Rule 2004 of the Federal Rules of Bankruptcy Procedure and to produce certain documents more particularly described therein and good cause appearing therefor,

      IT IS HEREBY ORDERED THAT Demas Yan shall appear and submit to examination with respect to matters within the scope of Rule 2004 and to produce those documents identified on Exhibit A attached hereto on January 27, 2005, at 10:00 a.m. at the Law Offices of William Web Farrer, 300 Montgomery Street, Suite 600, San Francisco, Ca. 94104.

//

//

//

//

# EXHIBIT A

## I

## DEFINITIONS

1. The term "document" or "documents" shall mean and include all written, printed, typed, recorded, or graphic matter of every type and description, however and by whomever prepared, produced, reproduced, disseminated or made, in any form, now or formerly in the possession, custody or control of the deponent, including but not limited to, letters, e-mails correspondence, telegrams, telexes, memoranda, records, minutes, contracts, agreements, intra- and interoffice communications, microfilm, bulletins, circulars, pamphlets, studies, reports, notices, diaries, calendar entries, summaries, books, messages, instructions, work assignments, approval notes, notes, writeups, notebooks, drafts, data sheets, data compilations, computer data compilation and computer runs, worksheets, statistics, speeches, tapes, tape recordings, press releases, public statements and public announcements, public and governmental filings, financial statements, opinions and other writings and other magnetic, photographic, electronic and sound recordings and handwritten or type-written notes taken of meetings or conversations.

2. The term "Property" shall mean and include the four condominium units located at 661-665 Chenery Street and 70 Wilder Street, San Francisco, California.

3. The term "Statements" shall mean and include the Statement of Financial Affairs and Schedules of Asset and Liabilities filed by Demas Yan, a/k/a Dennis Yan on December 19, 2004.

## II

## INSTRUCTIONS

If you claim any documents listed below are privileged from publication, inspection or copying, please identify the documents with sufficient particularity to enable the requesting party, their counsel, and the Court to consider any privilege issue (identifying the document by its date, type, length, subject matter, author and the identity of all persons to whom it was sent at any time); please identify the privilege or doctrine which is claimed; and please state the complete basis for claiming the privilege or doctrine as to each document.

The requesting party requests that you produce documents as they are kept

in the usual course of business, together with all files in which produced documents are kept in the usual course of business, or that you organize and label the produced documents to correspond with the subject categories listed in this request.

These requests are continuing in nature such that if you subsequently locate or generate any documents that are responsive to these requests, you are required to produce them to counsel for the requesting party.

Unless otherwise noted, the relevant time period covered by this request is January 1, 2001, to the present.

III.

**DOCUMENTS TO BE PRODUCED**

1. The residential leases and all documents, including communications and correspondence, which refer or relate to the rental income from the Property.

2. All documents, including communications and correspondence, which evidence, refer or relate to the claim of Simon and Benita Chiu which is scheduled by the debtor in the amount of $324,779.

3. All documents, including communications and correspondence, which evidence, refer or relate to the personal loan of Chiuk Tin Yan which is scheduled by the debtor in the amount of $38,000.

4. All appraisals on the three parcels of real property listed in Schedule A to the Statements.

5. All title reports on the three parcels of real property listed in Schedule A to the Statement.

6. The Bank statements for all accounts owned or used by the Debtor during the last three years.

7. Copies of all insurance policies on the Property.

8. All documents, including communications and correspondence, which refer or relate to the transfer of the property owned at 547 23rd Avenue, S.F., Ca. to Chiuk Tin Yan and Tina Foon Yu Yan on or about April 5, 2004 as stated in response to Question 10 of the Statements.

** END OF ORDER **

1319/A001.WWF

- 3 -

| | |
|---|---|
| 1 | Service List |
| 2 | Mark J. Romeo, Esq. |
| 3 | 153 Townsend Street, Suite 950<br>San Francisco, CA 94107-1907 |
| 4 | Law Offices of William Webb Farrer |
| 5 | 300 Montgomery Street, Suite 600<br>San Francisco, CA 94104 |

LAW OFFICES OF WILLIAM WEBB FARRER
300 MONTGOMERY STREET, SUITE 600
SAN FRANCISCO, CA 94104
(415) 765-9100

1319\POS002

- 4 -