

**Signed and Filed: May 10, 2005**

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**
_____

1  MARK J. ROMEO   SBN 112002
   LAW OFFICES OF MARK J. ROMEO
2  130 Sutter Street, 7th Floor
   San Francisco, CA 94104
3  Telephone:  (415) 395-9315
   Facsimile:     (415) 395-9318
4  *romeolaw@msn.com*

5  Attorneys for Debtor
   DEMAS WAI YAN

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re   DEMAS WAI YAN,            )   Bk. No. 04-3 3526 tec
                                  )
Debtor.                           )   Chapter 11
                                  )   **ORDER AUTHORIZING SALE OF**
                                  )   **REAL PROPERTY FREE AND**
                                  )   **CLEAR OF LIENS**
                                  )
                                  )   Date:  May 2, 2005
                                  )   Time:  9:30 a.m.
                                  )   Court: Hon. Thomas Carlson
                                  )          235 Pine St. 23d Floor
                                  )          San Francisco, CA 94104
                                  )
                                  )   Property Address:
                                  )   665 Chenery Street, San Francisco
                                  )
                                  )
_____)

The motion of the Debtor in Possession an Order Authorizing Sale of Real Property Free and Clear of Liens under 11 U.S.C. §§ 363(b), and 363(f)(2)(4) and (5) came on regularly for hearing in this court on May 2, 2005. Mark J. Romeo appeared for the debtor. John Chu appeared for Wei Suen. Other appearances were noted in the record. Having reviewed the papers, pleadings and files herein, and there being good cause therefor,

1.     The sale of a condominium known as 665 Chenery Street, San Francisco, California, pursuant to a written sales agreement with buyers Eric and Yoko Markowitz for the agreed purchase price of $620,000 is approved and debtor is authorized to sell the property free

and clear of liens and encumbrances, which shall attach to the proceeds to the same priority and extent that they may be valid and enforceable. This order shall not affect the lien of the secured creditor, Stella Chen, in other real property commonly known as 661 or and 663 Chenery Street, and 70 Wilder Street, San Francisco. Further, this Order shall not affect the claims of Wei Suen to ownership of the proceeds of 665 Chenery Street, nor his claims in other real property, or the proceeds thereof, commonly known as 661 and 663 Chenery Street, and 70 Wilder Street,

2. Before the sale is closed, Debtor shall prepare instructions to the title company holding the escrow, providing that the net proceeds to seller shall be deposited directly in an insured interest bearing blocked account at Bank of the West, 505 Montgomery Street, San Francisco, California 94111 Account No. 773-033345, named "Demas Yan Reorganization Property Proceeds" pending further order of the court. Such instructions shall be subject to prior review and approval of the attorney for the lienholder, Stella Chen.

3. Based upon the declaration filed by the debtor, the court finds under 11 U.S.C. 363(m) that the sale is in good faith such that the reversal or modification on appeal of the authorization under section 1 or 2 of this order shall not affect the validity of the sale to such buyer.

4. The debtor shall not directly or indirectly receive any sales commissions as a broker.

**END OF ORDER**

# SERVICE LIST

**US Trustee**
**United States Trustee**
**235 Pine Street, Suite 700**
**San Francisco, CA 94104**

**Special Notice**
**For Creditor Stella Chen**
**WILLIAM WEBB FARRER**
**LAW OFFICES OF WILLIAM WEBB FARRER**
**300 Montgomery Street, Suite 600**
**San Francisco, CA 94104**

