# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re: DEMAS WAI YAN

Case No. 04-33526

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** Apr. 2005  **PETITION DATE:** 12/19/04

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $654,788 | $665,969 | |
| | b. Total Assets | $4,180,747 | $4,191,928 | $3,607,237 |
| | c. Current Liabilities | $4,645 | $4,645 | |
| | d. Total Liabilities | $2,142,027 | $2,142,027 | $2,142,027 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $1,950 | $656,465 | $682,681 |
| | b. Total Disbursements | $11,994 | $8,103 | $31,707 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($10,044) | $648,362 | $650,974 |
| | d. Cash Balance Beginning of Month | $17,607 | $17,607 | $3,033 |
| | e. Cash Balance End of Month (c + d) | $7,563 | $665,969 | $654,007 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. | **Account Receivables (Pre and Post Petition)** | $0 | $0 | |
| 6. | **Post-Petition Liabilities** | $4,645 | $4,645 | |
| 7. | **Past Due Post-Petition Account Payables (over 30 days)** | $0 | $0 | |

**At the end of this reporting month:** | **Yes** | **No**

8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X
9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X
10. If the answer is yes to 8 or 9, were all such payments approved by the court? | |
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X
12. Is the estate insured for replacement cost of assets and for general liability? | X |
13. Are a plan and disclosure statement on file? | X |
14. Was there any post-petition borrowing during this reporting period? | | X

15. Check if paid: Post-petition taxes  X ;  U.S. Trustee Quarterly Fees  X  ; Check if filing is current for: Post-petition tax reporting and tax returns:  X .
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 5/15/2005 21:51

Responsible Individual

Revised

**BALANCE SHEET**
(Small Real Estate/Individual Case)
For the M    Apr.2005

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | X | $654,788 |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other: | | |
| 5 | | | |
| 6 | **Total Current Assets** | | $654,788 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | $100,000 |
| 8 | Real property (rental or commercial) | | $3,323,000 |
| 9 | Furniture, Fixtures, and Equipment | X | $2,000 |
| 10 | Vehicles | X ($2975) | $3,500 |
| 11 | Partnership interests | | $0 |
| 12 | Interest in corportations | | $0 |
| 13 | Stocks and bonds | X | $15,742 |
| 14 | Interests in IRA, Keogh, other retirement plans | X | $81,717 |
| 15 | Other: | | |
| 16 | | | |
| 17 | **Total Long Term Assets** | | $3,525,959 |
| 18 | **Total Assets** | | $4,180,747 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | $4,645 |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | $0 |
| 21 | Post-petition delinquent taxes | | $0 |
| 22 | Accrued professional fees | | $0 |
| 23 | Other: | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $4,645 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $4,645 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | $87,461 |
| 29 | Secured claims (other) | | $1,436,662 |
| 30 | Priority unsecured claims | | $0 |
| 31 | General unsecured claims | | $613,259 |
| 32 | **Total Pre-Petition Liabilities** | | $2,137,382 |
| 33 | **Total Liabilities** | | $2,142,027 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | $2,038,720 |
| 35 | **Total Liabilities and Equity (Deficit)** | | $4,180,747 |

NOTE:
Item #8 – stated amount increased to reflect pending sales contract value in lieu of estimated market value.

Revis

Case: 04-33526    Doc# 65    Filed: 05/19/05    Entered: 05/19/05 13:35:53    Page 2 of 9

SCH PG1

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

|   |                                      | **Property 1**      | **Property 2**    |
|---|--------------------------------------|---------------------|-------------------|
| 1 | **Description of Property**          | 547 23RD AVE.       | 661-665 CHENERY   |
| 2 | **Scheduled Gross Rents**            |                     | $1,950            |
|   | Less:                                |                     |                   |
| 3 |   Vacancy Factor           |                     |                   |
| 4 |   Free Rent Incentives     |                     |                   |
| 5 |   Other Adjustments        |                     |                   |
|   |                                      | $1                  |                   |
| 6 | **Total Deductions**                 | $0                  | $0                |
| 7 | **Scheduled Net Rents**              | $0                  | $1,950            |
| 8 | **Less: Rents Receivable (2)**       |                     |                   |
| 9 | **Scheduled Net Rents Collected (2)**| $0                  | $1,950            |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

|    |                                    | **Account 1**        | **Account 2**        |
|----|------------------------------------|----------------------|----------------------|
| 10 | **Bank**                           | Standard Chartered   | HSBC                 |
| 11 | **Account No.**                    | 003-58010017718      | 004-181-4-091821     |
| 12 | **Account Purpose**                | HK mortgage          | HK utilities expense |
| 13 | **Balance, End of Month**          | $5,472               | $2,725               |
| 14 | **Total Funds on Hand for all Accounts** | $654,788       |                      |

