

1  REIDUN STROMSHEIM #104938
   STROMSHEIM& ASSOCIATES
2  353 Sacramento Street, Suite 860      Signed and Filed: June 07, 2006
3  San Francisco, CA 94111
   Telephone: (415)989-4100
4  Fax: (415)989-2235                    _____
   E-Mail: rstromsheim@stromsheim.com    THOMAS E. CARLSON
5                                        U.S. Bankruptcy Judge
   Counsel to Janina M. Elder,           _____
6  Trustee in bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 04-33526 |
| DEMAS WAI YAN<br>AKA DENNIS YAN, | Chapter 11 |
| Debtor(s). | |

ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT

JANINA M. ELDER ("Applicant"), the trustee herein, having filed the Application for Order Authorizing Employment of Accountant and it appearing to the Court that entry of such order is in the best interest of Applicant and this estate, and that the proposed accountant, Bachecki, Crom & Co., LLP, Certified Public Accountants, is disinterested and neither holds nor represents an interest adverse to Applicant, the Chapter 11 debtor or this estate with respect to the specific matters for which employment is sought, and for good cause appearing therefore, IT IS HEREBY ORDERED that Applicant is authorized to employ Bachecki, Crom & Co., LLP, Certified Public Accountants, as the Trustee accountant to prepare and file tax returns and perform tax analysis; to analyze tax claims filed in this case; to perform asset investigation; to prepare operating reports; to analyze the tax impact of potential transactions, if necessary; to analyze as to avoidance issues, if necessary; to testify as to avoidance issues, if necessary; to

| | |
|---|---|
| 1 | prepare a solvency analysis, if necessary; to prepare wage claim withholding computations and |
| 2 | payroll tax returns, if necessary; to serve as Trustee's general accountant and to consult with the |
| 3 | Trustee and the Trustee's counsel as to those matters for this estate at a fee subject to court |
| 4 | approval. |
| 5 | IT IS FURTHER ORDERED that Bachecki, Crom & Co., LLP, CPA's be empowered to |
| 6 | act, through its officers and employees, for and on behalf of the trustee and or the estate, to |
| 7 | represent them before any taxing authority including the Internal Revenue Service and the |
| 8 | California Franchise Tax Board, to receive confidential information, to make written or oral |
| 9 | presentations of fact or argument, and to perform any and all acts on behalf of the trustee and the |
| 10 | estate which the trustee is by law permitted, regarding any tax matter which may arise during the |
| 11 | administration of the estate. |
| 12 | |
| 13 | **END OF ORDER** |

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | Jay D. Crom |
| | Bachecki, Crom & Co. LLP |
| 3 | 180 Montgomery Street, Suite 2340 |
| | San Francisco, CA 94104 |
| 4 | |
| 5 | Janina M. Elder, Trustee |
| | P.O. Box 1657 |
| 6 | Santa Rosa, Ca 95402 |
| 7 | |
| | Reidun Stromsheim |
| 8 | Stromsheim& Associates |
| | 353 Sacramento Street, Suite 860 |
| 9 | San Francisco, CA 94111 |
| 10 | |
| | Office of the United States Trustee |
| 11 | 235 Pine Street, Suite 700 |
| | San Francisco, CA 94104 |

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0971-3        User: jkrakue         Page 1 of 1           Date Rcvd: Jun 07, 2006
Case: 04-33526              Form ID: pdfeoc       Total Served: 1

The following entities were served by first class mail on Jun 09, 2006.
tract        +Bachecki, Crom & Co, LLP, CPA'S,   180 Montgomery St. 2340,   San Francisco, CA 94104-4295

The following entities were served by electronic transmission.
NONE.                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jun 09, 2006**                     Signature:    *Joseph Speetjens*