DECLARATION

I, Jimmy Thia, declare:

1. I am over 18 years of age.
2. I am a citizen and resident of Singapore.
3. I have known Demas Yan since 1993.
4. I met Tony Fu in May 2000 when I visited San Francisco. I recall that Demas Yan introduced me to Tony Fu. I recall that Tony Fu was a real estate broker and building contractor. I recall that Tony Fu showed me several apartment buildings in San Francisco that were for sale and urged me to invest. My travel to San Francisco in 2000 is documented in my Singapore Passport.
5. I was with Demas Yan in Phuket, Thailand around March 1-3, 2002. I recall we were there on a scuba diving vacation. I recall that Demas Yan told me he was investing in real estates in San Francisco, and that he has no other business except real estates. I recall that Demas Yan told me that Tony Fu was doing the construction on his properties. I recall that Demas Yan never discussed with me or ask me about buying hi-tech equipment or anything else to sell to China or anywhere else. I have never sold anything to Demas Yan for resale to China or anywhere else. My travel to Thailand in 2002 is documented in my Singapore Passport.
6. I was not in Hong Kong in February 2002 or anytime in 2002. I can produce my Singapore Passport as proof of my whereabouts.
7. I have been in the hi-tech business for over 20 years. I have conducted untold number of international business transactions. It is my personal knowledge that international sales transactions are conducted by using T/T, LC, or other forms of credit. It is my personal experience that cash is never used. I have never seen nor heard that Any one would conduct international transactions with cash.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.


Dated: July 10, 2006           Jimmy Thia  _/s/ Jimmy Thia_