

Entered on Docket
July 24, 2006
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: July 24, 2006

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**
_____

REIDUN STRØMSHEIM # 104938
JOANNE LAFRENIERE # 158011
STROMSHEIM & ASSOCIATES
353 Sacramento Street, Suite 860
San Francisco, California 94111
Telephone: (415) 989-4100
Fax: (415) 989-2235
jlafreniere@stromsheim.com

Attorneys for Trustee,
JANINA M. ELDER

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

DEMAS WAI YAN
aka Dennis Yan
SS # xxx xx 5968

    Debtor

Case No. 04-33526 TCJE

Chapter 11

### ORDER APPROVING COMPROMISE

The motion of Janina M. Elder, Chapter 11 Trustee ("Trustee"), for approval and authorization of a compromise by and between Stella Chen, on her own behalf and in her capacity as assignee of the claims of Fei Sing Fu ("Chen"), and the Trustee, came on for hearing before this Court on July 24, 2006. Appearances were as stated in the record. The Court having reviewed the pleadings in support of and in opposition to the proposed compromise, and on the basis of the pleadings, the record in this case, and the arguments of counsel, for the reasons as stated on the record, and good cause appearing therefor,

IT IS HEREBY ORDERED that the proposed compromise with Chen is approved and authorized on the terms as set forth in the Settlement Agreement ("Agreement") attached as Exhibit "A" to the Declaration of Janina Elder filed herein; and

IT IS FURTHER ORDERED that the Trustee shall pay to Chen the sum of $818,197.98 in

a check made payable to William Webb Farrer Trust Account ("Chen Settlement Payment") and delivered not later than on August 1, 2006; but if the Chen Settlement Payment has not been received by Chen by the end of the business day on August 1, 2006, the settlement amount shall start to accrue interest at $107.64 per day from June 22, 2006 until paid and such interest shall be included in the Chen Settlement Payment; but if the Chen Settlement Payment has not been received by August 10, 2006 or if the Debtor obtains an order staying the compromise by a court of competent jurisdiction, the Agreement between Chen and the Trustee shall terminate, and the Trustee and Chen will revert to their pre-Agreement positions; and

IT IS FURTHER ORDERED that provisions of Rule 7062 of the Federal Rules of Bankruptcy Procedure are waived, and this order is effective immediately, and the Trustee is authorized to make the Chen Settlement Payment immediately upon the entry of this Order.

**END OF ORDER**

COURT SERVICE LIST

William Webb Farrer
300 Montgomery Street, Suite 600
San Francisco, CA 94104

Mark J. Romeo
130 Sutter Street, 7th Floor
San Francisco, CA 94104

U.S. Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104

STROMSHEIM & ASSOCIATES