REIDUN STRØMSHEIM # 104938
STROMSHEIM & ASSOCIATES
353 Sacramento Street, Suite 860
San Francisco, California 94111
Telephone: (415) 989-4100
Fax: (415) 989-2235
rstromsheim@stromsheim.com

Attorneys for Trustee,
JANINA M. ELDER

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

DEMAS WAI YAN
aka Dennis Yan
SS # xxx xx 5968

        Debtor

Case No. 04-33526 TCJE

Chapter 11

## CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within case; my business address is 353 Sacramento Street, Suite 860, San Francisco, California 94111. On this day I caused to be served the document(s) listed below:

**1. MOTION TO CONVERT CASE TO CHAPTER 7**

**2. DECLARATION OF JANINA M. ELDER IN SUPPORT OF MOTION TO CONVERT CASE TO CHAPTER 7**

**3. NOTICE OF HEARING ON MOTION TO CONVERT CASE TO CHAPTER 7**

on the following parties:

Demas Wai Yan
1433 7th Avenue
San Francisco, CA 94122

Mark J. Romeo
Law Offices of Mark J. Romeo
130 Sutter Street, 7th Floor
San Francisco, CA 94104

U.S. Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104

by placing a true copy thereof enclosed in a sealed envelope with first class postage thereon fully paid, in my firm's service center/mailing department. I am readily familiar with my firm's business practices, wherein all correspondence received for processing by the mailing department will be deposited this day in the U.S. Mail at San Francisco, California, in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California, on August 23, 2006

    /s/   Malreen Prasad
Malreen Prasad
Legal Assistant