REIDUN STRØMSHEIM # 104938
STROMSHEIM & ASSOCIATES
201 California Street, Suite 250
San Francisco, California 94111
Telephone: (415) 989-4100
Fax: (415) 989-2235
rstromsheim@stromsheim.com

Attorneys for Trustee,
JANINA M. ELDER

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. 04-33526 TCJE |
|---|---|
| DEMAS WAI YAN<br>aka Dennis Yan<br>SS # xxx xx 5968<br><br>Debtor | Chapter 11<br><br>Date: September 15, 2006<br>Time: 9:30 a.m.<br>Place: 235 Pine Street, 23rd Floor<br>San Francisco, CA |

**DECLARATION OF JANINA M. ELDER IN SUPPORT OF
MOTION TO CONVERT CASE TO CHAPTER 7**

I, Janina M. Elder, hereby declare:

1. I am the duly appointed Chapter 11 trustee of the above-referenced bankruptcy estate. The information given herein is based on my personal knowledge as such, and if called as a witness I would and could testify competently hereto.

2. During my appointment, I have settled one of the major claims against the estate, that of Stella Chen. I have recently received a settlement offer from Wei Suen, which is being analyzed, and a counter-offer will be prepared.

3. The estate has two other pieces of property, an apartment building in San Francisco, and a condominium in Hong Kong. I do not know at the moment whether it will be necessary to sell either or both of these assets.

4.. The remaining services to be rendered in this case is the liquidation of the remaining claims against the estate, and upon a reasonable estimation of the remaining claims I

STROMSHEIM &
ASSOCIATES

1 | must determine whether it will be necessary to sell more assets.

2 |     5. The Chapter 7 estate will be able to perform the same liquidation of the claims and sale of assets (if necessary), without the need to incur the additional costs of the operation inherent in the Chapter 11.

    6. It is my professional opinion that a conversion to Chapter 7 will be in the best interest of the creditors of the estate. In a continued Chapter 11 case I must prepare and file operating reports, and I must prepare and obtain approval of a disclosure statement and plan of reorganization, which will take substantial time, with a corresponding cost. The Debtor is an employee of a company, and there is thus no business to be re-organized in the Chapter 11.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in the City and County of Sonoma this 23rd day of August, 2006.

    /s/ Janina M. Elder, Trustee