UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. 04-33526 TCJE |
|---|---|
| DEMAS WAI YAN<br>aka Dennis Yan<br>SS # xxx xx 5968<br><br>Debtor | Chapter 11<br><br>Date: September 15, 2006<br>Time: 9:30 a.m.<br>Place: 235 Pine Street, 23rd Floor |

**NOTICE OF PROPOSED MOTION TO CONVERT CASE TO CHAPTER 7**

TO ALL INTERESTED PARTIES:

    NOTICE IS HEREBY GIVEN that at the above stated date, time and place, a hearing will be held to consider the motion by Janina M. Elder , the trustee herein, for an order converting the case to a case under Chapter 7.

    The motion is made on the grounds that the Trustee has considered the costs and benefits of remaining in Chapter 11, which would entail the need to file a disclosure statement and plan of reorganization, and obtaining approval of the same, versus proceeding in a Chapter 7, and has concluded that the case is best pursued in a Chapter 7. The only issues remaining in the case are resolution of a number of claims, which can be resolved as well in a Chapter 7 as a Chapter 11. The Debtor is an individual who has no business activity to reorganize, thus no benefit can be found from staying in the Chapter 11, whereas a number of drawbacks, particularly with respect to costs, are obvious in the Chapter 11. Further information may be obtained by reviewing the Trustee's Motion for Conversion, filed with the Bankruptcy Court.

    PLEASE TAKE FURTHER NOTICE that any party in interest who wishes to oppose the Trustee's Motion for Conversion , and/or the release of funds to the Trustee, must comply with Local Rule 9014-1 of the U.S. Bankruptcy Court for the Northern District of California. Pursuant to B.L.R. 9014-1(c)(2), an objecting party must file with the Bankruptcy Court and serve counsel for the Trustee with a written opposition, along with declarations and/or memoranda of law supporting the objection, no less than five (5) business dates prior to date of the hearing.

    DATED:  This 23rd day of August, 2006.

                                                /s/   Reidun Strømsheim # 104938
                                                STROMSHEIM & ASSOCIATES
                                                201 California Street, # 305
                                                San Francisco, CA 94111
                                                Phone Number (415) 989-4100 Ext. 11
                                                Attorneys for Trustee,
                                                JANINA M. ELDER

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within case; my business address is 353 Sacramento Street, Suite 860, San Francisco, California 94111. On this day I caused to be served the document(s) listed below:

**NOTICE OF PROPOSED MOTION TO CONVERT CASE TO CHAPTER 7**

on the following parties:

**SEE ATTACHED SERVICE LIST**

by placing a true copy thereof enclosed in a sealed envelope with first class postage thereon fully prepaid, in my firm's service center/mailing department. I am readily familiar with my firm's business practices, wherein all correspondence received for processing by the mailing department will be deposited this day in the U.S. Mail at San Francisco, California, in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California, this 23rd day of August, 2006.

    /s/ Malreen Prasad
Malreen Prasad
Legal Assistant

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-3<br>Case 04-33526<br>Northern District of California<br>San Francisco<br>Wed Aug 23 12:13:14 PDT 2006 | AT&T Universal MC<br>POB 6500<br>Sioux Falls, SD 57117 | Bachecki, Crom & Co, LLP, CPA'S<br>180 Montgomery St. 2340<br>San Francisco, CA 94104-4203 |
| CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | CA Franchise Tax Board<br>Special Procedures Bankruptcy Unit<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Capital One MC<br>POB 85015<br>Richmond, VA 23285-5015 |
| Thomas E. Carlson<br>San Francisco | Charles Li<br>235 Bobolink Way<br>Hercules, CA 94547 | Stella Chen<br>1672 12th Avenue<br>San Francisco, CA 94122 |
| Chen, Stella<br>C/O William Webb Farrer<br>300 Montgomery Street, Suite 600<br>San Francisco, CA 94104 | Chief Tax Collection Section<br>Employment Development Section<br>P.O. Box 826203<br>Sacrament, CA 94230 | Chiu, Simon & Benita<br>768 38th Avenue<br>San Francisco, CA 94121 |
| John Chu<br>Corporate Counsel Law Group<br>505 Sansome St. #475<br>San Francisco, CA 94111 | Citibank MC<br>Box 6000<br>The Lakes, NV 89163-6000 | Marc D. Coopersmith<br>Sierra Point Lumber, Inc.<br>719 Southpoint Blvd. #C<br>Petaluma, CA 94954 |
| Crystal Lei<br>337 28th Ave.<br>San Francisco, CA 94121 | David Grassi<br>P. O. Box 14730<br>San Francisco, CA 94114 | Dong Fu<br>5813 Geary Blvd., PMB 188<br>San Francisco, CA 94121 |
| Janina M. Elder<br>P.O. Box 1657<br>Santa Rosa, CA 95402 | William Webb Farrer<br>Law Offices of William Webb Farrer<br>300 Montgomery St. #600<br>San Francisco, CA 94104 | Felipe Santiesteban<br>25 Buena Vista Road<br>South San Francisco, CA 94080 |
| Fleet Bank Credit Card Services<br>POB 1070<br>Newark, NJ 07101-1070 | Franchise Tax Board, California<br>POB 2952<br>Sacramento, CA 95813-2952 | Dong Xing Fu |
| Fu, Dong<br>5813 Geary Blvd.<br>PMB 188<br>San Francisco, CA 94121 | David Grassi<br>PO Box 14730<br>San Francisco, CA 94114 | Grassi, David<br>POB 14730<br>San Francisco, CA 94114 |
| Grassi, David c/o<br>c/o Glasser & McDonagh<br>1919 Lawton Street<br>San Francisco, CA 94122 | Hong Kong Government Home Ownership Sch.<br>GPO 21<br>Hong Kong | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 |

