**Entered on Docket**
**September 14, 2006**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA




**Signed and Filed: September 13, 2006**

THOMAS E. CARLSON
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>DEMAS WAI YAN,<br>aka DENNIS YAN,<br><br>Debtor. | Case No: 04-33526 TEC<br><br>Chapter 11<br><br>Date: September 11, 2006<br>Time: 1:00 p.m.<br>Ctrm: Hon. Thomas E. Carlson<br>235 Pine Street<br>San Francisco, CA |

**ORDER RE SIERRA POINT LUMBER MOTION FOR RELIEF FROM STAY**

The court held a hearing at the above date and time on the Motion for Relief from Stay (the “Motion”) by Sierra Point Lumber and Plywood, Inc. (“Sierra”). Marc D. Coopersmith appeared for Sierra. Joanne LaFreniere appeared for the chapter 11 trustee.

Upon due consideration, and for the reasons stated on the record at the hearing, the court orders as follows.

(1) The Motion is denied at this time;

(2) Sierra will promptly file a proof of claim;

(3) Sierra is directed to meet and confer with counsel for the chapter 11 trustee and to provide such documents or other

information that will assist the trustee in evaluating the validity of the Sierra claim; and

(4) A status conference is set for November 27, 2006 at 9:30 a.m., at which counsel for the trustee is directed to report on whether the trustee intends to object to the Sierra claim.

****END OF ORDER****

**Court Service List**

Marc D. Coopersmith, Esq.
719 Southpoint Blvd., Ste. C
Petaluma, CA 94954

Joanne LaFreniere, Esq.
Stromsheim & Associates
201 California St., Ste. 250
San Francisco, CA 94111



Case: 04-33526 Doc# 160 Filed: 09/16/06 Entered: 09/16/06 21:41:05 Page 3 of 4

BAE SYSTEMS

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

District/off: 0971-3 User: cglosenge Page 1 of 1 Date Rcvd: Sep 14, 2006
Case: 04-33526 Form ID: pdfeoc Total Served: 1

The following entities were served by first class mail on Sep 16, 2006.
aty +Marc D. Coopersmith, Sierra Point Lumber, Inc., 719 Southpoint Blvd. #C, Petaluma, CA 94954-8004

The following entities were served by electronic transmission.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 16, 2006** **Signature:** Joseph Speetjens