**Entered on Docket
September 19, 2006**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: September 15, 2006

_____
**THOMAS E. CARLSON
U.S. Bankruptcy Judge**
_____

REIDUN STRØMSHEIM # 104938
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California 94111
Telephone: (415) 989-4100
Fax: (415) 989-2235
rstromsheim@stromsheim.com

Attorneys for Trustee,
JANINA M. ELDER

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

In re:

DEMAS WAI YAN
aka Dennis Yan
SS # xxx xx 5968

Debtor

Case No. 04-33526 TCJE

Chapter 11

## ORDER CONVERTING CHAPTER 11 CASE TO CHAPTER 7

The duly noticed motion by Janina M. Elder, Trustee of the estate Demas Wai Yan for an order converting the case to Chapter 7 having come on regularly for hearing before this Court on September 15, 2006, such appearances having been made as appear from the record, due notice thereof having been given as required by law, no objection thereto having been made, and good cause appearing;

IT IS HEREBY ORDERED that the above case is converted to Chapter 7 of Title 11 of the United States Code and that Janina M. Elder be appointed as trustee for the Chapter 7 case.

*END OF ORDER*

COURT SERVICE LIST

Demas Wai Yan
1433 7th Avenue
San Francisco, CA 94122

Mark J. Romeo
130 Sutter Street, 7th Floor
San Francisco, CA 94104

U.S. Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104

STROMSHEIM & ASSOCIATES