REIDUN STRØMSHEIM # 104938
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California 94111
Telephone: (415) 989-4100
Fax: (415) 989-2235
rstromsheim@stromsheim.com

Attorneys for Trustee,
JANINA M. ELDER

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

DEMAS WAI YAN
aka Dennis Yan
SS # xxx xx 5968

      Debtor

Case No. 04-33526 TCJE

Chapter 7

## NOTICE OF OBJECTION TO CLAIM NO. 8.

TO DAVID GRASSI:

      NOTICE IS HEREBY GIVEN that Janina M. Elder ("Trustee"), trustee of the above-referenced estate, objects to the Claim filed by David Grassi on April 20, 2005, Claim No. 8, in the amount of $75,000, Exhibit "A" hereto. The claim states that it is a claim for malicious prosecution, and although the claim is listed as an unsecured claim, the creditor has also checked the box for priority claims, for claims under section 507(a), but without specifying the subsection which allegedly gives rise to the claim.

      The Trustee objects to the claim on the grounds that the creditor is not entitled to any money. The Trustee is informed and believes that Grassi was a contractor who performed work for Yan, and who sued Yan for non-payment. The lawsuit requested damages in a particular amount, Yan filed a counter-suit, alleging damages, and the court found that Yan was entitled to set-offs, and reduced the amount that Grassi had claimed was due to approximately $38,000. This amount has been paid in full, and nothing more is owed. The fact that Yan succeeded in his counter-suit

reflects the court's implicit finding that his claim against Grassi was well founded, and no cause for malicious prosecution exists.

The Trustee also objects to the claim on the grounds that the creditor does not qualify for priority under any of the subsections of section 507(a).

The procedure for an objection to claim is governed by B.L.R. 9014-1. Pursuant to B.L.R. 9014-1, the Trustee may request an order disallowing the above-referenced claim without a hearing unless within twenty (20) days of the date of this notice, the claimant files with the court and serves a copy on counsel for the trustee at the address set forth above, a written Request for Hearing or an Objection to the Requested Relief, accompanied by a declaration or memorandum of law in support of the claimant's position. In the event the claimant files and serves such documents, the trustee will obtain a hearing date, and give the objecting party at least ten (10) days written notice of the hearing.

**IF NO REQUEST FOR A HEARING OR OBJECTION TO THE PROPOSED RELIEF IS TIMELY FILED AND SERVED, THE COURT MAY ENTER AN ORDER GRANTING THE REQUESTED RELIEF BY DEFAULT.**

WHEREFORE, the Trustee respectfully requests that the claim of David Grassi be disallowed..

DATED: This 27th day of September, 2006.

STROMSHEIM & ASSOCIATES

_____/s/____ Reidun Strømsheim
Counsel for
JANINA M. ELDER, TRUSTEE

FORM B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT _____ DISTRICT OF _____ | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Dennis Yan aka Dennis Yan   Case Number: 04-33526 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
David Gross

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

**FILED**
APR 2 0 2005
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

THIS SPACE IS FOR COURT USE ONLY

Name and address where notices should be sent:
PO Box 14730
San Francisco, CA 94114

Telephone number:

Account or other number by which creditor identifies debtor:

Check here ☐ replaces
if this claim ☐ amends     a previously filed claim, dated:_____

**1. Basis for Claim**
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☒ Other Complaint for Malicious Prosecution
6/-04-

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SS #: _____
☐ Unpaid compensation for services performed
from _____ to _____
(date)      (date)

**2. Date debt was incurred:** August 2004

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 75,000 +
(unsecured)  (secured)  (priority)  (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle
☐ Other_____
Value of Collateral: $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim** $ 75,000

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units- 11 U.S.C. § 507(a)(8).
☒ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

Date: 4-21-05
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): David Gross

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Case: 04-33526   Doc# 165   Filed: 09/27/06   Entered: 09/27/06 12:00:14   Page 3 of 3