**Form CAodsc7**

## UNITED STATES BANKRUPTCY COURT
### Northern District of California (San Francisco)

| | |
|---|---|
| **In re:**<br>Demas Wai Yan<br>aka Dennis Yan<br>1433 7th Avenue<br>San Francisco, CA 94122<br><br>Debtor(s)<br><br>**Debtor/Joint Debtor Social Security Number(s):**<br>xxx–xx–5968 | **Case Number: 04–33526 TEC 7**<br>**Chapter: 7** |

## DISCHARGE OF DEBTOR

It appearing that the debtor(s) is/are entitled to a discharge, **IT IS ORDERED** :
The debtor(s) is/are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

Dated: 6/26/07                          By the Court:


                                        Thomas E. Carlson
                                        United States Bankruptcy Judge


**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Doc # 256

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a discharged debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* A creditor who violates this order can be required to pay damages and attorney's fees to the debtor. [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the discharged the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after 10/17/2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after 10/17/2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF SERVICE

```
District/off: 0971-3        User: awong          Page 1 of 2          Date Rcvd: Jun 26, 2007
Case: 04-33526             Form ID: CAODSC7      Total Served: 42
```

The following entities were served by first class mail on Jun 28, 2007.
```
db          +Demas Wai Yan,    1433 7th Avenue,   San Francisco, CA 94122-3702
smg          CA Employment Development Dept.,   Bankruptcy Group MIC 92E,   P.O. Box 826880,
              Sacramento, CA  94280-0001
smg          Chief Tax Collection Section,   Employment Development Section,   P.O. Box 826203,
              Sacrament, CA  94230
tract       +Bachecki, Crom & Co, LLP, CPA'S,   180 Montgomery St. 2340,   San Francisco, CA 94104-4295
cr          +Stella Chen,   1672 12th Avenue,   San Francisco, CA 94122-3516
cr          +Washington Mutual Bank, FA,   7800 N. 113th St.,   Mailstop MWIB201,   Milwaukee, WI 53224-3136
7726481     +AT&T Universal MC,   POB 6500,   Sioux Falls, SD 57117-6500
8580747      Bank of America, N.A. (USA),   NC4-105-03-14, PO Box 26012,   Greensboro, NC 27420-6012
7793617     +Charles Li,   235 Bobolink Way,   Hercules, CA 94547-1529
7726483     +Chen, Stella,   C/O William Webb Farrer,   300 Montgomery Street, Suite 600,
              San Francisco, CA 94104-1908
7726484     +Chiu, Simon & Benita,   768 38th Avenue,   San Francisco, CA 94121-3410
7726485     +Citibank MC,   Box 6000,   The Lakes, NV 89163-0001
8469442     +Crystal Lei,   337 28th Ave.,   San Francisco, CA 94121-1803
7894612     +David Grassi,   P. O. Box 14730,   San Francisco, CA 94114-0730
7894614     +Dong Fu,   5813 Geary Blvd., PMB 188,   San Francisco, CA 94121-2004
7874484     +Felipe Santiesteban,   25 Buena Vista Road,   South San Francisco, CA 94080-5576
7726487     +Franchise Tax Board, California,   POB 2952,   Sacramento, CA 95812-2952
7726488     +Fu, Dong,   5813 Geary Blvd.,   PMB 188,   San Francisco, CA 94121-2004
7726489     +Grassi, David,   POB 14730,   San Francisco, CA 94114-0730
7726490     +Grassi, David c/o,   c/o Glasser & McDonagh,   1919 Lawton Street,   San Francisco, CA 94122-3221
7726491      Hong Kong Government Home Ownership Sch.,   GPO 21,   Hong Kong
8591188     +Li Ming Lei,   aka Crystal Lei,   337 28th Avenue,   San Francisco, CA 94121-1803
7726493      Li, Charles,   c/o Siu L. Ma,   1541 Irving Street, Suite A,   San Francisco, CA 94122-1908
7726494      MBNA,   POB 15286,   Wilmington, DE 19886-5286
7846578     +MBNA America Bank N.A.,   PO Box 15168 MS 1423,   Wilmington, DE 19850-5168
7726495     +Santiesteban, Felipe,   1512 20th Street,   San Francisco, CA 94107-2809
8572597     +Sierra Point Lumber and Plywood Co., Inc.,   c/o Marc Coopesmith, Esq.,
              Golden State Lumber, Inc.,   719 Southpoint Blvd., Suite C,   Petaluma, CA 94954-8004
7783739     +Stella Chen,   4028 Coleman Circle,   Richmond, CA 94806-1859
7726496     +Suen, Wei,   c/o Charlene Drummer,   Schwartz & Cera,   44 Montgomery Street, Suite 3850,
              San Francisco, CA 94104-4823
8469435     +Tony Fu,   5813 Geary Blvd., PMB 188,   San Francisco, CA 94121-2004
7726497      Washington Mutual,   POB 78037,   Phoenix, AZ 85062-8037
7749995     +Washington Mutual Bank,   9610 McAllister,   Mailstop 1001SATX,   San Antonio, TX 78216-4646
7853383     +Washington Mutual Bank,   3990 S. Babcock St., mail stop/MB0102FL,   Melbourne, FL 32901-8902
8591044     +Washington Mutual Bank,   3990 S. Babcock Street,   Mail Stop MB0119FL,   Melbourne, FL 32901-8212
7726498     +Washington Mutual Consumer Lending,   Consumer Lending BR2CLFL,   1501 Yamato Road,
              Boca Raton, FL 33431-4438
7842030     +Wei Suen,   c/o John Chu,   Corporate Counsel Law Group, LLP,   505 Sansome Street, #475,
              San Francisco, CA 94111-3152
7726499     +Yan, Chiuk Tin,   1433 7th Avenue,   San Francisco, CA 94122-3702
```

