```
 1  Charles Li
    235 Bobolink Way
 2  Hercules, CA 94547
    Tel: (510) 245-7213
 3
    Creditor in Pro Per
 4
```



**FILED**
AUG 2 0 2007
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. 04-33526 TC |
|---|---|
| DEMAS WAI YAN<br>aka DENNIS YAN<br>SS # xxx xx 5968 | Chapter 7<br><br>WITHDRAWAL OF CLAIM No. 3  18 |
| Debtor. | |

The undersigned creditor, Charles Li, hereby withdraws Claim No. 3, filed by him with this court in the amount of $221,000.    No. 18

Date: August 16, 2007

By: *Charles Li* (signed)

   Charles Li

withdrawal        1

## PROOF OF SERVICE

I, Martin Eng, declare:

I am a resident of the State of California, over the age of eighteen, and not a party to this action. My residential address is 131 Mendosa Street, San Francisco, CA 94122. On this date, I served the following document by mail, by placing the document(s) listed below in a sealed envelope with first class postage in the US mail:

WITHDRAWAL OF CLAIM No. 3, 18

Addressed as follows:

Demas Wai Yan, Debtor
1433 7th Avenue
San Francisco, CA 94122

San Francisco U.S. Trustee Office
Office of the U.S. Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104

Reidun Stomsheim Esq.
Stromsheim & Associates
Attorneys for Trustee Janina Elder
353 Sacramento Street, Suite 860
San Francisco, CA 94111

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 17, 2007

_____/s/_____

Martin Eng