SPIEGEL LIAO & KAGAY, LLP
Bartholomew Lee, of Counsel – SBN 57592
388 Market Street, Suite 900
San Francisco, California 94111
Telephone: (415) 956-5959

*Former Attorneys for Claimant
Li Ming Lei aka Crystal Lei,
and Wei Suen in the District Court*

# UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 04-33526 TEC |
| DEMAS WAI YAN, aka DENNIS YAN, | NOTICE OF ATTORNEYS' LIENS |
| Debtor. | Date: March 3, 2008<br>Time: 9:30 AM<br>Ctrm: Hon. Thomas E. Carlton<br>235 Pine Street, 23rd floor<br>San Francisco, California |
| And all related matters | |

TO THE TRUSTEE AND CLAIMANTS SUEN AND LEI:

PLEASE TAKE NOTICE that this firm asserts its attorneys' liens in the amounts of sixty thousand dollars ($61,244) more or less on the claim of Wei Suen and twenty thousand dollars ($8,905) more or less on the claim of Li Ming Lei a/k/a Crystal Lei (subject to correction).

Reserving all rights, respectfully submitted effective March 3, 2008

SPIEGEL LIAO & KAGAY, LLP

//s//
---------------------------------------
By Bartholomew Lee
*Former Attorneys for Claimant
Li Ming Lei aka Crystal Lei,
and Wei Suen in the District Court*

S:\632 Suen\Lien Notice.wpd

NOTICE OF ATTORNEYS' LIENS – No. 04-33526 TEC
SPIEGEL LIAO & KAGAY, LLP 388 MARKET STREET, SUITE 900 SAN FRANCISCO, CA 94111

Case: 04-33526    Doc# 301    Filed: 02/29/08    Entered: 02/29/08 15:44:00    Page 1 of 3

# PROOF OF SERVICE

RE: SUEN v. YAN et al  
    US District Court No. C-06-00508-VRW  
    Bankr. Case No. 04-33526  
    Bankr. Adv. No. 05-3257

LEI v. YAN et al  
Bankr. Case No. 04-33526

I declare that:

    I am a citizen of the United States, over the age of eighteen years and not a party to the within cause; my business address is 388 Market Street, Suite 900, San Francisco, California, 94111. On February 29, 2008, I served true attached copies of:

**NOTICE OF ATTORNEYS' LIENS**

on the interested parties in said action, by placing copy thereof in sealed envelope(s) addressed as follows:

**Wei Suen**
**1542 39th Avenue**
**San Francisco, CA 94122**

**Crystal Li Ming Lei**
**337 28th Avenue**
**San Francisco, CA 94121-1803**

**Tony Fu**
**5813 Geary Blvd.**
**PMB 188**
**San Francisco, CA 94121**

**Joanne LaFreniere**
**Reidun Stromsheim**
**Stromsheim & Associates**
**201 California Street, Suite 3**
**San Francisco, CA 94111**
**(Counsel to the Trustee)**

and served the named document(s) in the manner indicated below:

  [X] **BY MAIL**: I caused true and correct copies of the above document(s), by following ordinary business practices, to be placed and sealed in envelope addressed to the addresses(s) and for collection and mailing with the United States Postal Service in the ordinary course of business, correspondence placed for collection on a particular day, which is deposited with the United States Postal Service that same day.

    I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

    Executed on February 29, 2008, at San Francisco, California.

//s//
-----------------------------------------------------------
Charles Rockroad

2

NOTICE OF ATTORNEYS' LIENS - No. 04-33526 TEC
SPIEGEL LIAO & KAGAY, LLP 388 MARKET STREET, SUITE 900 SAN FRANCISCO, CA 94111

Case: 04-33526   Doc# 301   Filed: 02/29/08   Entered: 02/29/08 15:44:00   Page 2 of 3

# PROOF OF SERVICE

RE: SUEN v. YAN et al  LEI v. YAN et al
US District Court No. C-06-00508-VRW  Bankr. Case No. 04-33526
Bankr. Case No. 04-33526
Bankr. Adv. No. 05-3257

I declare that:

I am a citizen of the United States, over the age of eighteen years and not a party to the within cause; my business address is 388 Market Street, Suite 900, San Francisco, California, 94111. On February 29, 2008, I served true attached copies of:

**NOTICE OF ATTORNEYS' LIENS**

on the interested parties in said action, by emailing as follows:

**Wei Suen**
wsuen@comcast.net

**Crystal Li Ming Lei**
crystalleija@yahoo.com

**Tony Fu**
tonydxfu@gmail.com

**Joanne LaFreniere**
**Stromsheim & Associates**
jlafreniere@stromsheim.com

**Reidun Stromsheim**
**Stromsheim & Associates**
rstromsheim@stromsheim.com

and served the named document(s) in the manner indicated below:

[X]  **BY EMAIL**: I caused true and correct copies of the above document(s), by following ordinary business practices, to email to the email addresses(s) in the ordinary course of business that same day.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed on February 29, 2008, at San Francisco, California.

//s//
-------------------------------------------------------------------
Charles Rockroad

3

NOTICE OF ATTORNEYS' LIENS - No. 04-33526 TEC
SPIEGEL LIAO & KAGAY, LLP 388 MARKET STREET, SUITE 900 SAN FRANCISCO, CA 94111

Case: 04-33526   Doc# 301   Filed: 02/29/08   Entered: 02/29/08 15:44:00   Page 3 of 3