# ADVERSARY PROCEEDING COVER SHEET
(Instructions on Reverse)

**ADVERSARY PROCEEDING NUMBER**
(Court Use Only)

| | |
|---|---|
| **PLAINTIFF**<br>JANINA M. ELDER, Trustee | **DEFENDANT**<br>547 23rd AVENUE LLC |
| ATTORNEYS (Firm Name, Address, and Telephone No.)<br>STROMSHEIM & ASSOCIATES<br>201 California Street, Suite 350<br>San Francisco, CA 94111 (415) 989-4100 | ATTORNEYS (If Known) |
| **PARTY** (Check One Box Only)<br>___ Debtor ___ U.S. Trustee/Bankruptcy Admin<br>___ Creditor ___ Other<br>_X_ Trustee | **PARTY** (Check One Box Only)<br>___ Debtor ___ U.S. Trustee/Bankruptcy Admin<br>___ Creditor _X_ Other<br>___ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
**COMPLAINT FOR INJUNCTIVE RELIEF UNDER 11 U.S.C. §**

**NATURE OF SUIT**
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) - Recovery of Money/Property**
_x_ 11-Recovery of money/property - §542 turnover of property
___ 12-Recovery of money/property - §547 preference
___ 13-Recovery of money/property - §548 fraudulent transfer
___ 14-Recovery of money/property - other

**FRBP 7001(2) - Validity, Priority or Extent of Lien**
___ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) - Approval of Sale of Property**
___ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) - Objection/Revocation of Discharge**
___ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) - Revocation of Confirmation**
___ 51-Revocation of confirmation

**FRBP 7001(6) - Dischargeability**
___ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
___ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
___ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny
**(continued next column)**

**FRBP 7001(6) - Dischargeability (continued)**
___ 61-Dischargeability - §523(a)(5), domestic support
___ 68-Dischargeability - §523(a)(6), willful and malicious injury
___ 63-Dischargeability - §523(a)(8), student loan
___ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
___ 65-Dischargeability - other

**FRBP 7001(7) - Injunctive Relief**
___ 71-Injunctive relief - reinstatement of stay
___ 72-Injunctive relief - other

**FRBP 7001(8) Subordination of Claim or Interest**
___ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
_X_ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
___ 01-Determination of removed claim or cause

**Other**
___ SS-SIPA Case - 15 U.S.C. §§78aaa *et.seq.*
___ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

___ Check if this case involves a substantive issue of state law      ___ Check if this is asserted to be a class action under FRCP 23

___ Check if a jury trial is demanded in complaint    Demand $          Other Relief Sought

**BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES**

| NAME OF DEBTOR<br>DEMAS WAI YAN | BANKRUPTCY CASE NO. 04-33526 TCJE | |
|---|---|---|
| DISTRICT IN WHICH CASE IS PENDING<br>NORTHERN | DIVISIONAL OFFICE<br>SAN FRANCISCO | NAME OF JUDGE<br>THOMAS E. CARLSON |

**RELATED ADVERSARY PROCEEDING (IF ANY)**

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
|---|---|---|
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISIONAL OFFICE | NAME OF JUDGE |

SIGNATURE OF ATTORNEY (OR PLAINTIFF)
/s/ Joanne LaFreniere

| DATE<br>April 16, 2008 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Joanne LaFreniere |
|---|---|