# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re

| | | |
|---|---|---|
| DEMAS WAI YAN<br>aka Dennis Yan | Debtor | Bankruptcy Case No. 04-33526 TCJE |
| | | Chapter 7 |
| JANINA M. ELDER, Trustee | Plaintiff | |
| v. | | Adversary Proceeding No. |
| 547 23rd AVENUE LLC | Defendant | |

## SUMMONS AND NOTICE OF STATUS CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| Address of Clerk | U.S. Bankruptcy Court<br>P.O. Box 7341<br>San Francisco, CA 94120-7341 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney | Joanne LaFreniere<br>Stromsheim & Associates<br>201 California Street, Suite 350<br>San Francisco, CA 94111 |
|---|---|

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a status conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address | United States Bankruptcy Court<br>235 Pine Street<br>San Francisco, CA 94104 | Room | |
|---|---|---|---|
| | | Date and Time | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. PLAINTIFF SHALL PROMPTLY SERVE A COPY OF THE BANKRUPTCY DISPUTE RESOLUTION PROGRAM INFORMATION SHEET ON ALL PARTIES. A COPY OF THE INFORMATION SHEET IS AVAILABLE ON THE COURT'S WEB SITE AT WWW.CANB.USCOURTS.GOV, AND AT THE CLERK'S OFFICE.**

_____
Clerk of the Bankruptcy Court

_____  By:_____
Date                              Deputy Clerk