```
REIDUN STRØMSHEIM # 104938
JOANNE LAFRENIERE # 158011
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California  94111
Telephone:    (415) 989-4100
Fax:              (415) 989-2235
jlafreniere@stromsheim.com

Attorneys for Trustee,
JANINA M. ELDER
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>DEMAS WAI YAN<br>aka Dennis Yan<br>SS # xxx xx 5968<br><br>　　　　　Debtor | Case No. 04-33526 TCJE<br><br>Chapter 7<br><br>*Tentative* Hearing Date:  January 8, 2010<br>Time: 9:30 a.m. |

## OBJECTION TO CLAIM NO. 24; AND
## NOTICE OF OPPORTUNITY TO REQUEST A HEARING

TO KAMAN LIU:

NOTICE IS HEREBY GIVEN that Janina M. Elder, trustee of the above-referenced estate ("Trustee"), objects to the claim filed by Tina F. Yan ("Claimant") on October 23, 2009, Claim No. 24, in the amount of $40,000 (the "Claim"), Exhibit "A" hereto.

The Trustee objects to the Claim on the grounds that it states that it is for personal loans to the debtor, Demas Wai Yan ("Debtor"), but the Claimant has attached no documentation of the loans as instructed in the Proof of Claim form.

## NOTICE OF OPPORTUNITY TO OBJECT OR REQUEST A HEARING

**The procedure for an objection to claim is governed by B.L.R. 9014-1.  Pursuant to B.L.R. 9014-1, the Trustee may request an order disallowing the above-referenced Claim without a hearing  unless within the twenty-one (21) days after the date of this notice, the**

**Claimant files with the court and serves a copy on counsel for the trustee at the address set forth above, a written request for hearing or an objection to the requested relief, accompanied by a declaration or memorandum of law in support of the Claimant's position.**

In the event the Claimant timely files and serves a request for hearing or an objection, the trustee will give the objecting party at least seven (7) days written notice that the tentative hearing date of January 8, 2010 at 9:30 a.m. will be an actual hearing. Please note that pursuant to B.L.R. 3007-1, if a hearing on the objection to claim is held, where a factual dispute is involved, the initial hearing will be deemed a status conference, at which the court will not receive evidence. Where the objection involves only a matter of law, the matter may be argued at the initial hearing.

**IF NO REQUEST FOR A HEARING OR OBJECTION TO THE PROPOSED RELIEF IS TIMELY FILED AND SERVED, THE COURT MAY ENTER AN ORDER GRANTING THE REQUESTED RELIEF BY DEFAULT.**

WHEREFORE, the Trustee respectfully requests that the claim of Kaman Liu be disallowed in its entirety.

DATED:   This 1st day of December, 2009.

                                           STROMSHEIM & ASSOCIATES


                                             /s/ Joanne LaFreniere
                                        Counsel for JANINA M. ELDER, TRUSTEE