

**Signed and Filed: February 10, 2010**

_____
**THOMAS E. CARLSON
U.S. Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re ) Case No: 04-33526 TEC
)
DEMAS WAI YAN, )
aka DENNIS YAN, ) Chapter 11
)
) Date: February 26, 2010
) Time: 9:30 a.m.
) Ctrm: Hon. Thomas E. Carlson
) 235 Pine Street
Debtor. ) San Francisco, CA
_____ )

**SCHEDULING ORDER RE CLAIM OF CHARLES LI AND
DISTRIBUTION OF ESTATE FUNDS**

On February 8, 2010, the court held a hearing on Charles Li's Motion for Relief from Stay. Ann N. Nguyen appeared for Charles Li. Demas Yan appeared <u>in pro per</u>. Upon due consideration, and for the reasons stated on the record at the hearing, the court hereby orders as follows:

(1) Notwithstanding Fed. R. Civ. Proc. 4001(a)(3), Charles Li shall have immediate relief from stay to prosecute (through post-trial motions and appeal) in San Francisco Superior Court case no. CBC-04-431802 (the State Court Case) a motion for relief from judgment. The motion for relief from judgment shall be filed and served on or before February 19, 2010.

(2) On or before February 22, 2010, movant shall file and serve in the above-referenced bankruptcy case a brief declaration regarding the date on which the motion for relief from judgment was filed in the State Court Case, and the date that such motion is set for hearing.

(3) On February 26, 2010 at 9:30 a.m., the court will hold:

(a) a status conference; and

(b) a hearing regarding whether the court should order the chapter 7 trustee: (i) to distribute to Debtor all remaining estate funds other than $221,000, which is the largest possible claim Mr. Li has against the estate if he succeeds in setting aside the state court judgment; (ii) to distribute to Debtor the remaining $221,000 if the state court denies Mr. Li's motion for relief from judgment, notwithstanding any appeal of such denial; and (iii) to cease acting as representative of the estate and performing the duties of a trustee under section 704, other than to hold and distribute the remaining estate funds.

**\*\*END OF ORDER\*\***