```
REIDUN STRØMSHEIM # 104938
JOANNE LAFRENIERE # 158011
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California 94111
Telephone:    (415) 989-4100
Fax:          (415) 989-2235
jlafreniere@stromsheim.com

Attorneys for Trustee,
JANINA M. ELDER
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>DEMAS WAI YAN<br>aka Dennis Yan<br>SS # xxx xx 5968<br><br>Debtor | Case No. 04-33526 TCJE<br><br>Chapter 7<br><br>Date:  February 26, 2010<br>Time:  9:30 a.m.<br>Place:  235 Pine Street, 23rd Floor<br>          San Francisco, CA |

### **NOTICE OF HEARING ON OBJECTION TO CLAIM NO. 24**

TO KAMAN LIU:

    NOTICE IS HEREBY GIVEN that at the above stated date, time and place, a hearing will be held with respect to the Trustee's objection (see Docket No. 388) to Claim No. 24 filed by Kaman Liu on October 23, 2009 in the amount of $40,000.

    PLEASE TAKE FURTHER NOTICE that if a factual dispute is involved, the initial hearing on an objection shall be deemed a status conference at which the Court will not receive evidence. Where the objection involves only a matter of law, the matter may be argued at this initial hearing.

DATED:    This 12TH day of February, 2010.
                                      STROMSHEIM & ASSOCIATES


                                               /s/ Joanne LaFreniere
                                        Counsel for JANINA M. ELDER, TRUSTEE