REIDUN STRØMSHEIM # 104938
JOANNE LAFRENIERE # 158011
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California  94111
Telephone:    (415) 989-4100
Fax:             (415) 989-2235
jlafreniere@stromsheim.com

Attorneys for Trustee,
JANINA M. ELDER

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

DEMAS WAI YAN
aka Dennis Yan
SS # xxx xx 5968

       Debtor

Case No. 04-33526 TCJE

Chapter 7

**CERTIFICATE OF SERVICE**

I am employed in the County of San Francisco, State of California.  I am over the age of eighteen years and not a party to the within case; my business address is 201 California Street, Suite 350, San Francisco, California 94111.  On this day I caused to be served the document(s) listed below:

**NOTICE OF HEARING ON OBJECTION TO CLAIM NO. 24**

on the following parties:

Kaman Liu
5085 Veranda Terrace
Davis, CA 95616

U.S. Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104

by placing a true copy thereof enclosed in a sealed envelope with first class postage thereon fully paid, in my firm's service center/mailing department. I am readily familiar with my firm's business practices, wherein all correspondence received for processing by the mailing department will be deposited this day in the U.S. Mail at San Francisco, California, in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California, on February 12, 2010

                                            /s/    Malreen Prasad
                                            Legal Assistant