Entered on Docket
March 02, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: March 01, 2010

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**

REIDUN STRØMSHEIM # 104938
JOANNE LAFRENIERE # 158011
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California 94111
Telephone: (415) 989-4100
Fax: (415) 989-2235
jlafreniere@stromsheim.com

Attorneys for Trustee,
JANINA M. ELDER

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. 04-33526 TCJE |
|---|---|
| DEMAS WAI YAN<br>aka Dennis Yan<br>SS # xxx xx 5968<br><br>Debtor | Chapter 7 |

## ORDER DISALLOWING CLAIM NO. 24

The objection of Janina M. Elder, Chapter 7 Trustee ("Trustee"), to the claim filed by Kaman Liu ("Claimant") on October 23, 2009, Claim No. 24, in the amount of $40,000 (the "Claim"), came on for hearing before this Court on February 26, 2010. Joanne LaFreniere appeared on behalf of the Trustee. The Claimant did not appear, and other appearances were as in the record. The Court having reviewed the Trustee's objection, due notice having been provided, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Trustee's objection is sustained, and the Claim is disallowed in its entirety.

*END OF ORDER*

COURT'S SERVICE LIST

Kaman Liu
5085 Veranda Terrace
Davis, CA 95616

United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104

STROMSHEIM & ASSOCIATES