# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: dchambers | Date Created: 3/2/2010 |
| Case: 04–33526 | Form ID: pdfeoc | Total: 2 |

**Recipients of Notice of Electronic Filing:**
ust      Office of the U.S. Trustee / SF      USTPRegion17.SF.ECF@usdoj.gov

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
    Kaman Liu      5085 Veranda Terrace      Davis, CA 95616

TOTAL: 1