

Signed and Filed: March 01, 2010

_____
**THOMAS E. CARLSON**
U.S. Bankruptcy Judge
_____

REIDUN STRØMSHEIM # 104938
JOANNE LAFRENIERE # 158011
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California  94111
Telephone:     (415) 989-4100
Fax:              (415) 989-2235
jlafreniere@stromsheim.com

Attorneys for Trustee,
JANINA M. ELDER

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. 04-33526 TCJE |
|---|---|
| DEMAS WAI YAN<br>aka Dennis Yan<br>SS # xxx xx 5968<br><br>Debtor | Chapter 7 |

### ORDER DISALLOWING CLAIM NO. 25

The objection of Janina M. Elder, Chapter 7 Trustee ("Trustee"), to the claim filed by Thai Ming Chiu ("Claimant") on October 23, 2009, Claim No. 25, in the amount of $180,000 (the "Claim"), came on for hearing before this Court on February 26, 2010.  Joanne LaFreniere appeared on behalf of the Trustee.  The Claimant did not appear, and other appearances were as in the record.  The Court having reviewed the Trustee's objection, due notice having been provided, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Trustee's objection is sustained, and the Claim is disallowed in its entirety.

*END OF ORDER*

STROMSHEIM &
ASSOCIATES

1

| | |
|---|---|
| 1 | COURT'S SERVICE LIST |
| 2 | |
| 3 | Thai Ming Chiu<br>768 38th Avenue<br>San Francisco, CA 94121 |
| 4 | |
| 5 | United States Trustee<br>235 Pine Street, Suite 700<br>San Francisco, CA 94104 |

# CERTIFICATE OF NOTICE

```
District/off: 0971-3          User: dchambers           Page 1 of 1              Date Rcvd: Mar 02, 2010
Case: 04-33526                Form ID: pdfeoc           Total Noticed: 1
```

The following entities were noticed by first class mail on Mar 04, 2010.
      +Thai Ming Chiu,   768 38th Avenue,   San Francisco, CA 94121-3410

The following entities were noticed by electronic transmission.
NONE.    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 04, 2010    Signature: *Joseph Speetjens*