1  Thai Ming Chiu
   768 38th Avenue
2  San Francisco, CA 94121
   Tel: 415-750-3685
3  Fax: 415-901-0650
   Claimant in Pro Per

ᴵᴬ **F I L E D**

MAR 0 8 2010

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

4

5  **UNITED STATES BANKRUPTCY COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**

6  In re:                                    | **Case No. 04-33526**

7        DEMAS YAN                           | **MOTION TO RECONSIDER ORDER**
                                             | **DISALLOWING CLAIM NO. 25**
8        Debtor.                             |
                                             | **DECLARATION OF THAI MING CHIU**
9  _____          |
                                             | **DECLARATION OF DEMAS YAN**
10
                                             | Date:  April 16, 2010
11                                           | Time:  10:30 a.m.
                                             | Judge: Thomas Carlson
12                                           | Place: 235 Pine Street, 23rd Fl.
                                             |        San Francisco, CA
13

14

15  Claimant THAI MING CHIU hereby motions the Court to reconsider the order disallowing claim

16  No. 25 filed on March 1, 2010.

17

18                      DECLARATION OF THAI MING CHIU

19  I, THAI MING CHIU, declare:

20  1.      From June 2000 to March 2003, I lend a total of $180,000 to debtor DEMAS YAN. True

21  and correct copies of canceled checks evidencing those loans are attached as Exhibit A and

22  incorporated by reference herein.

    2.      As of now, those loans have not been repaid.

23
    3.      On October 23, 2009, I filed claim No. 25 for the amount of $180,000. At the time of

24  filing the claim, I did not attached the to the claim the copies of canceled checks.

25  4.      I received notice of Trustee's objection to claim on December 1, 2009. I was informed

26  that Trustee wanted to obtain evidence of the funds. Thereafter, I searched my files and gathered

27  the documents in Exhibit A and gave those to the debtor to be forwarded to the trustee. I was

28

Motion reconsider                          1

informed by the debtor that he had forwarded those documents to trustee and that the trustee did not request any further documentations.

5.     I was of the believe that the documents produced were sufficient to satisfy the trustee's objection, therefore, I did not attend the hearing February 26, 2009.

I declare under penalty of perjury that the foregoing is true and correct.

Date: March 8, 2010

_Thai Ming Chiu_

Thai Ming Chiu

Motion reconsider                                    2

# DECLARATION OF DEMAS YAN

I, DEMAS YAN, declare:

1.      From June 2000 to March 2003, I borrowed a total of $180,000 from THAI MING CHIU. I have not repay those loans.

6.      I was informed that the trustee filed objection on December 1, 2009 to Mr. CHIU'S claim for those loans. On December 9, 2009, I sent an email to the trustee Mrs. Janina Elder inquiring about the objection. On the same day, I received an email from trustee's counsel Mrs. Joanne LaFreniere saying that the claimant needed to provide documentation of his claim such as cancelled checks or bank statements. Attached hereto as Exhibit B is a copy of that email.

7.      I informed the claimant of the trustee's request and thereafter received those documentation attached in Exhibit A and forwarded those in person to Mrs. Joanne LaFreniere around December 14, 2009. At that meeting, I informed Mrs. LaFreniere that the claimant will cooperate fully to provide whatever further documentation required by the trustee. I was not contacted again by the trustee for further documentation. Therefore, I was under the assumption that the documents provided in Exhibit A were sufficient and I informed the claimant as such.

I declare under penalty of perjury that the foregoing is true and correct.

Date: March 8, 2010

Demas Yan

Case: 04-33526   Doc# 415   Filed: 03/08/10   Entered: 03/11/10 14:28:43   Page 3 of 10

# EXHIBIT A

| | | | |
|---|---|---|---|
| ThaiMing | debt | -10,000 | 06/16/2000 |
| ThaiMing | debt | -75,000 | 06/16/2000 |
| ThaiMing | debt | -15,000 | 07/19/2000 |
| ThaiMing | debt | -70,000 | 03/04/2003 |
| ThaiMing | debt | -10,000 | 03/04/2003 |

TOTAL:        -180000.00



"VERIFICATION BOX" (TO RIGHT OF ARROW, HOLD BETWEEN THUMB AND FOREFINGER, OR BREATHE ON IT. COLOR WILL DISAPPEAR, THEN REAPPEAR)

**UNITED COMMERCIAL BANK**   **CASHIER'S CHECK**

CORPORATE HEADQUARTERS
711 VAN NESS AVENUE · SAN FRANCISCO, CA 94102

11-7045
3210

DATE   (VOID AFTER 90 DAYS OF ISSUANCE)

Jun 15, 2000

AMOUNT

$****10,000.00

**Ten Thousand Dollars and No C

PAY
TO
THE
ORDER
OF

****DEMAS YAN****

SECURITY FEATURES
INCLUDED
SEE DETAILS ON BACK

RE:

PORTIA R. T. CHIU

PURCHASER COPY

NOT NEGOTIABLE

TWO SIGNATURES REQUIRED FOR $10,000 OR MORE

NOTICE: RETAIN THIS COPY FOR YOUR RECORDS.
PRESENT TO BANK IF ORIGINAL IS LOST, STOLEN OR DESTROYED.

