REIDUN STRØMSHEIM # 104938
JOANNE LAFRENIERE # 158011
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California 94111
Telephone: (415) 989-4100
Fax: (415) 989-2235
jlafreniere@stromsheim.com

Attorneys for Trustee,
JANINA M. ELDER

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. 04-33526 TCJE |
|---|---|
| DEMAS WAI YAN<br>aka Dennis Yan<br>SS # xxx xx 5968<br>      Debtor | Chapter 7 |

## CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within case; my business address is 201 California Street, Suite 350, San Francisco, California 94111. On this day I caused to be served the document(s) listed below:

**TRUSTEE'S RESPONSE TO THE**
**MOTION TO RECONSIDER ORDER DISALLOWING CLAIM NO. 25**

**DECLARATION OF JOANNE LAFRENIERE IN SUPPORT OF**
**TRUSTEE'S RESPONSE TO THE**
**MOTION TO RECONSIDER ORDER DISALLOWING CLAIM NO. 25**

on the following parties:

Thai Ming Chiu
768 38th Avenue
San Francisco, CA 94121

1 U.S. Trustee
235 Pine Street, Suite 700
2 San Francisco, CA 94104

3
by placing a true copy thereof enclosed in a sealed envelope with first class postage thereon fully
4
paid, in my firm's service center/mailing department.  I am readily familiar with my firm's
5
business practices, wherein all correspondence received for processing by the mailing department
6
will be deposited this day in the U.S. Mail at San Francisco, California, in the ordinary course of
7
business.
8
     I declare under penalty of perjury that the foregoing is true and correct.
9
     Executed at San Francisco, California, on April 2, 2010
10
11                            /s/    Joanne LaFreniere

STROMSHEIM & ASSOCIATES