REIDUN STRØMSHEIM # 104938
JOANNE LAFRENIERE # 158011
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California  94111
Telephone:     (415) 989-4100
Fax:              (415) 989-2235
jlafreniere@stromsheim.com

Attorneys for Trustee,
JANINA M. ELDER

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. 04-33526 TCJE |
|---|---|
| DEMAS WAI YAN<br>aka Dennis Yan<br>SS # xxx xx 5968<br><br>Debtor | Chapter 7<br><br>Date: April 16, 2010<br>Time: 10:30 a.m.<br>Place: 235 Pine Street, 23rd Floor<br>            San Francisco, CA |

### DECLARATION OF JOANNE LAFRENIERE IN SUPPORT OF TRUSTEE'S RESPONSE TO THE MOTION TO RECONSIDER ORDER DISALLOWING CLAIM NO. 25

I, Joanne LaFreniere, hereby declare:

1.     I am an attorney at law, duly admitted to practice before this court, and one of the attorneys for Janina Elder, trustee herein. The information given herein is based on my personal knowledge as such, and if called as a witness I would and could testify competently hereto.

2.     Claim No. 25 was filed by Thai Ming Chiu on October 23, 2009 in the amount of $180,000, many months after the approval of the Trustee's Final Account, and 2 ½ years after the claims deadline, which was April 24, 2007.

3.     On December 1, 2009, the Trustee filed an objection to the late-filed claim.  See Docket No. 389.  Opposition thus was due within 21 days, by December 22, 2009, and notice of a tentative hearing was provided (which under the BLR would only be held on that particular date if

STROMSHEIM &
ASSOCIATES

Case: 04-33526    Doc# 419    Filed: 04/02/10    Entered: 04/02/10 15:38:43    Page 1 of 2

1

1  a request for hearing was filed; instead events proceeded as discussed below).

2  4. On December 9, 2009, Demas Yan, the Debtor ("Debtor" or "Yan") contacted the Trustee, purportedly on behalf of Chiu, and other late-filed claimants.

4  5. On December 9, I responded to Debtor that the Trustee wished to review the documents that Debtor indicated he had obtained in support of the claims.

6  6. On December 14, 2009, I met with Yan, who insisted on hand-delivering some documents. I told Yan that the documents would be reviewed, and offered no opinion at the time on whether the documents were sufficient to prove the claim.

9  7. On December 17, 2009, I sent an email to Yan, asking if Yan was able to provide notice to the late-filing claimants that they would have an extension of time until January 29, 2010 to respond to the objections to their claims. Yan responded promptly that he would so advise the claimants. Attached collectively hereto as Exhibit "A" is a true and correct copy of my December 17, 2009 email to Mr. Yan, and his December 17, 2009 response to me.

14  8. I attended the hearing on February 26, 2010, but Mr. Chiu did not attend.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California, on the 2nd day of April 2010.

      /s/ Joanne LaFreniere
      JOANNE LAFRENIERE