Thai Ming Chiu
768 38th Avenue
San Francisco, CA 94121
Tel: 415-750-3685
Fax: 415-901-0650
Claimant in Pro Per

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re:

DEMAS YAN

Debtor.

Case No. 04-33526

**REPLY TO TRUSTEE'S RESPONSE TO THE MOTION TO RECONSIDER ORDER DISALLOWING CLAIM NO. 25**

Date: April 16, 2010
Time: 10:30 a.m.
Judge: Thomas Carlson
Place: 235 Pine Street, 23rd Fl.
San Francisco, CA

To the Trustee and to the Court:

Claimant THAI MING CHIU hereby files this reply to trustee's response.

## CLAIM #25 IS VALID AND FULLY SUPPORTED BY DOCUMENTATION.

A claim cannot be denied just because it is late filed. Lateness alone does not invalidate claim but merely subordinates the late claim to all timely-filed claims. *In re Hollingsworth*, 331 B.R. 399, Bankr. L. Rep. (CCH) P 80368 (B.A.P. 8th Cir. 2005) (creditor that filed late proof of claim was entitled to distribution upon payment in full of all timely filed claims).

Granted that claim #25 is late, but the net result is that all creditors in this case had been paid in full. There is no prejudice caused to any other creditor of the estate, *because there are no more unpaid creditors except for these late claims.*

Reply to response Motion reconsider  1

Case: 04-33526   Doc# 422   Filed: 04/11/10   Entered: 04/11/10 12:48:49   Page 1 of 2

Initially, the trustee had reason to object to the claim because the supporting documents, i.e. canceled checks, were not filed. Then with the trustee's permission and consent, claimant did provide full documents to support his claim.

Because the trustee did not request further documents or clarification of the documents provided, claimant believed, perhaps wrongly, that there were no further objections. Claimant may have been mistaken in not appearing at the hearing, but that is not a justified reason to deny the claim because the claim should be decided on the merits.

The court should note that there are canceled checks to support the full amount of the claim. At the hearing and in the trustee's response to this motion, the trustee had not stated a specific reason why the claim should not be allowed. Trustee reiterated the facts that the claimant is the debtor's relative and the claim is late, but those are not reasons to justify denial of the claim. Furthermore, even though claimant did not appear at the hearing, the trustee would still have an obligation to provide full information to the court. The trustee did not inform the court that the claimant had provided documentation in the form of canceled checks which supported the full amount of the claim. Therefore, the court's decision to deny the claim was not based on all available facts which were available at that time.

Respectfully, claimant request that the trustee withdraw her objection and the court to reconsider the order denying the claim.

Date: April 9, 2010
/s/THAI MING CHIU
Thai Ming Chiu

**Reply to response Motion reconsider**     **2**