**Entered on Docket**
**November 19, 2010**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed and Filed: November 18, 2010**

THOMAS E. CARLSON
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

In re

DEMAS YAN,

Debtor.

Case No. 04-33526 TEC

Chapter 7

**ORDER RE LATE-FILED CLAIMS OF THAI MING CHIU AND CHEUK TIN YAN**

On July 23, 2010, the court held a hearing on Thai Ming Chiu's Motion to Reconsider Order Disallowing Claim No. 25 and on the trustee's objection to claim no. 26 filed by Cheuk Tin Yan. Appearances were as noted on the record. Upon due consideration, and for the reasons stated in the accompanying memorandum decision, the court hereby orders as follows:

(1) Thai Ming Chiu's Motion for Reconsideration is denied.

(2) The trustee's objection to the late-filed claim of Cheuk Tin Yan, claim no. 26 (the Claim), is sustained. The Claim is disallowed in its entirety.

(3) Trustee shall cease performing all duties of a trustee, other than filing a final fee application and holding and distributing the remaining estate funds as directed by separate order of this court.

(4) The trustee shall cease prosecution of Adv. Proc. 08-3035.

(5) The trustee shall hold the surplus estate funds until the appeal on Charles Li’s claim is finally resolved.

(6) If the Superior Court order denying Li’s motion to vacate is affirmed or if the appeal is dismissed, this court will consider the Li claim to be finally disallowed. If the trial court order is vacated, the trustee shall hold the surplus until entry of a final order resolving Li’s claim.

(7) After final resolution of Li’s claim, the trustee shall allow the Judgment Creditors to enforce their writs of execution against the estate’s surplus funds.

(8) After the Judgment Creditors enforce their writs of execution, trustee shall pay any funds remaining in the estate to Debtor.

****END OF ORDER****



Case: 04-33526 Doc# 433 Filed: 11/18/10 Entered: 11/19/10 15:31:10 Page 2 of 3

**Court Service List**

Charles Li
c/o Ann N. Nguyen
1999 Harrison St. Suite 660
Oakland, CA 94612

Cheuk Tin Yan
1433 7th Ave
San Francisco, CA 94122

Thai Ming Chiu
768 38th Avenue
San Francisco, CA 94121