**Entered on Docket**
**November 19, 2010**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed and Filed: November 18, 2010**

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re                                  ) Case No. 04-33526 TEC
                                       )
DEMAS YAN,                             ) Chapter 7
                                       )
                                       )
                Debtor.                )
_____)

**ORDER RE LATE-FILED CLAIMS OF THAI MING CHIU AND CHEUK TIN YAN**

On July 23, 2010, the court held a hearing on Thai Ming Chiu's Motion to Reconsider Order Disallowing Claim No. 25 and on the trustee's objection to claim no. 26 filed by Cheuk Tin Yan. Appearances were as noted on the record. Upon due consideration, and for the reasons stated in the accompanying memorandum decision, the court hereby orders as follows:

(1) Thai Ming Chiu's Motion for Reconsideration is denied.

(2) The trustee's objection to the late-filed claim of Cheuk Tin Yan, claim no. 26 (the Claim), is sustained. The Claim is disallowed in its entirety.

(3) Trustee shall cease performing all duties of a trustee, other than filing a final fee application and holding and distributing the remaining estate funds as directed by separate order of this court.

ORDER RE LATE-FILED CLAIMS
-1-

1	     (4) The trustee shall cease prosecution of Adv. Proc. 08-3035.
 2	     (5) The trustee shall hold the surplus estate funds until the
 3	appeal on Charles Li's claim is finally resolved.
 4	     (6) If the Superior Court order denying Li's motion to vacate
 5	is affirmed or if the appeal is dismissed, this court will consider
 6	the Li claim to be finally disallowed.  If the trial court order is
 7	vacated, the trustee shall hold the surplus until entry of a final
 8	order resolving Li's claim.
 9	     (7) After final resolution of Li's claim, the trustee shall
10	allow the Judgment Creditors to enforce their writs of execution
11	against the estate's surplus funds.
12	     (8) After the Judgment Creditors enforce their writs of
13	execution, trustee shall pay any funds remaining in the estate to
14	Debtor.
15	                        **END OF ORDER**

**ORDER RE LATE-FILED CLAIMS**

-2-

1 | **<u>Court Service List</u>**

2 | Charles Li
  | c/o Ann N. Nguyen
3 | 1999 Harrison St. Suite 660
  | Oakland, CA 94612
4 |
  | Cheuk Tin Yan
5 | 1433 7th Ave
  | San Francisco, CA 94122
6 |
  | Thai Ming Chiu
7 | 768 38th Avenue
  | San Francisco, CA 94121
8 |

**ORDER RE LATE-FILED CLAIMS**

-3-

# CERTIFICATE OF NOTICE

```
District/off: 0971-3           User: rwong              Page 1 of 1              Date Rcvd: Nov 19, 2010
Case: 04-33526                 Form ID: pdfeoc          Total Noticed: 3
```

The following entities were noticed by first class mail on Nov 21, 2010.
          +Charles Li,   c/o Ann N. Nguyen,   1999 Harrison St. Suite 660,   Oakland, CA 94612-3584
10420233     +Thai Ming Chiu,   768 38th Avenue,   San Francisco, CA 94121-3410

The following entities were noticed by electronic transmission on Nov 20, 2010.
10769540     +E-mail/Text: dennisy@yahoo.com                            Cheuk Tin Yan,   1433 7th Ave,
       San Francisco, CA 94122-3702
                                                                                                                                                                         TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 21, 2010**                            **Signature:** _Joseph Speetjens_