Official Form 17
(12/04)

# United States Bankruptcy Court

NORTHERN District Of CALIFORNIA

In re DEMAS YAN,
Debtor

Case No. 04-33526 TEC

Chapter 7

## NOTICE OF APPEAL

THAI MING CHIU and CHEUK TIN YAN, creditors, appeals under 28 U.S.C. § 158(a) from the order of the bankruptcy judge THOMAS E. CARLSON, signed on November 18, 2010 and entered on the docket on November 19, 2010. Specifically, appellants appeals only from orders number 1 and 2 in said order entitled **ORDER RE LATE-FILED CLAIMS OF THAI MING CHIU AND CHEUK TIN YAN**

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

DENNIS YAN (SBN 257854) 595 Market Street, Suite 1350, San Francisco, California 94105, Phone (415) 867-5797, Attorney for appellants Thai Ming Chiu and Cheuk Tin Yan.

Dated: 11/29/2010

Signed: /s/DENNIS YAN
Attorney for Appellant

Attorney Name: DENNIS YAN

Address: 595 Market Street, Suite 1350
San Francisco, California 94105

Telephone No: Phone (415) 867-5797
Fax (415) 901-0650

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

*If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*