

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO DIVISION

In RE: Demas Wai Yan

04-33526 TC
Chapter 7

COURT CERTIFICATE OF MAILING

I, the undersigned, a regularly appointed clerk of the United States Bankruptcy Court for the Northern District of California, at San Francisco, hereby certify:

That I, in the performance of my duties as such clerk, served a copy of the NOTICE OF APPEAL and NOTICE OF REFERRAL OF APPEAL TO BANKRUPTCY APPELLATE PANEL by depositing it in the regular United States mail at San Francisco, California on the date shown below, in a sealed envelope bearing the lawful frank of the Bankruptcy Judge, addressed as listed below.

DATED: 12-1-10

Deputy Clerk, Anna Cho-Wong

| Bankruptcy Appellate Panel of the Ninth Circuit 125 S. Grand Avenue Pasadena, CA 91105 | United States Trustee 235 Pine St. #700 San Francisco, CA 94104 | Dennis Yan 595 Market St. #1350 San Francisco, CA 94105 |