UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
235 Pine Street
San Francisco, CA 94104
Mailing Address:
P.O. Box 7341
San Francisco, CA 94120-7341



FILED
DEC - 1 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

## TRANSMITTAL FORM

TO: Bankruptcy Appellate Panel of the Ninth Circuit, 125 S. Grand Avenue, Pasadena, CA, 91105

CASE NAME: Demas Wai Yan

BANKRUPTCY NO.: 04-33526 TC

BANKRUPTCY JUDGE: Thomas E. Carlson

DATE NOTICE OF APPEAL FILED: 11/29/10

DATE OF ENTRY OF ISSUE: 11/18/10

DATE BANKRUPTCY FILED: 12/19/2004

NOTICE OF OBJECTION FILED:

DATE OF TRANSMITTAL: 12/1/10

_____
Deputy Clerk, Anna Cho-Wong