Form TRANSC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In re Debtor(s):<br><br>Demas Wai Yan<br>aka Dennis Yan | Case No.: 04–33526 TEC 7<br>Chapter: 7 |

## NOTICE OF FILING OF TRANSCRIPT
## AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on February 26, 2010 was filed on January 13, 2011. The following deadlines apply:

The parties have until Thursday, January 20, 2011 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Thursday, February 3, 2011.

If a request for redaction is filed, the redacted transcript is due Monday, February 14, 2011.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Wednesday, April 13, 2011, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jo McCall
Jo McCall Court Reporting
2868 East Clifton Court
Gilbert, AZ 85297

or you may view the document at the clerk's office public terminal.

Dated: 1/20/11                    For the Court:

                                  Gloria L. Franklin
                                  Clerk of Court
                                  United States Bankruptcy Court