# Notice Recipients

District/Off: 0971−3     User: amalakoot     Date Created: 1/18/2011
Case: 04−33526     Form ID: TRANSC     Total: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr     Tony Fu

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
aty     Adam A. Lewis     alewis@mofo.com
aty     Ann Nhieu Nguyen     ann@lawnguyen.com
aty     Joanne M. LaFreniere     jlafreniere@stromsheim.com

TOTAL: 3