DEMAS YAN (SBN 257854)
595 Market Street, Suite 1350
San Francisco, California 94105
Phone (415) 867-5797
Fax (415) 901-0650

Debtor

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re:

    DEMAS YAN,

Debtor.

Case No. 04-33526 TEC

**NOTICE OF HEARING ON OBJECTION TO ALLOWANCE OF CLAIM #27**

Date: February 18, 2011
Time: 9:30 am
Judge: Thomas Carlson
Place: 235 Pine Street, 23rd Fl.
     San Francisco, CA

To: The claimant herein, STELLA CHEN, and all other interested parties:

Please take notice that a hearing will be held before the Honorable Thomas Carlson, Bankruptcy Judge, at the location and on the date and time captioned above, upon the objections of DEMAS YAN, debtor, to Claim No. 27 on file in these proceedings.

You are further notified that should you fail to attend at said time and place, the court is authorized to enter your default herein and to grant the relief requested by the debtor as requested in the objections on file.

Date: January 17, 2011

/s/DEMAS YAN

- 1

Case: 04-33526    Doc# 446    Filed: 01/17/11    Entered: 01/17/11 21:08:16    Page 1 of 1