

**Signed and Filed: February 18, 2011**

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 04-33526 TEC |
| DEMAS YAN, | Chapter 7 |
| Debtor. | |

### ORDER VACATING JUNE 15, 2009 ORDER ABANDONING PREPETITION CLAIMS TO DEBTOR

On June 15, 2009 in Adv. Proc. 08-3166, the court entered an order abandoning prepetition causes of action to Debtor (the Abandonment Order). Upon due consideration, and for the reasons stated in the accompanying memorandum decision entered on February 18, 2011 in Adv. Proc. Nos. 10-3149 and 10-3152, the court hereby orders as follows:

(1) The Abandonment Order is vacated in its entirety.

(2) From and after the date of entry of this order, all prepetition claims of the Debtor are property of this estate, which are subject to the automatic stay and which may be asserted only by the chapter 7 trustee of the this estate.

**\*\*END OF ORDER\*\***