

**FILED**

JUL 11 2011

SUSAN M SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

UNITED STATES BANKRUPTCY APPELLATE PANEL
OF THE NINTH CIRCUIT

In re: DEMAS WAI YAN

Debtor

BAP No.: NC-10-1476-JuHPa

THAI MING CHIU; CHEUK TIN YAN

Appellants

v.

CHARLES LI; DEMAS WAI YAN;
JANINA M. HOSKINS, CHAPTER 7 TRUSTEE

Appellees

Bankr. No.: 04-33526
Chapter 11

July 11, 2011

## JUDGMENT

ON APPEAL from the United States Bankruptcy Court for California Northern - San Francisco.

THIS CAUSE came on to be heard on the record and the briefs of the parties.

ON CONSIDERATION WHEREOF, it is ordered and adjudged by this Panel that the judgment of the Bankruptcy Court is *AFFIRMED*.

FOR THE PANEL,

Susan M Spraul
Clerk of Court
By: Vincent Barbato, Deputy Clerk

Date: July 11, 2011