REIDUN STRØMSHEIM # 104938
JOANNE LAFRENIERE # 158011
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California  94111
Telephone:    (415) 989-4100
Fax:              (415) 989-2235
jlafreniere@stromsheim.com

Attorneys for Trustee,
JANINA M. HOSKINS

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 04-33526 TCJE |
| DEMAS WAI YAN<br>aka Dennis Yan<br>SS # xxx xx 5968 | Chapter 7 |
| Debtor | Date:   [to be set]<br>Time:  [to be set]<br>Place: 235 Pine Street, 23rd Floor<br>             San Francisco, CA |

## FINAL FEE APPLICATION FOR ADDITIONAL
## CHAPTER 7 SERVICES OF ATTORNEYS FOR TRUSTEE

TO THE HONORABLE THOMAS E. CARLSON, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Reidun Stromsheim, the principal of Stromsheim & Associates, and

represents as follows:

1.      Applicant is the duly appointed counsel for Janina M. Hoskins, trustee in the above

case, by order entered on July 25, 2006.  *Six prior fee applications* have been filed in this case,

were approved, and have been paid to Applicant:

(1)      A fee application for the Chapter 11 portion of the case, for fees and

expenses of $26,033 and $450.82, respectively; and

(2)      An Interim Fee Application For Chapter 7 Services, for fees and costs of

$161,246.50 and $4,213.93, respectively; and

(3)      A Second Interim Fee Application For Chapter 7 Services, for fees and costs

of $96,579.00 and $3,360.35, respectively; and

(4) A Final Fee Application for Chapter 7 services for fees and costs of $67,839 and $2,815.62 respectively; and

(5) An Interim Fee Application, for Chapter 7 services, for fees and costs of $15,672.00 and $333.93, respectively (ECF # 416, March 15, 2010); and

(6) A First Interim Post-Final Fee Application, for Chapter 7 services, for fees and costs of $36,226.50 and $611.94, respectively (ECF # 466, March 21, 2011).[1]

Although there was a final fee application approved in March 2009, the case did not close as a result of certain appeals, late-filed claims, and other developments, as set forth below. In this *Final Fee Application For Additional Chapter 7 Services*, fees of $8,277.50. Included in this amount is the sum of $1,975.00, for such services as Applicant anticipates will be required in order to conclude the case, based on the prior history of the case. In addition, Applicant seeks reimbursement of expenses of $543.42, which sums will be sought to be paid from the remaining funds on hand in the approximate amount of $341,000.

2. An Order for relief under Chapter 11 was entered herein pursuant to a voluntary petition filed by the Debtor on December 19, 2004. Janina M. Hoskins was appointed the Chapter 11 Trustee on May 12, 2006, and the case was converted to Chapter 7 on September 15, 2006. This final fee application pertains to services rendered in the Chapter 7 case.

3. The primary assets in the case involved four condominium units on Chenery Street in San Francisco that the Debtor had developed and sold, and which were subject to a multitude of disputes. A consolidated trial was held regarding the disputes during the Chapter 11, and at the time of the appointment of the Trustee, the Amended Decision rendered by this Court was on appeal. The Trustee settled portions of the appeal relating to one Stella Chen, and the portion of the appeal relating to the claim of Wei Suen was appealed to the District Court in its appeals capacity. All timely-filed claims were paid in full pursuant to the approval of the Trustee's final

---

[1] *Please note,* in the Fee Application filed February 25, 2011 at ECF # 464, the narrative inadvertently omitted summarizing the fees awarded at ECF # 416 for the Interim Fee Application filed February 19, 2010 (ECF # 403).

account in March 2009.  However, post-final account, creditor Charles Li sought to reinstate his $221,000 claim, and four late claims were filed by relatives of the debtor.  Appeals involving the Li claim and the relatives' claims have now been decided, and none has resulted in any additional claims to be paid by the estate.  There remains activity in several adversary proceedings (Adv. Pro. Nos. 08-3166, 10-3149, and 10-3152), but the estate itself is not a party in these adversary proceedings, and the Trustee believes that the issues therein will not result in claims against the estate, as distinguished from Mr. Yan personally.  Thus, the bankruptcy case appears ready for a last final account and closing.

