REIDUN STRØMSHEIM # 104938
JOANNE LAFRENIERE # 158011
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California 94111
Telephone: (415) 989-4100
Fax: (415) 989-2235
jlafreniere@stromsheim.com

Attorneys for Trustee,
JANINA M. HOSKINS

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>DEMAS WAI YAN<br>aka Dennis Yan<br>SS # xxx xx 5968<br><br>Debtor | Case No. 04-33526 TCJE<br><br>Chapter 7<br><br>Date: October 11, 2011<br>Time: 9:30 a.m.<br>Place: 235 Pine Street, 23rd Floor |

**DECLARATION OF JOANNE LAFRENIERE IN SUPPORT OF ATTORNEY'S FINAL FEE APPLICATION**

I, Joanne LaFreniere, hereby declare:

1. I am an attorney at law, duly admitted to practice before this court, and one of the attorneys for Janina M. Hoskins, trustee herein. The information given herein is based on my personal knowledge as such, and if called as a witness I would and could testify competently hereto.

2. Included in the final fees sought, was the sum of $1975.00 for anticipated legal work that would have to be rendered between the date of the fee application, and the date of the hearing on the final fee application. See ECF No. 483 Final Fee Application, p.4, ¶5.

3. Attached hereto as Exhibit "A" is a true and correct copy of the additional time expended in this case after the Final Fee Application and timeslips were submitted, from August 27, 2011 through October 10, 2011 in the total amount of $1,540.50 for additional fees, and

1 expenses of $10.00.  In addition, fees of $434.50 (equal to 1.1 hour) to attend the final hearing are
2 requested, for a total of $1,975.00.
3     4.    If additional work is required after the hearing on October 11, 2011, Applicant
4 reserves the right to file with the Court an additional request for fees.
5     I declare under penalty of perjury that the foregoing is true and correct.  Executed at San
6 Francisco, California, on the 10th day of October 2011.

        /s/ Joanne LaFreniere
        JOANNE LAFRENIERE