# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

In re: Demas Wai Yan                     §   Case No. 04-33526-7-T
                                         §
                                         §
                                         §
Debtor(s)                                §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

Janina M. Hoskins, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $1,807,404.00 *(without deducting any secured claims)* | Assets Exempt: $107,404.00 |
| Total Distribution to Claimants: $623,143.42 | Claims Discharged Without Payment: $65,209.74 |
| Total Expenses of Administration: $577,158.44 | |

3) Total gross receipts of $ 1,532,445.69 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 332,143.83 (see **Exhibit 2**), yielded net receipts of $1,200,301.86 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $1,194,454.10 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 485,559.58 | 485,486.15 | 485,485.65 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 91,672.79 | 91,672.79 | 91,672.79 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 8,545,684.47 | 688,353.16 | 623,143.42 |
| **TOTAL DISBURSEMENTS** | $0.00 | $10,317,370.94 | $1,265,512.10 | $1,200,301.86 |

4) This case was originally filed under Chapter 11 on December 19, 2004 and it was converted to Chapter 7 on September 19, 2006.The case was pending for 70 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/01/2012      By: /s/Janina M. Hoskins
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| BANK ACCOUNTS | 1290-010 | 1,508,929.10 |
| Interest Income | 1270-000 | 23,516.59 |
| **TOTAL GROSS RECEIPTS** | | $1,532,445.69 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Golden State Lumber | payment on Writ of Attachment | 8100-002 | 0.00 |
| Sing Tao Newspapers San Francisco LTD | payment on Levy- Writ ot Execution- Case CGC 07-465863 | 8100-002 | 0.00 |
| Golden State Lumber | Payment in full on Levy and Judgment/Writ- paid from Debtor's Surplus | 8100-002 | 17,765.60 |
| Sing Tao Newspapers (SF) Ltd | Payment from Debtor's surplus per Writ and Levy | 8100-002 | 122,927.38 |
| Crystal Lei | Payment in full with interest to 10/18/11 on 3 Writs re CGC 07-467500 | 8100-002 | 16,411.16 |
| Demas Wai Yan | Surplus funds paid to Debtor after payment of claims and levies | 8200-002 | 175,039.69 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $332,143.83 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Washington Mutual Bank | 4110-000 | N/A | 743,448.06 | 0.00 | 0.00 |
| 6 | Washington Mutual Bank | 4110-000 | N/A | 248,810.24 | 0.00 | 0.00 |
| 14 | Washington Mutual Bank | 4110-000 | N/A | 202,195.80 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $1,194,454.10 | $0.00 | $0.00 |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Janina M. Elder | 2100-000 | N/A | 68,908.44 | 68,908.44 | 68,908.44 |
| Janina M. Elder | 2200-000 | N/A | 73.43 | 0.00 | 0.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 517.18 | 517.18 | 517.18 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 3,116.19 | 3,116.19 | 3,116.19 |
| Franchise Tax Board | 2820-000 | N/A | 29.00 | 29.00 | 29.00 |
| Franchise Tax Board | 2820-000 | N/A | 12.00 | 12.00 | 12.00 |
| Office of the U. S. Trustee | 2950-000 | N/A | 4,000.00 | 4,000.00 | 4,000.00 |
| Reidun Stromsheim, Esq. | 3210-000 | N/A | 8,277.50 | 8,277.50 | 8,277.50 |
| Reidun Stromsheim | 3210-000 | N/A | 95,579.90 | 95,579.90 | 95,579.90 |
| Reidun Stromsheim, Esq. | 3210-000 | N/A | 36,226.50 | 36,226.50 | 36,226.50 |
| Reidun Stromsheim | 3210-000 | N/A | 15,672.00 | 15,672.00 | 15,672.00 |
| Reidun Stromsheim | 3210-000 | N/A | 165,460.43 | 165,460.43 | 165,460.43 |
| Reidun Stromsheim | 3210-000 | N/A | 67,839.00 | 67,839.00 | 67,839.00 |
| Reidun Stromsheim | 3220-000 | N/A | 3,360.35 | 3,360.35 | 3,360.35 |
| Reidun Stromsheim | 3220-000 | N/A | 2,815.62 | 2,815.62 | 2,815.62 |
| Reidun Stromsheim, Esq. | 3220-000 | N/A | 611.94 | 611.94 | 611.94 |
| Reidun Stromsheim, Esq. | 3220-000 | N/A | 543.42 | 543.42 | 543.42 |
| Reidun Stromsheim | 3220-000 | N/A | 333.92 | 333.92 | 333.92 |
| Bachecki & Crom | 3410-000 | N/A | 8,867.94 | 8,867.94 | 8,867.94 |
| Bachecki & Crom | 3410-000 | N/A | 3,300.50 | 3,300.50 | 3,300.00 |
| Bachecki & Crom | 3420-000 | N/A | 14.32 | 14.32 | 14.32 |

