Tony Fu
5813 Geary Blvd., PMB 188
San Francisco, CA 94121
(415) 867 - 5973
Creditor/Claimant in Pro Per

FILED
AUG 29 2012
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re: DEMAS YAN (Yan),

Debtor

) Bankruptcy Court Case No: 04-33526 TEC
) Chapter 7
)
)
)
)
)
) **OPPOSITION TO TRUSTEE'S FINAL**
) **ACCOUNT AND DISTRIBUTION**
) **REPORT(TDR)**
)
)
) Hearing Date: October 5, 2012
) Time: 9:30 am
) Judge: Hon. Thomas Carlson
) Place: 235 Pine Street, 23rd FL
)         San Francisco

Creditor/Claimant Tony Fu ("Fu") hereby oppose and object to Chapter 7 Trustee's Final Account And Distribution Report Certification That The Estate Has Been Fully Administered And Application To Be Discharged (TDR) filed on August 2, 2012, docket #490, and moves the court to set aside the TDR base on the following facts:

1. Trustee gave back the money to Debtor before all cases are fully administered and her conduct was willful and unlawful.

2. Trustee deliberately or intentionally did not give out "notice" to Claimant with regard to the money that would give back to Debtor.

3. Trustee gave back or distributed the money to Debtor in bad faith because she intentionally ignored other claimant's objection and the Court Order.

4. Trustee willfully misrepresented that the TDR and money distributed to Debtor was "in accordance with…order of the Court…" See first page of TDR.
5. Trustee willfully misrepresented that "The case is fully administered." See first page of TDR.
6. Trustee willfully misrepresented that "this case have been properly accounted for as provided by law." See first page of TDR.
7. This case is far from "fully administered" or "properly accounted for" by normal standard. No competent Trustee would declare such statements because cases originated from this Court and Debtor disputed with regards to the prepetition claims are still pending in the appeal court and the out come would significantly affect the estate of the case.

**Conclusion**

For any and all the reasons set out in this motion or additional reasons may be submitted at the hearing, this Court should not approve this TDR filed on August 2, 2012 and entered on docket #490.

Dated: August 28, 2012

Respectfully Submitted,

_____
Tony Fu,
Claimant in Pro Per