1   REIDUN STRØMSHEIM # 104938
    JOANNE LAFRENIERE # 58011
2   STROMSHEIM & ASSOCIATES
    201 California Street, Suite 350
3   San Francisco, California  94111
    Telephone:    (415) 989-4100
4   Fax:          (415) 989-2235
    jlafreniere@stormsheim.com
5
    Attorneys for Trustee,
6   JANINA M. HOSKINS
7
8
9
10              UNITED STATES BANKRUPTCY COURT
11              NORTHERN DISTRICT OF CALIFORNIA
12
13  In re:                              Case No. 04-33526 TCJE
14  DEMAS WAI YAN                       Chapter 7
    aka Dennis Yan
15  SS # xxx xx 5968
16          Debtor
17                  **CERTIFICATE OF SERVICE**
18          I am employed in the County of San Francisco, State of California.  I am over the age of
19  eighteen years and not a party to the within case; my business address is 201 California Street,
20  Suite 350, San Francisco, California 94111.  On this day I caused to be served the document(s)
21  listed below:
22  **[PROPOSED] ORDER DENYING MOTION TO REVOKE ABANDONMENT**
23  on the following parties:
24  Tony Fu
25  5813 Geary Blvd., PMB 188
    San Francisco, CA 94121
26
    Michael Betz
27  Allen Matkins, et al
    Three Embarcadero Center, 12th Floor
28  San Francisco, CA  94111

STROMSHEIM & ASSOCIATES

1   Dennis Yan
    Law Office of Dennis Yan
2   425 Market St. #2200
    San Francisco, CA 94105
3
4   by placing a true copy thereof enclosed in a sealed envelope with first class postage thereon fully

5   paid, in my firm's service center/mailing department.  I am readily familiar with my firm's

6   business practices, wherein all correspondence received for processing by the mailing department

7   will be deposited this day in the U.S. Mail at San Francisco, California, in the ordinary course of

8   business.

9       I declare under penalty of perjury that the foregoing is true and correct.

10      Executed at San Francisco, California, on October 5, 2012

11

12              /s/    Malreen Prasad
            Legal Assistant
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28