Entered on Docket
October 12, 2012
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



REIDUN STRØMSHEIM # 104938
JOANNE LAFRENIERE # 158011
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California 94111
Telephone: (415) 989-4100
Fax: (415) 989-2235
jlafreniere@stromsheim.com

Attorneys for Trustee,
JANINA M. HOSKINS

Signed and Filed: October 10, 2012

_____
THOMAS E. CARLSON
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

DEMAS WAI YAN
aka Dennis Yan
SS # xxx xx 5968

Debtor

Case No. 04-33526 TCJH
Chapter 7

Date: October 5, 2012
Time: 9:30 a.m.
Place: 235 Pine Street, 23rd Floor
San Francisco, CA

### ORDER OVERRULING OPPOSITION TO TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT

The "Opposition to Trustee's Final Account and Distribution Report" filed by Tony Fu at *ECF No. 493*, and the "joinder" therein by Crystal Lei at *ECF No. 492* came on for hearing on October 5, 2012. Tony Fu appeared on his own behalf, and Michael Betz appeared on behalf of Crystal Lei, and Joanne LaFreniere appeared on behalf of trustee Janina M. Hoskins. The Final Account, having been approved and authorized after notice and hearing pursuant to Order entered on March 18, 2009 and subsequent distributions having been made pursuant to Court Order after notice and hearing, for the reasons stated on the record, and good cause appearing,

IT IS HEREBY ORDERED that the Opposition of Tony Fu and joinder by Crystal Lei are overruled.

*END OF ORDER*

| | |
|---|---|
| 1 | COURT'S SERVICE LIST |
| 2 | |
| 3 | Tony Dong Xing Fu |
| | 5813 Geary Blvd. |
| 4 | PMB 188 |
| | San Francisco, CA 94121 |
| 5 | |
| 6 | |
| 7 | and via ECF notice to ECF recipients. |