**Washington Mutual Bank, FA**
**7800 N 113th St.**
**Mailstop MWIB201**
**Milwaukee, WI 53224**

**Wei Suen, Claimant**
**John Chu**
CORPORATE COUNSEL LAW GROUP
505 Sansome Street, Suite 475
San Francisco, CA 94111

**Buyers**
Eric and Yoko Markowitz c/o
Zephyr Real Estate
4040 24th Street
San Francisco, California 94114

Creditors

| | |
|---|---|
| AT&T Universal MC<br>POB 6500<br>Sioux Falls, SD 57117 | POB 2952<br>Sacramento, CA 95813-2952 |
| Capital One MC<br>POB 85015<br>Richmond, VA 23285-5015 | Fu, Dong<br>5813 Geary Blvd.<br>PMB 188<br>San Francisco, CA 94121 |
| Chiu, Simon & Benita<br>768 38th Avenue<br>San Francisco, CA 94121 | Grassi, David<br>POB 14730<br>San Francisco, CA 94114 |
| Citibank MC<br>Box 6000<br>The Lakes, NV 89163-6000 | Grassi, David c/o<br>c/o Glasser & McDonagh<br>1919 Lawton Street<br>San Francisco, CA 94122 |
| Fleet Bank Credit Card Services<br>POB 1070<br>Newark, NJ 07101-1070 | Hong Kong Government Home Ownership Sch.<br>GPO 21<br>Hong Kong |
| Franchise Tax Board, California | |

| | |
|---|---|
| 1 | |
| 2 | IRS<br>Insolvency Section |
| 3 | 1301 Clay Street, Suite 1400-South<br>Oakland, CA 94612-5210 |
| 4 | |
| 5 | MBNA<br>POB 15286 |
| 6 | Wilmington, DE 19886-5286 |
| 7 | Santiesteban, Felipe<br>1512 20th Street |
| 8 | San Francisco, CA 94107 |
| 9 | Washington Mutual<br>POB 78037 |
| 10 | Phoenix, AZ 85062-8037 |
| 11 | Washington Mutual Consumer Lending<br>Consumer Lending BR2CLFL |
| 12 | 1501 Yamato Road<br>Boca Raton, FL 33431 |
| 13 | |
| 14 | Yan, Chiuk Tin<br>1433 7th Avenue<br>San Francisco, CA 94122 |
| 15 | |

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0971-3          User: dbutler              Page 1 of 1              Date Rcvd: May 10, 2005
Case: 04-33526                Form ID: pdfeoc            Total Served: 17

The following entities were served by first class mail on May 12, 2005.
             +Eric and Yoko Markowitz,   c/o Zephyr Real Estate,    4040 24th St.,    San Francisco, CA 94114-3716
cr           +Washington Mutual Bank, FA,    7800 N. 113th St.,    Mailstop MWIB201,    Milwaukee, WI 53224-3136
7726481      +AT&T Universal MC,    POB 6500,    Sioux Falls, SD 57117-6500
7726482       Capital One MC,    POB 85015,    Richmond, VA 23285-5015
7726484      +Chiu, Simon & Benita,    768 38th Avenue,    San Francisco, CA 94121-3410
7726485      +Citibank MC,    Box 6000,    The Lakes, NV 89163-0001
7894612      +David Grassi,    P. O. Box 14730,    San Francisco, CA 94114-0730
7894614      +Dong Fu,    5813 Geary Blvd., PMB 188,    San Francisco, CA 94121-2004
7726486       Fleet Bank Credit Card Services,    POB 1070,    Newark, NJ 07101-1070
7726487      +Franchise Tax Board, California,    POB 2952,    Sacramento, CA 95812-2952
7726491       Hong Kong Government Home Ownership Sch.,    GPO 21,    Hong Kong
7726492      +IRS,    Insolvency Section,    1301 Clay Street, Suite 1400-South,    Oakland, CA 94612-5217
7726494       MBNA,    POB 15286,    Wilmington, DE 19886-5286
7726495      +Santiesteban, Felipe,    1512 20th Street,    San Francisco, CA 94107-2809
7726497       Washington Mutual,    POB 78037,    Phoenix, AZ 85062-8037
7726498      +Washington Mutual Consumer Lending,    Consumer Lending BR2CLFL,    1501 Yamato Road,
               Boca Raton, FL 33431-4438
7726499      +Yan, Chiuk Tin,    1433 7th Avenue,    San Francisco, CA 94122-3702

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: May 12, 2005**        Signature: *Joseph Speetjens*