Page 1

SCH PG1

**Property 3**

|  |
|---|
|  |
|  |
|  |
|  |

| | |
|---|---|
| | $0 |
| | $0 |
| | $0 |

| **Account 3** | **Account 4** |
|---|---|
| Union Bank | Bank of the West |
| 153410242926 | 773-03345 |
| General | Reorg property proceeds |
| $138 | $646,453 |

Page 2

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
**Increase/(Decrease) in Cash and Cash Equivalents**
**For the Month Ended** Apr. 2005

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | $1,950 | $21,137 |
| 2 | Cash Received from Sales | $0 | |
| 3 | Interest Received | $0 | |
| 4 | Borrowings | | $110 |
| 5 | Funds from Shareholders, Partners, or Other Insiders | $0 | |
| 6 | Capital Contributions | $0 | $14,981 |
| 7 | Property sales proceed | $0 | $646,453 |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $1,950 | $682,681 |
| | **Cash Disbursements** | | |
| 13 | Selling | $0 | |
| 14 | Administrative | $0 | |
| 15 | Capital Expenditures | $0 | |
| 16 | Principal Payments on Debt | $0 | |
| 17 | Interest Paid | $5,237 | $17,629 |
| | Rent/Lease: | 0 | |
| 18 |    Personal Property | $0 | |
| 19 |    Real Property | $0 | |
| | Amount Paid to Owner(s)/Officer(s) | 0 | |
| 20 |    Salaries | $0 | |
| 21 |    Draws | $6,757 | $13,578 |
| 22 |    Commissions/Royalties | $0 | |
| 23 |    Expense Reimbursements | $0 | |
| 24 |    Other | $0 | |
| 25 | Salaries/Commissions (less employee withholding) | $0 | |
| 26 | Management Fees | $0 | |
| | Taxes: | $0 | |
| 27 |    Employee Withholding | $0 | |
| 28 |    Employer Payroll Taxes | $0 | |
| 29 |    Real Property Taxes | $0 | |
| 30 |    Other Taxes | $0 | |
| 31 | Other Cash Outflows: | | $500 |
| 32 | | | |
| 33 | | | |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | **Total Cash Disbursements:** | $11,994 | $31,707 |
| 38 | **Net Increase (Decrease) in Cash** | ($10,044) | $650,974 |
| 39 | **Cash Balance, Beginning of Period** | $17,607 | $3,033 |
| 40 | **Cash Balance, End of Period** | $7,563 | $654,007 |

Revised

## Financial Summary

**Information About** [Debtor in Possession #2180042329 ▼] **as of 05/13/2005**

| | | | |
|---|---|---|---|
| **Balance:** | $312.78 | **Today's Credits:** | $0.00 |
| **Available Balance:** | $312.78 | **Today's Debits:** | $0.00 |
| **Ending Avail Balance:** | $312.78 | **Last Statement Date:** | 04/18/2005 |

Go paperless. Now available. Free Online Statements.

Show: [60 ▼] Days    Show by: [Category ▼]    Sort by: [Oldest ▼]

Jump to:    Additions | Checks | Payments | ATM Withdrawals | Other Withdrawals

| **Additions** | | Debits (-) | Credits (+) |
|---|---|---|---|
| 03/18/2005 | OFFICE DEPOSIT | | $4,725.25 |
| 04/05/2005 | PAYPAL TRANSFER PPD ***********PCXA | | $1,949.95 |
| 05/06/2005 | PAYPAL TRANSFER PPD ***********W8WJ | | $1,949.95 |
| 05/09/2005 | ATM/LOBBY DEPOSIT | | $20.00 |
| **Checks** | | Debits (-) | Credits (+) |
| 03/16/2005 | Check #111 | $297.00 | |
| 03/16/2005 | Check #112 | $288.25 | |
| 03/23/2005 | Check #110 | $90.00 | |
| 03/28/2005 | Check #113 | $285.70 | |
| 03/31/2005 | Check #115 | $300.00 | |
| 04/13/2005 | Check #116 | $5,845.64 | |
| 04/15/2005 | Check #117 | $73.00 | |
| 05/06/2005 | Check #118 | $21.95 | |
| 05/10/2005 | Check #119 | $85.00 | |
| **Payments** | | Debits (-) | Credits (+) |
| 03/16/2005 | DISCOVER CARD BILL PYMT 0503166011000550 0109 | $140.03 | |
| 03/24/2005 | FB379 BLUESHIELDBILL PYMT 050324J01266719 0111 | $156.00 | |
| 04/05/2005 | 00047 PG&E BILL PYMT 0504051323968844 0107 | $8.94 | |
| 04/05/2005 | 00047 PG&E BILL PYMT 0504051157302188 0106 | $7.60 | |
| 04/06/2005 | 00047 PG&E BILL PYMT 0504067279541166 0108 | $28.85 | |
| 04/08/2005 | WASH MUTUAL.MTG BILL PYMT 0504080657838975 0102 | $2,959.95 | |
| 04/08/2005 | WASHINGTON'MUTUABILL PYMT 0504080624918041 0101 | $1,314.00 | |
| 04/14/2005 | SF WATER DEPARTMBILL PYMT 050414280197-01-0104 | $185.79 | |
| 04/14/2005 | SAN FRANCISCO WABILL PYMT 050414280199-01-0103 | $50.60 | |
| 04/15/2005 | DISCOVER CARD BILL PYMT 0504156011000550 0109 | $353.70 | |
| 05/05/2005 | 00047 PG&E BILL PYMT 0505051323968844 0107 | $9.62 | |
| 05/05/2005 | 00047 PG&E BILL PYMT 0505051157302188 0106 | $8.37 | |
| 05/09/2005 | WASHINGTON'MUTUABILL PYMT 0505090624918041 0101 | $1,271.26 | |
| **ATM Withdrawals** | | Debits (-) | Credits (+) |