| | | |
|---|---|---|
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | Joanne M. LaFreniere<br>Law Offices of Stromshiem and Assoc.<br>353 Sacramento St. #860<br>San Francisco, CA 94111 | Gerard D. Launay<br>Law Offices of Gerard D. Launay<br>2119 Addison St. #A<br>Berkeley, CA 94704 |
| Crystal Lei<br>337 28th Ave.<br>San Francisco, CA 94121 | Charles Li<br>235 Bobolink Way<br>Hercules, CA 94547 | Li, Charles<br>c/o Siu L. Ma<br>1541 Irving Street<br>San Francisco, CA 94122 |
| MBNA<br>POB 15286<br>Wilmington, DE 19886-5286 | MBNA America Bank N.A.<br>PO Box 15168 MS 1423<br>Wilmington, DE 19850 | Siu L. Ma<br>Law Offices of Siu L. Ma<br>1541 Irving St. #A<br>San Francisco, CA 94122 |
| Office of the U.S. Trustee / SF<br>Office of the U.S. Trustee<br>235 Pine Street<br>Suite 700<br>San Francisco, CA 94104 | Mark J. Romeo<br>Law Offices of Mark J. Romeo<br>130 Sutter St. 7th Fl.<br>San Francisco, CA 94104 | Santiesteban, Felipe<br>1512 20th Street<br>San Francisco, CA 94107 |
| Sierra Point and Plywood Co., Inc. | Stella Chen<br>4028 Coleman Circle<br>Richmond, CA 94806 | Reidun Stromsheim<br>Law Offices of Stromsheim and Assoc.<br>353 Sacramento St. #860<br>San Francisco, CA 94111 |
| Wei Suen | Suen, Wei<br>c/o Charlene Drummer<br>Schwartz & Cera<br>44 Montgomery Street, Suite 3850<br>San Francisco, CA 94104 | Tony Fu<br>5813 Geary Blvd., PMB 188<br>San Francisco, CA 94121 |
| U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3400 | Washington Mutual<br>POB 78037<br>Phoenix, AZ 85062-8037 | Washington Mutual Bank<br>3990 S. Babcock St., mail stop/MB0102FL<br>Melbourne, FL 32901 |
| Washington Mutual Bank<br>9610 McAllister<br>Mailstop 1001SATX<br>San Antonio, TX 78216 | Washington Mutual Bank, FA<br>7800 N. 113th St.<br>Mailstop MWIB201<br>Milwaukee, WI 53224 | Washington Mutual Consumer Lending<br>Consumer Lending BR2CLFL<br>1501 Yamato Road<br>Boca Raton, FL 33431 |
| Wei Suen<br>c/o John Chu<br>Corporate Counsel Law Group, LLP<br>505 Sansome Street, #475<br>San Francisco, CA 94111 | Demas Wai Yan<br>1433 7th Avenue<br>San Francisco, CA 94122 | Yan, Chiuk Tin<br>1433 7th Avenue<br>San Francisco, CA 94122 |

End of Label Matrix
Total addresses 56