The following entities were served by electronic transmission on Jun 27, 2007.
```
smg          EDI: CALTAX.COM Jun 27 2007 01:19:00    CA Franchise Tax Board,
              Special Procedures Bankruptcy Unit,   P.O. Box 2952,   Sacramento, CA  95812-2952
7726482      EDI: CAPITALONE.COM Jun 27 2007 01:19:00    Capital One MC,   POB 85015,
              Richmond, VA 23285-5015
7726485     +EDI: CITICORP.COM Jun 27 2007 01:19:00    Citibank MC,   Box 6000,   The Lakes, NV 89163-0001
8753942      EDI: DISCOVER.COM Jun 27 2007 01:19:00    Discover Bank/Discover Financial Services,
              PO Box 3025,   New Albany OH 43054-3025
7726486      EDI: BANKAMER.COM Jun 27 2007 01:19:00    Fleet Bank Credit Card Services,   POB 1070,
              Newark, NJ 07101-1070
7726492     +EDI: IRS.COM Jun 27 2007 01:19:00    IRS,   Insolvency Section,
              1301 Clay Street, Suite 1400-South,   Oakland, CA 94612-5217
7726494      EDI: BANKAMER2.COM Jun 27 2007 01:19:00    MBNA,   POB 15286,   Wilmington, DE 19886-5286
7846578     +EDI: BANKAMER2.COM Jun 27 2007 01:19:00    MBNA America Bank N.A.,   PO Box 15168 MS 1423,
              Wilmington, DE 19850-5168
                                                                              TOTAL: 8
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          Dong Xing Fu
cr          Sierra Point and Plywood Co., Inc.
cr          Tony Fu
cr          Wei Suen
cr*         +Charles Li,   235 Bobolink Way,   Hercules, CA 94547-1529
cr*         +Crystal Lei,   337 28th Ave.,   San Francisco, CA 94121-1803
cr*         +David Grassi,   PO Box 14730,   San Francisco, CA 94114-0730
                                                                              TOTALS: 4, * 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
***** BYPASSED RECIPIENTS (continued) *****
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 28, 2007                          Signature:  _Joseph Speetjens_