FIRST REPUBLIC
DATE  06-16-00    CHECK NUMBER: 0128382

128382

| ACCOUNT NUMBER | RENEWAL DATE | CURRENT RATE | INTEREST THRU | CURRENT INTEREST | Y.T.D. INTEREST | CURRENT BALANCE |
|---|---|---|---|---|---|---|
| ▓▓▓▓▓▓ | | | | | CHECK AMOUNT | $ ****75,000.00 |
| CLOSURE | | | | | | |
| ** DEMAS YAN ** | | | | | | |

PLEASE RETAIN THIS STUB
FOR YOUR RECORDS

**TOTALS ▶**

**THAI MING CHIU**
**BENITA MUI YAN-CHIU**
768 - 38TH AVENUE
SAN FRANCISCO, CA 94121

2830



July 19, 2000    11-7045/3210
02

***Demas Yan ***************

15,000.00

***Fifteen Thousand & no/100**************************

**UNITED COMMERCIAL BANK**
3555 Balboa Street
San Francisco, CA 94121

5K7 23rd Ave -Loan

⑆321070450⑆ ▉▉▉▉ ⑈99  2830  ⑈000⑈500000⑈

14594072
PROCESSED
Fleet W. San Leandro
07252000

JY 00 26
CCCCCCCC
1210-0037-4

WORLD SAVINGS®

1901 Harrison Street
Oakland, California 94612

PAY TO THE
ORDER OF

TELLER'S CHECK

Name

Address

Print Purchaser's

Purchaser's Signature

VOID AFTER 90 DAYS

DATE                    $

DRAWER: WORLD SAVINGS BANK FSB

NON NEGOTIABLE

TWO SIGNATURES REQUIRED ON CHECKS OF $25,000 OR MORE

Notice To Purchaser: Payment of this check cannot be stopped by the purchaser. If it is lost, stolen, or destroyed you may request cancellation and reissuance. However, as a condition to reissuance, you may be required to pay a fee and to provide World Savings with an indemnity bond

16-429
1220

---

WORLD SAVINGS®

1901 Harrison Street
Oakland, California 94612

PAY TO THE
ORDER OF

TELLER'S CHECK

Name

Address

Print Purchaser's

Purchaser's Signature

VOID AFTER 90 DAYS

DATE                    $

DRAWER: WORLD SAVINGS BANK FSB

NON NEGOTIABLE

TWO SIGNATURES REQUIRED ON CHECKS OF $25,000 OR MORE

Notice To Purchaser: Payment of this check cannot be stopped by the purchaser. If it is lost, stolen, or destroyed you may request cancellation and reissuance. However, as a condition to reissuance, you may be required to pay a fee and to provide World Savings with an indemnity bond

16-429
1220

# EXHIBIT B

Case: 04-33526     Doc# 415     Filed: 03/08/10     Entered: 03/11/10 14:28:43     Page 9 of 10



**Yan BK 04-33526**

Wednesday, December 9, 2009 1:30 PM

**From:** "Joanne LaFreniere" <jlafreniere@stromsheim.com>
  **To:** "'DennisY'" <dennisy@yahoo.com>
  **Cc:** "Janina Elder" <jmelder7@aol.com>

Dear Mr. Yan:

I am responding to your email to the trustee of earlier today.

Your relatives must provide documentation of their claims, including evidence that the funds were received by you, such as cancelled checks or bank statements. You indicate that you have this information, so if you can send it at your earliest convenience, that would be helpful.

Thank you.

Very truly yours,

Joanne LaFreniere
Joanne LaFreniere, Esq.
Stromsheim & Associates
201 California Street, Suite 350
San Francisco , CA 94111
(415) 989-4100 phone
(415) 989-2235 fax
NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

Case: 04-33526   Doc# 415   Filed: 03/08/10   Entered: 03/11/10 14:28:43   Page 10 of 10

3/8/2010 12:03 PM