4.　　　Since the previous fee application was filed, the services of Applicant have been devoted to the following categories:

**Administrative claim objection.**

The services in this category relate to communications regarding the form of order on the denied motion for a late administrative claim asserted by creditor Stella Chen.

.2 hours for fees in the amount of $79 were devoted to this category.

**Appeal 2.**

The services in this category relate to the appeal in the BAP regarding the late claims of the debtor's father and brother-in-law.  Post-briefing, Applicant reviewed the appellants' reply, and communicated with Mr. Yan regarding a stipulation to waive oral argument.  Applicant reviewed the BAP's decision affirming the bankruptcy court, and communicated with the trustee regarding the result and any potential further appeal.

2.4 hours for fees in the amount of $948 were devoted to this category.

**Case Management.**

This category includes communicating with the Trustee regarding issues in the case, and responding to inquiries of interested parties, including the post-petition judgment creditors, and the attorneys involved in litigation with the debtor (e.g., attorneys for Crystal Lei, and Stella Chen).

The category also includes monitoring the docket regarding the Charles Li appeal regarding the resolution of his efforts to reinstate his withdrawn claim.

The category also contains miscellaneous matters that are set forth in more detail in the account statement, Exhibit "A" hereto.

4.9 hours, for fees in the amount of $1,926 are devoted to this category.

**Fee Application.**

Applicant prepared this final fee application. This category also includes 1.40 hours ($693.00) from the previous interim fee application.

4.3 hours for $1,838.50.

**Relief From Stay.**

The services in this category relate to a motion filed by Crystal Lei seeking to have a post-petition sanction directed at Mr. Yan personally paid from the bankruptcy estate, which motion was denied as to payment from the bankruptcy estate.

3.7 hours for fees in the amount of $1,461.50 were devoted to this category.

5.    As of August 26, 2011, Applicant has devoted a total of 15.5 hours since February 25, 2011 for fees in the amount of $6,302.50 to the services described above, as more particularly set forth on the account statement attached hereto as Exhibit "A". Included in this amount are 2.9 hours for fees in the amount of $1,145.50 for the preparation of this final fee application. This Application also seeks an additional 5.0 hours, for the amount of $1,975.00 for addressing any objections to and attending the hearing on this Fee Application.

6.    As of August 25, 2011, Applicant has incurred costs February 14, 2011 in the amount of $543.42. The costs for which reimbursement is sought represent the actual costs to Applicant, other than the copying charges, which are charged at $.20 per page, unless the copying is done by a third party, in which case the actual charge by that party is sought to be reimbursed.

7.    Applicant has entered into no agreement with any person and no understanding exists for division of fees between it and any other attorney, except for the members and associates of Applicant's firm, and it has entered into no agreement with any party for the purpose of fixing the amount of compensation to be paid from the estate. Applicant has not received, nor been promised, any other compensation from any other source for services rendered, or to be rendered, in this case.

1      WHEREFORE Applicant requests the fees in the amount of fees of $8,227.50 and costs in

2 the amount of $543.42 be allowed; and that all previously approved fees and costs to Applicant be

3 finally approved; and for such other relief as the Court deems appropriate.

4 DATED:     August 26, 2011.

5                          STROMSHEIM & ASSOCIATES

6

7                             /s/       Reidun Strømsheim

8                          Attorneys for Trustee,
JANINA M. HOSKINS

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STROMSHEIM &
ASSOCIATES

## CERTIFICATION

I, Reidun Stromsheim, have the responsibility in this case for compliance with the Guidelines for Professional Compensation. I have prepared and read the application, and to the best of my knowledge, information and belief, formed after reasonable inquiry, the information therein is true, and the compensation sought is in conformity with the United States Bankruptcy Court, Northern District of California, Guidelines For Compensation and Expense Reimbursement of Professionals. The compensation and expense reimbursement requested are billed at rates, in accordance with practices, no less favorable than those customarily employed by applicant and generally accepted by applicant's clients.

I declare under penalty of perjury that the foregoing is true and correct, and that if called as a witness I could competently testify thereto.