| | | N/A | | | |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $485,559.58 | $485,486.15 | $485,485.65 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Janina M. Elder | 6101-000 | N/A | 12,231.84 | 12,231.84 | 12,231.84 |
| Reidun Stromsheim | 6110-000 | N/A | 26,483.82 | 26,483.82 | 26,483.82 |
| Bachecki & Crom | 6310-000 | N/A | 12,957.13 | 12,957.13 | 12,957.13 |
| Mark Romeo, Esq. | 6700-000 | N/A | 40,000.00 | 40,000.00 | 40,000.00 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $91,672.79 | $91,672.79 | $91,672.79 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| I | Reidun Stromsheim, Esq. | 7990-000 | N/A | 6,481.37 | 6,481.37 | 0.00 |
| I | Office of the U. S. Trustee | 7990-000 | N/A | 715.65 | 715.65 | 0.00 |
| I | Reidun Stromsheim, Esq. | 7990-000 | N/A | 97.22 | 97.22 | 0.00 |
| I | INTERNATIONAL SURETIES, LTD. | 7990-000 | N/A | 557.52 | 557.52 | 0.00 |
| I | Reidun Stromsheim, Esq. | 7990-000 | N/A | 1,480.95 | 1,480.95 | 0.00 |
| I | Reidun Stromsheim | 7990-000 | N/A | 59.74 | 59.74 | 0.00 |
| I | Reidun Stromsheim, Esq. | 7990-000 | N/A | 109.48 | 109.48 | 0.00 |
| I | Reidun Stromsheim | 7990-000 | N/A | 2,803.91 | 2,803.91 | 0.00 |
| I | INTERNATIONAL SURETIES, LTD. | 7990-000 | N/A | 92.53 | 92.53 | 0.00 |
| I | Janina M. Elder | 7990-000 | N/A | 11,020.68 | 11,020.68 | 0.00 |
| 2 | Stella Chen | 7100-000 | N/A | 633,353.24 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | Charles Li | 7100-000 | N/A | 221,000.00 | 0.00 | 0.00 |
| 4 | Wei Suen | 7100-000 | N/A | 800,000.00 | 500,000.00 | 500,000.00 |
| 4I | Wei Suen | 7990-000 | N/A | 89,456.16 | 89,456.16 | 56,953.15 |
| 5 | MBNA America Bank N.A. | 7100-000 | N/A | 130.96 | 130.96 | 130.96 |
| 5I | MBNA America Bank N.A. | 7990-000 | N/A | 23.43 | 23.43 | 14.92 |
| 7 | Felipe Santiesteban | 7100-000 | N/A | 6,500.00 | 6,500.00 | 6,500.00 |
| 7I | Felipe Santiesteban | 7990-000 | N/A | 1,162.93 | 1,162.93 | 740.39 |
| 8 | David Grassi | 7100-000 | N/A | 75,000.00 | 12,000.00 | 12,000.00 |
| 8I | David Grassi | 7990-000 | N/A | 2,146.95 | 2,146.95 | 1,366.88 |
| 9 | Dong Fu | 7100-000 | N/A | 60,000.00 | 0.00 | 0.00 |
| 10 | Tony Fu | 7100-000 | N/A | 3,000,000.00 | 0.00 | 0.00 |
| 11 | Crystal Lei | 7100-000 | N/A | 67,937.25 | 45,000.00 | 45,000.00 |
| 11I | Crystal Lei | 7990-000 | N/A | 8,051.05 | 8,051.05 | 0.00 |
| 12 | Sierra Point Lumber and Plywood Co., Inc. | 7100-000 | N/A | 105,942.91 | 0.00 | 0.00 |
| 13 | Bank of America, N.A. (USA) | 7100-000 | N/A | 268.91 | 268.91 | 268.91 |
| 13I | Bank of America, N.A. (USA) | 7990-000 | N/A | 48.11 | 48.11 | 30.63 |
| 15 | Fu, Dong | 7100-000 | N/A | 3,000,000.00 | 0.00 | 0.00 |
| 16 | Li Ming Lei | 7100-000 | N/A | 88,155.00 | 0.00 | 0.00 |
| 17 | Sierra Point Lumber and Plywood Co., Inc. | 7100-000 | N/A | 105,942.91 | 0.00 | 0.00 |
| 18 | Li, Charles | 7100-000 | N/A | 221,000.00 | 0.00 | 0.00 |
| 19 | Discover Bank/Discover Financial Services | 7100-000 | N/A | 58.18 | 58.18 | 58.18 |
| 19I | Discover Bank/Discover Financial Services | 7990-000 | N/A | 10.41 | 10.41 | 6.63 |
| 20 | Discover Bank/Discover Financial Services | 7100-000 | N/A | 65.33 | 65.33 | 65.33 |
| 20I | Discover Bank/Discover Financial Services | 7990-000 | N/A | 11.69 | 11.69 | 7.44 |
| 21 | Dong Fu | 7400-000 | N/A | 36,000.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $8,545,684.47 | $688,353.16 | $623,143.42 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 04-33526-7-T | **Trustee:** (007880) Janina M. Hoskins |
| **Case Name:** Demas Wai Yan | **Filed (f) or Converted (c):** 09/19/06 (c) |
| | **§341(a) Meeting Date:** 08/26/05 |
| | **Claims Bar Date:** 04/24/07 |
| **Period Ending:** 08/01/12 | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | BANK ACCOUNTS     sale of real property assets by debtor prior to appointment of Chapter 11 Trustee, held in segregated account with bank of the west  (See Footnote) | Unknown | 0.00 | DA | 0.00 | FA |
| 2 | BANK ACCOUNTS  (u)     transfer of funds from Chapter 11 bank account as of conversion | 0.00 | 1,508,929.10 | | 1,508,929.10 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS     computer and peripherals | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | HOUSEHOLD GOODS AND FURNISHINGS     furniture | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | HOUSEHOLD GOODS AND FURNISHINGS     books | 500.00 | 0.00 | DA | 0.00 | FA |
| 6 | HOUSEHOLD GOODS AND FURNISHINGS     stereo | 200.00 | 0.00 | DA | 0.00 | FA |
| 7 | HOUSEHOLD GOODS AND FURNISHINGS     CD Player | 300.00 | 0.00 | DA | 0.00 | FA |
| 8 | WEARING APPAREL     Mens clothing | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 9 | FURS AND JEWELRY     watch | 200.00 | 0.00 | DA | 0.00 | FA |
| 10 | PENSION PLANS AND PROFIT SHARING     Ericsson Capital Accumulation Account JP Morgan RTS POB 419784 Kansas City, MO 64141 | 81,717.00 | 0.00 | DA | 0.00 | FA |
| 11 | STOCK AND BUSINESS INTERESTS     Options Xpress Account 395 La Salle Street, Ste. 220 Chicago, IL 60603 | 16,487.00 | 0.00 | DA | 0.00 | FA |
| 12 | STOCK AND BUSINESS INTERESTS     Crossblue, Inc. (CA) | 0.00 | 0.00 | DA | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: | 04-33526-7-T |
| Case Name: | Demas Wai Yan |
| Period Ending: | 08/01/12 |