| Date | Description | Amount |
|---|---|---|
| 03/18/2005 | UBOC. JAPAN CENTER C/ SAN FRANCISCO CA | $200.00 |
| 04/04/2005 | UBOC. JAPAN CENTER W/ SAN FRANCISCO CA | $200.00 |
| 05/02/2005 | UBOC. JAPAN CENTER C/ SAN FRANCISCO CA | $40.00 |
| 05/09/2005 | UBOC. JAPAN CENTER W/ SAN FRANCISCO CA | $60.00 |

**Other Withdrawals**     **Debits (-)**   **Credits (+)**

| Date | Description | Debits (-) |
|---|---|---|
| 03/18/2005 | CHECKS ENCLOSED FEE | $2.00 |
| 03/24/2005 | WITHDRAWAL | $600.00 |
| 04/18/2005 | CHECKS ENCLOSED FEE | $3.00 |
| 05/10/2005 | WITHDRAWAL | $300.00 |



# HSBC  Hong Kong

**Personal Internet Banking**

Internet Banking mainpage

| Banking | Investments | Market Info | Cards | Loans | Insurance | MPF | ORSO | eAlerts | My Details | Email |

| Transfers - Hong Kong | Transfers - Overseas | View & Pay Bills | Autopay | Time Deposits | Print | Help |

**Account Overview** | **Transaction History** | Account Info |

Total Relationship Balance

**Account:** 181-4-091821 HKD Savings ▼  View Transaction History Interval

**Show History:** ▼ **From :** 01 APR 2005 (DD/MM/YYYY)  **To :** 30 APR 2005 (DD/MM/YYYY)  [Go]

### HKD Savings  181-4-091821

**Transaction History:** ▼

| Date | Description | Withdrawal | Deposit | Balance (HKD) |
|---|---|---|---|---|
| 01 Apr 2005 | Opening Balance | | | 21,447.13 |
| 01 Apr 2005 | C GAS | 190.10 | | 21,257.03 |
| 01 Apr 2005 | Closing Balance | | | 21,257.03 |

Please click here to view the time table for transaction history to be updated.

Terms and Conditions
Disclaimer and Internet Privacy Statement
© The Hongkong and Shanghai Banking Corporation Limited

Case: 04-33526   Doc# 65   Filed: 05/19/05   Entered: 05/19/05 13:35:53   Page 8 of 9

# Account Balance

Your Account Activities from `01/04/2005` to `30/05/2005` (DD/MM/YYYY) Historical Transactions can be up to 30 days

[Submit] [Reset] Transactions performed after 11pm on Monday to Saturday or on Sunday / public holidays will be displayed on the next business day.

consolidated

**HKD Statement Savings Account**
**HKD Available Balance : 36,205.41**            **YAN DEMAS WAI**
**HKD Current Balance   : 36,205.41**            **Statement Savings A/C-HKD-7718**

| Date | Description | Deposit | Withdrawal |
|---|---|---|---|
| 30/04/2005 | CREDIT INTEREST NINT | 16.12 | |
| 03/05/2005 | LOAN REPAYMENT 12673927 2010 | | 5,921.62 |
| 04/05/2005 | SYNERGIS M S L-TFCMA TFC4004 Y | | 560.00 |

For further information, just contact us or call our 24-hour Customer Service Hotline at (852) 2886 8868 (Press "2 6 0").
According to the Personal Data (Privacy) Ordinance, you may, at any time and without charge, choose not to be included in any of our future promotion mailings. To arrange for the exclusion, simply fill out a form at any of our branches. For further enquiry on the Ordinance, you may write to our Data Protection Officer, Standard Chartered Bank (Hong Kong) Limited, GPO Box 21, Hong Kong.

Copyright © 2005 Standard Chartered Bank