Executed on August 26, 2011, in the City and County of San Francisco, State of California.

_____/s/_____ Reidun Strømsheim

**TRUSTEE'S STATEMENT RE: REVIEW OF FEE APPLICATION**
**(U.S. Trustee Guidelines, ¶ 2.2.2)**

I, Janina M. Hoskins, hereby certify that I am the duly appointed trustee in In re Yan, and that I have read the foregoing Chapter 7 final fee application of Stromsheim & Associates, counsel for me in the foregoing bankruptcy case, and I have no objections to that fee application or the fees and costs requested therein.

DATED:          This 9th day of September, 2011.


                                        /s/     Janina M. Hoskins

STROMSHEIM & ASSOCIATES

Stromsheim & Associates
Attorneys at Law
201 California Street, Suite 201
San Francisco, CA  94111
Attorneys at Law

Invoice submitted to:
Janina Elder


August 26, 2011

In Reference To:          Demas Wai Yan, 04-33526 TCJE

Invoice #          12909


Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| | **Admin.claim.obj** | | | |
| 3/2/2011 JML | communications with B. Farrer re drafting order re S Chen | | 0.20 <br> 395.00/hr | 79.00 |
| | SUBTOTAL: | [ | 0.20 | 79.00] |
| | **Appeal 2** | | | |
| 3/3/2011 JML | Chiu & Yan appeal - receipt of late reply brief | | 0.10 <br> 395.00/hr | 39.50 |
| 3/11/2011 JML | communication to trustee re appellant request to waive oral argument | | 0.10 <br> 395.00/hr | 39.50 |
| 3/15/2011 JML | APP Chiu - communication from trustee re debtor request to waive argument (.1); email to D.Yan re same (.1) | | 0.20 <br> 395.00/hr | 79.00 |
| 3/16/2011 JML | APP Chiu - receipt of stip re oral argument waiver and execute and return | | 0.20 <br> 395.00/hr | 79.00 |
| 5/4/2011 JML | notices from court re hearing set for oral argument | | 0.20 <br> 395.00/hr | 79.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/13/2011 | JML | Appeal  Chiu - email to D. Yan re deadline to opt for oral argument (.2); confirmation from D. Yan no oral argument appearance (.1) | 0.30 395.00/hr | 118.50 |
| 6/17/2011 | JML | notification from BAP that matter submitted to panel on briefs | 0.10 395.00/hr | 39.50 |
| 7/11/2011 | JML | receipt and analysis of memorandum of BAP (.7); receipt of Judgment (.1); receipt of transmittal letter etc. (.1); communications with trustee re BAP judgment and case (.2) | 1.10 395.00/hr | 434.50 |
| 7/18/2011 | JML | t/c from A. Lewis for Sing Tao re status (.1) | 0.10 395.00/hr | 39.50 |
| | SUBTOTAL: | | [     2.40 | 948.00] |

Case Mgmt

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/25/2011 | RS | Drafted notice of interim fee hearing | 0.30 495.00/hr | 148.50 |
| | JML | communication from and to judgment creditor Sierra Point in response to its inquiry whether case would close after denial of S.Chen claim | 0.20 395.00/hr | 79.00 |
| 3/2/2011 | JML | review Yan order to reconsider re removed matter (.1) | 0.10 395.00/hr | 39.50 |
| 3/11/2011 | JML | email from D. Yan re Stromsheim interim fee application (.1); respond to same (.1); further email from debtor re Chen (.1); communication to trustee re same (.3) | 0.60 395.00/hr | 237.00 |
| 3/18/2011 | JML | attend hearing re fees | 0.40 395.00/hr | 158.00 |
| 3/29/2011 | JML | check status of related AP's and motions re reconsideration | 0.20 395.00/hr | 79.00 |
| 4/13/2011 | JML | review status of open adversary proceedings | 0.30 395.00/hr | 118.50 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/23/2011 | JML | review pleadings re additional issues calendared for hearing re stay, sanctions issues | 0.50 395.00/hr | 197.50 |
| 5/24/2011 | JML | report to trustee re case status (.3); and update from trustee re OH (.1) | 0.40 395.00/hr | 158.00 |
| 6/23/2011 | JML | t/c from B. Hawkins re writs to be issued | 0.10 395.00/hr | 39.50 |
| 7/15/2011 | JML | email from judgment creditor attorney M. Coopersmith re status (.1); respond to same (.2) | 0.30 395.00/hr | 118.50 |
| 8/12/2011 | JML | check status of other open APs pending appeals (.3); email to trustee (.2) | 0.50 395.00/hr | 197.50 |
| 8/15/2011 | JML | email from and to M. Coopersmith re status | 0.10 395.00/hr | 39.50 |
| 8/24/2011 | JML | audit pending matters in order to close BK (.7); email to trustee (.1) | 0.80 395.00/hr | 316.00 |
| 8/25/2011 | RS | Conference JML re. issues in closing, liens, levies | 0.10 495.00/hr | 49.50 |
| | SUBTOTAL: | | [      4.90 | 1,975.50] |