| | |
|---|---|
| Trustee: | (007880)   Janina M. Hoskins |
| Filed (f) or Converted (c): | 09/19/06 (c) |
| §341(a) Meeting Date: | 08/26/05 |
| Claims Bar Date: | 04/24/07 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13 | STOCK AND BUSINESS INTERESTS     Crossblue Networks, Inc. (WA) | 0.00 | 0.00 | DA | 0.00 | FA |
| 14 | STOCK AND BUSINESS INTERESTS     American Asia Investment, LLC (NV) | 0.00 | 0.00 | DA | 0.00 | FA |
| 15 | CONTINGENT AND UNLIQUIDATED CLAIMS     Claims Damages, costs, etc. Yan v.Chen  (See Footnote) | Unknown | 0.00 | DA | 0.00 | FA |
| 16 | AUTOMOBILES AND OTHER VEHICLES     1990 Acura | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 17 | REAL PROPERTY     547 23rd Street San Francisco, CA     Three unit Rental Property  (See Footnote) | 1,600,000.00 | 613,338.00 | DA | 0.00 | FA |
| 18 | REAL PROPERTY     Condominium- Hong Kong     Hong Kong, Block C, Flat 4004     Tin Fu Court, Tin Shui Wai     N.T. Hong Kong, China  (See Footnote) | 100,000.00 | 12,539.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 23,516.59 | FA |
| 19 | **Assets  Totals** (Excluding unknown values) | **$1,807,404.00** | **$2,134,806.10** | | **$1,532,445.69** | **$0.00** |

| | |
|---|---|
| RE PROP# 1 | Court Order authorizing transfer of funds from bank of West account to trustee- during Chapter 11 case- See asset no. 2 for turnover to chapter 7 case |
| RE PROP# 15 | settlement approved by Court- no value to estate |
| RE PROP# 17 | Debtor transferred to parents during Chapter 11 Debtor in Possession period.  Trustee initiated fraudulent conveyance action to recover, deed recorded transferring asset back to the estate |
| RE PROP# 18 | insurance confirmed |

**Major Activities Affecting Case Closing:**

9/27/06: authorize AP against parents for turnover of rp and cancellation of grant deed

9/27/06: conference with counsel on remaining claims objections and authorize filing of same

10/5/06: Start C. 11 final report

10/7/06: Finish analysis on Chapter 11 tax return regarding sale of RP 2/28/06

10/26/06: respond to Debtor's email regarding fees

10/27/06: approve 2/28/06 tax return

2/5/07- fund CD

Case: 04-33526    Doc# 490    Filed: 08/02/12    Entered: 08/02/12 10:29:41    Page 8 of 23

Exhibit 8

Page: 3

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 04-33526-7-T | | Trustee: | (007880) | Janina M. Hoskins |
|---|---|---|---|---|---|
| Case Name: | Demas Wai Yan | | Filed (f) or Converted (c): | 09/19/06 (c) | |
| | | | §341(a) Meeting Date: | 08/26/05 | |
| Period Ending: | 08/01/12 | | Claims Bar Date: | 04/24/07 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

3/19/07: Attend settlement conference re District court appeal

5/30/07: Trial re alter ego theory re Sierra Point Lumber Claim Objection

6/15/07: motion for SJ re Fu claim

7/6/07: Order on claim objections 9,10, 15

8/31/07: Objection to Fu amended Claim

9/27/07:F.U. with counsel re debtor's second motion to dismiss case

12/5/07: F.U. re appellate court ruling on Fu's appeal to District Court

1/10/08: review Memorandum by Carlson dismissing complaint against FU on removed AP- filed by Yan

2/8/08: Attend continued judicial mediation re Suen appeal

3/6/08: Suen Compromise approved

3/31/08: Submit interim Fee App and Distribution to Creditors

5/30/08- Motion filed re comporomise with Crystal lei

8/14/08- respond to email from Debtor re Tony Fu litigation against Debtor and Estate

10/25/08; F.U re Complaint against Dong Fu against Estate

12/28/08- yar end review

1/30/09- TFR filed

3/26/09- checks cut re creditoc laims

4/23/09-f.u re remaining claim disptue and issues re surplus

UNABLE TO CLOSE CASE PENDING RESOLUTION OF CHARLES LI- LATE CLAIM- PREVIOUSLY DISALLOWED- COURT ALLOWED CREDITOR TO REOPEN CLAIM FOR ANALYSIS:  SUPRLUS TO DEBTOR ON HOLD AND SUBJECT TO 2 WRIT'S OF ATTACHMENT

2/24/11- review tentative re ongoing claim objections, update EFTR

4/27/11-review Crystal Lei MRS

Ongoing claim disputes and appeals

| Initial Projected Date Of Final Report (TFR): | December 31, 2008 | Current Projected Date Of Final Report (TFR): | February 24, 2009  (Actual) |
|---|---|---|---|

_____
August 1, 2012

Date

/s/ Janina M. Hoskins
_____

Janina M. Hoskins

Exhibit 9

Page: 1

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 04-33526-7-T

**Case Name:** Demas Wai Yan

**Taxpayer ID #:** 75-6795037

**Period Ending:** 08/01/12

**Trustee:** Janina M. Hoskins (007880)

**Bank Name:** CHASE BANK

**Account:** 312084868465 - Money Market Account

**Blanket Bond:** $4,000,000.00 (per case limit)

**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/19/06 | | Account transfer | Transfer from Chapter 11 to Chapter 7 account | 9999-000 | 1,508,929.10 | | 1,508,929.10 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 957.87 | | 1,509,886.97 |
| 10/09/06 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.8000% | 1270-000 | 330.43 | | 1,510,217.40 |
| 10/09/06 | | To Account #312084868467 | transfer to new MMA re conversion to C. 7 | 9999-000 | | 1,508,466.40 | 1,751.00 |
| 10/09/06 | Int | INTERNATIONAL SURETIES, LTD. | interest already included in total amount transferred 10/24/06 | 1270-000 | -1,751.00 | | 0.00 |
| 10/24/06 | | adjustment to reflect balance transfer from C.11 | adjustment to reflecty balance transfer from C. 11 as of conversion date | 9999-000 | -1,508,929.10 | | -1,508,929.10 |
| 07/31/07 | | Estate Adjustment | Adjustment re Chapter 11 funds on date of conversion per audit findings | 9999-000 | 1,508,929.10 | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | **1,508,466.40** | **1,508,466.40** | **$0.00** |
| Less: Bank Transfers | 1,508,929.10 | 1,508,466.40 | |
| **Subtotal** | **-462.70** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$-462.70** | **$0.00** | |