<u>Fee Application</u>

| | | | | |
|---|---|---|---|---|
| 2/25/2011 | RS | Revised and finalized application for 1st Interim Post-final fee application | 1.40 495.00/hr | 693.00 |
| 8/24/2011 | JML | draft final fee application | 1.30 395.00/hr | 513.50 |
| 8/25/2011 | JML | cntinue draft of final fee application | 1.20 395.00/hr | 474.00 |
| | JML | revisons of fee application | 0.40 395.00/hr | 158.00 |

|                                                                           | Hrs/Rate | Amount |
|---------------------------------------------------------------------------|----------|--------|

SUBTOTAL:                                                [        4.30        1,838.50]

### Relief Stay

| 4/27/2011 JML | motion filed by Lei for RFS | 0.20 395.00/hr | 79.00 |
| 5/20/2011 JML | review cited cases by Lei (.6); draft opposition to Leu RFS motion (1.0) | 1.60 395.00/hr | 632.00 |
| 5/23/2011 JML | review reply to debtor opposition by Lei (.2) | 0.20 395.00/hr | 79.00 |
| 5/24/2011 JML | review reply for Lei re trustee opp to RFS as to BK estate (.1); t/c to trustee re service issue (.1); prep for hearing (.2) | 0.40 395.00/hr | 158.00 |
| 5/26/2011 JML | review Court's tentative ruling | 0.10 395.00/hr | 39.50 |
| 5/27/2011 JML | attend hearing on Lei motion RFS | 1.20 395.00/hr | 474.00 |

SUBTOTAL:                                                [        3.70        1,461.50]

For professional services rendered                              15.50        $6,302.50

Additional Charges :

### FedEx

| 2/14/2011 | Overnight mail to U.S. Bankruptcy Appellate Panel, Pasadena CA | 68.75 |

SUBTOTAL:                                                                     [    68.75]

### Photocopies

| 1/1/2011 | 1/1/2011 through 3/31/2011 | 213.80 |

Amount
_____

SUBTOTAL:                                                [      213.80]

Postage

1/1/2011  1/1/2011 through 3/31/2011                                        51.30

4/1/2011  4/1/11 through 6/30/11                                             2.10

_____

SUBTOTAL:                                                [       53.40]

Westlaw/Lexis

2/14/2011                                                                  159.27

5/20/2011                                                                   21.66

6/20/2011                                                                   26.54

_____

SUBTOTAL:                                                [      207.47]

_____

Total costs                                                              $543.42

_____

Total amount of this bill                                              $6,845.92

Previous balance                                                      $37,914.62

4/4/2011  Payment - Thank You                                          ($611.94)
4/4/2011  Payment - Thank You                                      ($36,226.50)

Total payments and adjustments                                     ($36,838.44)

_____

Balance due                                                           $7,922.10

## Timekeeper Summary

| Name | Hours | Amount |
|---|---|---|
| Joanne M. LaFreniere | 13.70 | $5,411.50 |
| Reidun Stromsheim | 1.80 | $891.00 |

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 6,845.92 | 0.00 | 0.00 | 0.00 | 1,076.18 |