Exhibit 9

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 04-33526-7-T | |
| **Case Name:** | Demas Wai Yan | |
| | | |
| **Taxpayer ID #:** | 75-6795037 | |
| **Period Ending:** | 08/01/12 | |

| | |
|---|---|
| **Trustee:** | Janina M. Hoskins (007880) |
| **Bank Name:** | CHASE BANK |
| **Account:** | 312084868467 - Money Market Account |
| **Blanket Bond:** | $4,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/09/06 | | From Account #312084868465 | transfer to new MMA re conversion to C. 7 | 9999-000 | 1,508,466.40 | | 1,508,466.40 |
| 10/24/06 | Int | CHASE BANK | Interest Earned | 1270-000 | 462.70 | | 1,508,929.10 |
| 10/24/06 | | Janina Elder | Transfer from chapter 11; check #101 | 9999-000 | | 1,508,929.10 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 1,508,929.10 | 1,508,929.10 | **$0.00** |
| Less: Bank Transfers | 1,508,466.40 | 1,508,929.10 | |
| **Subtotal** | **462.70** | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$462.70** | **$0.00** | |

Case: 04-33526     Doc# 490     Filed: 08/02/12     Entered: 08/02/12 10:29:41     Page 11 of 23

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 04-33526-7-T |
| **Case Name:** | Demas Wai Yan |
| | |
| **Taxpayer ID #:** | 75-6795037 |
| **Period Ending:** | 08/01/12 |

| | |
|---|---|
| **Trustee:** | Janina M. Hoskins (007880) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | 312-0848764-19 - Time Deposit Account |
| **Blanket Bond:** | $4,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/05/07 | | FUNDING ACCOUNT:<br>312084876465 | account funded | 9999-000 | 1,000,000.00 | | 1,000,000.00 |
| 05/07/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3100% | 1270-000 | 3,271.31 | | 1,003,271.31 |
| 08/06/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3100% | 1270-000 | 3,282.01 | | 1,006,553.32 |
| 11/05/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4000% | 1270-000 | 3,480.61 | | 1,010,033.93 |
| 02/04/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4000% | 1270-000 | 3,529.03 | | 1,013,562.96 |
| 03/04/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.1800% | 1270-000 | 982.36 | | 1,014,545.32 |
| 04/04/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0000% | 1270-000 | 855.07 | | 1,015,400.39 |
| 04/07/08 | | To Account #312084876465 | Close CD | 9999-000 | | 1,015,400.39 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 1,015,400.39 | 1,015,400.39 | $0.00 |
| Less: Bank Transfers | 1,000,000.00 | 1,015,400.39 | |
| **Subtotal** | 15,400.39 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$15,400.39** | **$0.00** | |

Exhibit 9

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 04-33526-7-T | |
| **Case Name:** | Demas Wai Yan | |
| | | |
| **Taxpayer ID #:** | 75-6795037 | |
| **Period Ending:** | 08/01/12 | |

| | |
|---|---|
| **Trustee:** | Janina M. Hoskins (007880) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | 312-0848764-20 - Time Deposit Account |
| **Blanket Bond:** | $4,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans.<br>Date | {Ref #} /<br>Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts<br>$ | Disbursements<br>$ | Time Deposit<br>Account Balance |
| 01/24/08 | | FUNDING ACCOUNT:<br>312084876465 | account funded | 9999-000 | 200,000.00 | | 200,000.00 |
| 02/25/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.0800% | 1270-000 | 177.61 | | 200,177.61 |
| 03/24/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.0000% | 1270-000 | 161.85 | | 200,339.46 |
| 04/23/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.7500% | 1270-000 | 123.53 | | 200,462.99 |
| 05/23/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.7500% | 1270-000 | 123.61 | | 200,586.60 |
| 06/23/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.5800% | 1270-000 | 99.39 | | 200,685.99 |
| 07/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.5800% | 1270-000 | 118.57 | | 200,804.56 |
| 08/27/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.5800% | 1270-000 | 95.75 | | 200,900.31 |
| 09/26/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.5800% | 1270-000 | 95.80 | | 200,996.11 |
| 10/27/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.5800% | 1270-000 | 99.03 | | 201,095.14 |
| 11/26/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.4800% | 1270-000 | 79.35 | | 201,174.49 |
| 12/26/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.3800% | 1270-000 | 62.84 | | 201,237.33 |
| 01/26/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2000% | 1270-000 | 34.19 | | 201,271.52 |
| 02/25/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2000% | 1270-000 | 33.09 | | 201,304.61 |
| 02/26/09 | | To Account #312084876465 | Close CD via CD Rollover | 9999-000 | | 201,304.61 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 201,304.61 | 201,304.61 | $0.00 |
| Less: Bank Transfers | 200,000.00 | 201,304.61 | |
| **Subtotal** | 1,304.61 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$1,304.61** | **$0.00** | |

Exhibit 9

Page: 5

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 04-33526-7-T | Trustee: | Janina M. Hoskins (007880) |
|---|---|---|---|
| Case Name: | Demas Wai Yan | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | 312-0848764-21 - Time Deposit Account |
| Taxpayer ID #: | 75-6795037 | Blanket Bond: | $4,000,000.00  (per case limit) |
| Period Ending: | 08/01/12 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/23/09 | | FUNDING ACCOUNT:<br>312084876465 | account funded | 9999-000 | 300,000.00 | | 300,000.00 |
| 02/23/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 38.22 | | 300,038.22 |
| 03/25/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 36.99 | | 300,075.21 |
| 03/26/09 | | To Account #312084876466 | account transfer | 9999-000 | | 300,075.21 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | ACCOUNT TOTALS | | 300,075.21 | 300,075.21 | $0.00 |
| | Less: Bank Transfers | | 300,000.00 | 300,075.21 | |
| | Subtotal | | 75.21 | 0.00 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | NET Receipts / Disbursements | | $75.21 | $0.00 | |

Exhibit 9

Page: 6

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 04-33526-7-T | | Trustee: | Janina M. Hoskins (007880) |
| Case Name: | Demas Wai Yan | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | 312-0848764-22 - Time Deposit Account |
| Taxpayer ID #: | 75-6795037 | | Blanket Bond: | $4,000,000.00  (per case limit) |
| Period Ending: | 08/01/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/07/09 | | FUNDING ACCOUNT:<br>312084876466 | account funded | 9999-000 | 390,000.00 | | 390,000.00 |
| 08/06/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 48.09 | | 390,048.09 |
| 09/08/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 52.90 | | 390,100.99 |
| 10/08/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 48.09 | | 390,149.08 |
| 11/09/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 51.31 | | 390,200.39 |
| 12/09/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 48.11 | | 390,248.50 |
| 01/08/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 48.12 | | 390,296.62 |
| 02/08/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 49.72 | | 390,346.34 |
| 03/10/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 48.13 | | 390,394.47 |
| 04/09/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 48.14 | | 390,442.61 |
| 04/13/10 | | Transfer out to account<br>312084876466 | Transfer out to account 312084876466 | 9999-000 | -390,442.61 | | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | ACCOUNT TOTALS | | | 0.00 | 0.00 | $0.00 |
| | Less: Bank Transfers | | | -442.61 | 0.00 | |
| | Subtotal | | | 442.61 | 0.00 | |
| | Less: Payments to Debtors | | | | 0.00 | |
| | NET Receipts / Disbursements | | | $442.61 | $0.00 | |

Exhibit 9

Page: 7

# Form 2
## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 04-33526-7-T | | | **Trustee:** | Janina M. Hoskins (007880) | |
| **Case Name:** | Demas Wai Yan | | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. | |
| | | | | **Account:** | 312-0848764-65 - Money Market Account | |
| **Taxpayer ID #:** | 75-6795037 | | | **Blanket Bond:** | $4,000,000.00 (per case limit) | |
| **Period Ending:** | 08/01/12 | | | **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br><br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | 8<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/24/06 | {2} | Janina M. Elder, Trustee for Demas Yan | transfer of funds from Chapter 11 case | 1290-010 | 1,508,929.10 | | 1,508,929.10 |
| 10/27/06 | 1001 | Franchise Tax Board | FEIN #75-6795037 and FYE 02/28/06 Form 541 | 2820-000 | | 29.00 | 1,508,900.10 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 198.36 | | 1,509,098.46 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 991.93 | | 1,510,090.39 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 959.49 | | 1,511,049.88 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1,007.65 | | 1,512,057.53 |
| 02/05/07 | | ACCOUNT FUNDED: 312084876419 | account funded | 9999-000 | | 1,000,000.00 | 512,057.53 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 326.40 | | 512,383.93 |
| 03/05/07 | 1002 | Janina M. Elder | C. 11 Fees and Expenses | 6101-000 | | 12,231.84 | 500,152.09 |
| 03/05/07 | 1003 | Reidun Stromsheim | Chapter 11 fees approved by Court | 6110-000 | | 26,483.82 | 473,668.27 |
| 03/05/07 | 1004 | Bachecki & Crom | Chapter 11 fees approved | 6310-000 | | 12,957.13 | 460,711.14 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 253.85 | | 460,964.99 |
| 04/23/07 | 1005 | Mark Romeo, Esq. | approved C. 11 fees for counsel for Debtor | 6700-000 | | 40,000.00 | 420,964.99 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 254.36 | | 421,219.35 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 241.68 | | 421,461.03 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 217.55 | | 421,678.58 |
| 07/06/07 | 1006 | Franchise Tax Board | 2006 form 541- TIN 75-6795037 | 2820-000 | | 12.00 | 421,666.58 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 240.18 | | 421,906.76 |
| 08/02/07 | 1007 | Reidun Stromsheim | Chapter 7 Interim fees- Order 7/30/07 | 3210-000 | | 165,460.43 | 256,446.33 |
| 08/02/07 | 1008 | Bachecki & Crom | Interim Fees- Order 7/30/07 | 3410-000 | | 8,867.94 | 247,578.39 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 152.60 | | 247,730.99 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 123.46 | | 247,854.45 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 145.58 | | 248,000.03 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 129.03 | | 248,129.06 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 126.37 | | 248,255.43 |
| 01/24/08 | | ACCOUNT FUNDED: 312084876420 | account funded | 9999-000 | | 200,000.00 | 48,255.43 |
| 01/29/08 | 1009 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/29/2008 FOR CASE #04-33526-7, 2008 Blanket bond payment | 2300-000 | | 2,423.84 | 45,831.59 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 93.53 | | 45,925.12 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 9.50 | | 45,934.62 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 8.53 | | 45,943.15 |
| 04/07/08 | | From Account #312084876419 | Close CD | 9999-000 | 1,015,400.39 | | 1,061,343.54 |

| | | | | Subtotals : | $2,529,809.54 | $1,468,466.00 | |

Case: 04-33526    Doc# 490    Filed: 08/02/12    Entered: 08/02/12 10:29:41    Page 16 of 23

Exhibit 9

Page: 8

# Form 2
## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 04-33526-7-T | | **Trustee:** | Janina M. Hoskins (007880) | | |
| **Case Name:** | Demas Wai Yan | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. | | |
| | | | **Account:** | 312-0848764-65 - Money Market Account | | |
| **Taxpayer ID #:** | 75-6795037 | | **Blanket Bond:** | $4,000,000.00  (per case limit) | | |
| **Period Ending:** | 08/01/12 | | **Separate Bond:** | N/A | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/22/08 | 1010 | Reidun Stromsheim | Second interim fee application- fees | 3210-000 | | 95,579.90 | 965,763.64 |
| 04/22/08 | 1011 | Reidun Stromsheim | Second interim fees- costs approved | 3220-000 | | 3,360.35 | 962,403.29 |
| 04/22/08 | 1012 | Janina M. Elder | First Interim Chapter 7 compensation | 2100-000 | | 47,571.42 | 914,831.87 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | 1270-000 | 114.73 | | 914,946.60 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 114.55 | | 915,061.15 |
| 06/05/08 | | To Account #312084876466 | transfer of funds re approved interim distribution | 9999-000 | | 575,000.00 | 340,061.15 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 57.36 | | 340,118.51 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 43.22 | | 340,161.73 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 40.44 | | 340,202.17 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 44.63 | | 340,246.80 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1200% | 1270-000 | 37.10 | | 340,283.90 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1000% | 1270-000 | 26.75 | | 340,310.65 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 24.13 | | 340,334.78 |
| 01/23/09 | | ACCOUNT FUNDED: 312084876421 | account funded | 9999-000 | | 300,000.00 | 40,334.78 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 10.62 | | 40,345.40 |
| 02/26/09 | | From Account #312084876420 | Close CD via CD Rollover | 9999-000 | 201,304.61 | | 241,650.01 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 2.08 | | 241,652.09 |
| 03/16/09 | Int | JPMORGAN CHASE BANK, N.A. | transfer to checking to pay claims | 1270-000 | 5.25 | | 241,657.34 |
| 03/16/09 | | To Account #312084876466 | transfer to checking to pay claims | 9999-000 | | 241,657.34 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 2,731,635.01 | 2,731,635.01 | $0.00 |
| Less: Bank Transfers | 1,216,705.00 | 2,316,657.34 | |
| **Subtotal** | 1,514,930.01 | 414,977.67 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$1,514,930.01** | **$414,977.67** | |

Exhibit 9

Page: 9

# Form 2
## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 04-33526-7-T | | **Trustee:** | Janina M. Hoskins (007880) | | |
| **Case Name:** | Demas Wai Yan | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. | | |
| | | | **Account:** | 312-0848764-66 - Checking Account | | |
| **Taxpayer ID #:** | 75-6795037 | | **Blanket Bond:** | $4,000,000.00 (per case limit) | | |
| **Period Ending:** | 08/01/12 | | **Separate Bond:** | N/A | | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/05/08 | | From Account #312084876465 | transfer of funds re approved interim distribution | 9999-000 | 575,000.00 | | 575,000.00 |
| 06/05/08 | 101 | Spiegel, Laio and Kagay, LLP Trust Account | Payment for 5/30/08 order re Lei Claim resolution | 7100-000 | | 13,000.00 | 562,000.00 |
| 06/05/08 | 102 | Crystal Lei | payment on compromised claim per 5/30/08 Order | 7100-000 | | 32,000.00 | 530,000.00 |
| 06/05/08 | 103 | Wei Suen | payment per 5/15/08 Order on allowed claim | 7100-000 | | 400,000.00 | 130,000.00 |
| 06/05/08 | 104 | Spiegel Liao and Kagay, LLP Trust Account | payment per 5/15/08 Order to trust account | 7100-000 | | 100,000.00 | 30,000.00 |
| 06/05/08 | 105 | MBNA America Bank N.A. | Interim Distribution on Claim No. 5 | 7100-000 | | 130.96 | 29,869.04 |
| 06/05/08 | 106 | Felipe Santiesteban | Interim Distribution on Claim No. 7 | 7100-000 | | 6,500.00 | 23,369.04 |
| 06/05/08 | 107 | David Grassi | Interim Distribution on Claim NO. 8 | 7100-000 | | 12,000.00 | 11,369.04 |
| 06/05/08 | 108 | Bank of America, N.A. (USA) | Interim Distribution on Claim No. 13 | 7100-000 | | 268.91 | 11,100.13 |
| 06/05/08 | 109 | Discover Bank/Discover Financial Services | Interim distribution on Claim No. 19 | 7100-000 | | 58.18 | 11,041.95 |
| 06/05/08 | 110 | Discover Bank/Discover Financial Services | Interim Distribution on Claim No. 20 | 7100-000 | | 65.33 | 10,976.62 |
| 01/28/09 | 111 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/28/2009 FOR CASE #04-33526-7, Bond 016030864- 2009 | 2300-000 | | 692.35 | 10,284.27 |
| 03/16/09 | | From Account #312084876465 | transfer to checking to pay claims | 9999-000 | 241,657.34 | | 251,941.61 |
| 03/23/09 | 112 | Office of the U. S. Trustee | payment in full re Final distribution- admin. claim re unpaid C. 11 fees | 2950-000 | | 4,000.00 | 247,941.61 |
| 03/23/09 | 113 | Bachecki & Crom | final allowed expenses | 3420-000 | | 14.32 | 247,927.29 |
| 03/23/09 | 114 | Bachecki & Crom | Final C. 7 fees | 3410-000 | | 3,300.00 | 244,627.29 |
| 03/23/09 | 115 | Janina M. Elder | C. 7 compensation | 2100-000 | | 21,337.02 | 223,290.27 |
| 03/23/09 | 116 | Reidun Stromsheim | Final C. 7 fees | 3210-000 | | 67,839.00 | 155,451.27 |
| 03/23/09 | 117 | Reidun Stromsheim | Final C. 7 fees | 3220-000 | | 2,815.62 | 152,635.65 |
| 03/26/09 | | From Account #312084876421 | account transfer | 9999-000 | 300,075.21 | | 452,710.86 |
| 03/26/09 | 118 | Wei Suen | interest paid on claim no. 4 | 7990-000 | | 56,953.15 | 395,757.71 |
| 03/26/09 | 119 | MBNA America Bank N.A. | interest paid on claim no. 5 | 7990-000 | | 14.92 | 395,742.79 |
| 03/26/09 | 120 | Felipe Santiesteban | interest paid on Claim No. 7 | 7990-000 | | 740.39 | 395,002.40 |
| 03/26/09 | 121 | David Grassi | interest paid on Claim No. 8 | 7990-000 | | 1,366.88 | 393,635.52 |
| 03/26/09 | 122 | Bank of America, N.A. (USA) | interest paid on Claim No. 13 | 7990-000 | | 30.63 | 393,604.89 |
| 03/26/09 | 123 | Discover Bank/Discover Financial Services | interest paid on Claim no. 19 | 7990-000 | | 6.63 | 393,598.26 |
| 03/26/09 | 124 | Discover Bank/Discover Financial Services | Interest paid on Claim No. 20 | 7990-000 | | 7.44 | 393,590.82 |

| | | | | Subtotals : | $1,116,732.55 | $723,141.73 | |

Exhibit 9

Page: 10

# Form 2

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 04-33526-7-T | | | **Trustee:** | Janina M. Hoskins (007880) | |
| **Case Name:** | Demas Wai Yan | | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. | |
| | | | | **Account:** | 312-0848764-66 - Checking Account | |
| **Taxpayer ID #:** | 75-6795037 | | | **Blanket Bond:** | $4,000,000.00 (per case limit) | |
| **Period Ending:** | 08/01/12 | | | **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/26/09 | 125 | Golden State Lumber | payment on Writ of Attachment<br>Stopped on 04/30/09 | 8100-002 | | 14,395.40 | 379,195.42 |
| 03/31/09 | 126 | Sing Tao Newspapers San Francisco LTD | payment on Levy- Writ ot Execution- Case CGC 07-465863<br>Stopped on 04/30/09 | 8100-002 | | 97,789.00 | 281,406.42 |
| 04/30/09 | 125 | Golden State Lumber | payment on Writ of Attachment<br>Stopped: check issued on 03/26/09 | 8100-002 | | -14,395.40 | 295,801.82 |
| 04/30/09 | 126 | Sing Tao Newspapers San Francisco LTD | payment on Levy- Writ ot Execution- Case CGC 07-465863<br>Stopped: check issued on 03/31/09 | 8100-002 | | -97,789.00 | 393,590.82 |
| 07/07/09 | | ACCOUNT FUNDED: 312084876422 | account funded | 9999-000 | | 390,000.00 | 3,590.82 |
| 04/06/10 | | Wire out to BNYM account 000084876466 | Wire out to BNYM account 000084876466 | 9999-000 | -3,590.82 | | 0.00 |
| 04/13/10 | | Transfer in from account 312084876422 | Transfer in from account 312084876422 | 9999-000 | 390,442.61 | | 390,442.61 |
| 04/13/10 | | Wire out to BNYM account 000084876422 | Wire out to BNYM account 000084876422 | 9999-000 | -390,442.61 | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **1,113,141.73** | **1,113,141.73** | **$0.00** |
| Less: Bank Transfers | 1,113,141.73 | 390,000.00 | |
| **Subtotal** | **0.00** | **723,141.73** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$723,141.73** | |

Exhibit 9

Page: 11

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 04-33526-7-T | |
| Case Name: | Demas Wai Yan | |
| Taxpayer ID #: | 75-6795037 | |
| Period Ending: | 08/01/12 | |

| | |
|---|---|
| Trustee: | Janina M. Hoskins (007880) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-00848764-22 - Money Market Account |
| Blanket Bond: | $4,000,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/13/10 | | Wire in from JPMorgan Chase Bank, N.A. account 312084876466 | Wire in from JPMorgan Chase Bank, N.A. account 312084876466 | 9999-000 | 390,442.61 | | 390,442.61 |
| 04/13/10 | | To Account #92000084876466 | Adjust Principal via TIA Rollover | 9999-000 | | 90,442.61 | 300,000.00 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 20.95 | | 300,020.95 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 38.23 | | 300,059.18 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 36.98 | | 300,096.16 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 38.23 | | 300,134.39 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 38.24 | | 300,172.63 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 7.39 | | 300,180.02 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 7.64 | | 300,187.66 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 7.38 | | 300,195.04 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 7.64 | | 300,202.68 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 7.64 | | 300,210.32 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 6.90 | | 300,217.22 |
| 03/10/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.21 | | 300,219.43 |
| 03/14/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 0.98 | | 300,220.41 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.43 | | 300,224.84 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 7.39 | | 300,232.23 |
| 05/02/11 | | From Account #92000084876423 | Close TIA via TIA Rollover | 9999-000 | 40,004.14 | | 340,236.37 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 8.62 | | 340,244.99 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.69 | | 340,247.68 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.88 | | 340,250.56 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.88 | | 340,253.44 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.79 | | 340,256.23 |
| 10/12/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 1.01 | | 340,257.24 |
| 10/12/11 | | To Account #92000084876466 | close out mma and transfer to DDA re final distribution- payments | 9999-000 | | 340,257.24 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 430,699.85 | 430,699.85 | $0.00 |
| Less: Bank Transfers | | 430,446.75 | 430,699.85 |
| Subtotal | | 253.10 | 0.00 |
| Less: Payments to Debtors | | | 0.00 |
| NET Receipts / Disbursements | | $253.10 | $0.00 |

Exhibit 9

Page: 12

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 04-33526-7-T |
| Case Name: | Demas Wai Yan |
| | |
| Taxpayer ID #: | 75-6795037 |
| Period Ending: | 08/01/12 |

| | |
|---|---|
| Trustee: | Janina M. Hoskins (007880) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-00848764-23 - Trustee Investment Acct |
| Blanket Bond: | $4,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/04/10 | | FUNDING ACCOUNT:<br>92000084876466 | transfer to CD | 9999-000 | 75,000.00 | | 75,000.00 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.1500% | 1270-000 | 7.38 | | 75,007.38 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.1500% | 1270-000 | 9.56 | | 75,016.94 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.1500% | 1270-000 | 9.55 | | 75,026.49 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.84 | | 75,028.33 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.91 | | 75,030.24 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.84 | | 75,032.08 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.91 | | 75,033.99 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.91 | | 75,035.90 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.72 | | 75,037.62 |
| 03/01/11 | | To Account #92000084876466 | Adjust Principal via TIA Rollover | 9999-000 | | 35,037.62 | 40,000.00 |
| 03/30/11 | | To Account #92000084876466 | TIA transfer correction | 9999-000 | 2.00 | | 40,002.00 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 1.81 | | 40,003.81 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.32 | | 40,004.13 |
| 05/02/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0000% | 1270-000 | 0.01 | | 40,004.14 |
| 05/02/11 | | To Account #92000084876422 | Close TIA via TIA Rollover | 9999-000 | | 40,004.14 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 75,041.76 | 75,041.76 | **$0.00** |
| Less: Bank Transfers | 75,002.00 | 75,041.76 | |
| **Subtotal** | **39.76** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$39.76** | **$0.00** | |

Exhibit 9

Page: 13

# Form 2
## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case Number:** | 04-33526-7-T | **Trustee:** | Janina M. Hoskins (007880) |
| **Case Name:** | Demas Wai Yan | **Bank Name:** | The Bank of New York Mellon |
| | | **Account:** | 9200-00848764-66 - Checking Account |
| **Taxpayer ID #:** | 75-6795037 | **Blanket Bond:** | $4,000,000.00 (per case limit) |
| **Period Ending:** | 08/01/12 | **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account 312084876466 | Wire in from JPMorgan Chase Bank, N.A. account 312084876466 | 9999-000 | 3,590.82 | | 3,590.82 |
| 04/13/10 | | From Account #92000084876422 | Adjust Principal via TIA Rollover | 9999-000 | 90,442.61 | | 94,033.43 |
| 04/14/10 | 10127 | Reidun Stromsheim | Interim fees per Order 3/15/10 | 3210-000 | | 15,672.00 | 78,361.43 |
| 04/14/10 | 10128 | Reidun Stromsheim | C. 7 expenses- Order 3/15/10 | 3220-000 | | 333.92 | 78,027.51 |
| 06/04/10 | | ACCOUNT FUNDED: 92000084876423 | transfer to CD | 9999-000 | | 75,000.00 | 3,027.51 |
| 03/01/11 | | From Account #92000084876423 | Adjust Principal via TIA Rollover | 9999-000 | 35,037.62 | | 38,065.13 |
| 03/03/11 | 10129 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/03/2011 FOR CASE #04-33526-7, 2011 Blanket Bond Payment Bond # 016030864 | 2300-000 | | 517.18 | 37,547.95 |
| 03/30/11 | | From Account #92000084876423 | TIA transfer credit adjustment | 9999-000 | -2.00 | | 37,545.95 |
| 03/31/11 | 10130 | Reidun Stromsheim, Esq. | First Interim Post-Final Fees- Order 3/21/11- Dckt. 466 | 3210-000 | | 36,226.50 | 1,319.45 |
| 03/31/11 | 10131 | Reidun Stromsheim, Esq. | First Interim Post-Final Expenses 3/21/11- Dckt. 466 | 3220-000 | | 611.94 | 707.51 |
| 10/12/11 | | From Account #92000084876422 | close out mma and transfer to DDA re final distribution- payments | 9999-000 | 340,257.24 | | 340,964.75 |
| 10/14/11 | 10132 | Reidun Stromsheim, Esq. | Final Fee Application- Order- Docket no. 488 | 3210-000 | | 8,277.50 | 332,687.25 |
| 10/14/11 | 10133 | Reidun Stromsheim, Esq. | Final Expenses- Allowed Order- Docket no. 488 | 3220-000 | | 543.42 | 332,143.83 |
| 10/14/11 | 10134 | Golden State Lumber | Payment in full on Levy and Judgment/Writ- paid from Debtor's Surplus | 8100-002 | | 17,765.60 | 314,378.23 |
| 10/14/11 | 10135 | Sing Tao Newspapers (SF) Ltd | Payment from Debtor's surplus per Writ and Levy | 8100-002 | | 122,927.38 | 191,450.85 |
| 10/18/11 | 10136 | Crystal Lei | Payment in full with interest to 10/18/11 on 3 Writs re CGC 07-467500 | 8100-002 | | 16,411.16 | 175,039.69 |
| 11/08/11 | 10137 | Demas Wai Yan | Surplus funds paid to Debtor after payment of claims and levies | 8200-002 | | 175,039.69 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 469,326.29 | 469,326.29 | $0.00 |
| Less: Bank Transfers | | 469,326.29 | 75,000.00 | |
| **Subtotal** | | 0.00 | 394,326.29 | |
| Less: Payments to Debtors | | | 332,143.83 | |
| **NET Receipts / Disbursements** | | $0.00 | $62,182.46 | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 04-33526-7-T | | Trustee: | Janina M. Hoskins (007880) |
|---|---|---|---|---|
| Case Name: | Demas Wai Yan | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-00848764-66 - Checking Account |
| Taxpayer ID #: | 75-6795037 | | Blanket Bond: | $4,000,000.00 (per case limit) |
| Period Ending: | 08/01/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # 312084868465** | -462.70 | 0.00 | 0.00 |
| **MMA # 312084868467** | 462.70 | 0.00 | 0.00 |
| **TIA # 312-0848764-19** | 15,400.39 | 0.00 | 0.00 |
| **TIA # 312-0848764-20** | 1,304.61 | 0.00 | 0.00 |
| **TIA # 312-0848764-21** | 75.21 | 0.00 | 0.00 |
| **TIA # 312-0848764-22** | 442.61 | 0.00 | 0.00 |
| **MMA # 312-0848764-65** | 1,514,930.01 | 414,977.67 | 0.00 |
| **Checking # 312-0848764-66** | 0.00 | 723,141.73 | 0.00 |
| **MMA # 9200-00848764-22** | 253.10 | 0.00 | 0.00 |
| **TIA # 9200-00848764-23** | 39.76 | 0.00 | 0.00 |
| **Checking # 9200-00848764-66** | 0.00 | 62,182.46 | 0.00 |
| | $1,532,445.69 | $1,200,301.86 | $0.00 |

August 1, 2012         /s/ Janina M. Hoskins

_____        _____

Date               Janina M. Hoskins