

**Entered on Docket**
**October 12, 2012**
**GLORIA L. FRANKLIN, CLERK**
**U.S BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**Signed and Filed: October 10, 2012**

**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**

REIDUN STRØMSHEIM # 104938
JOANNE LAFRENIERE # 158011
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California 94111
Telephone: (415) 989-4100
Fax: (415) 989-2235
jlafreniere@stromsheim.com

Attorneys for Trustee,
JANINA M. HOSKINS

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>DEMAS WAI YAN<br>aka Dennis Yan<br>SS # xxx xx 5968<br><br>Debtor | Case No. 04-33526 TCJH<br>Chapter 7<br><br>Date: October 5, 2012<br>Time: 9:30 a.m.<br>Place: 235 Pine Street, 23rd Floor<br>San Francisco, CA |

**ORDER DENYING MOTION TO REVOKE ABANDONMENT**

The "Motion to Revoke Abandonment Pursuant to FRCP 60(b)-(d)" (the "Motion") filed by Tony Fu at *ECF No. 494*; as well as the "joinder" therein by Crystal Lei ("Lei") at *ECF No. 492*, came on for hearing on October 5, 2012. Tony Fu appeared on his own behalf, and Michael Betz appeared on behalf of Crystal Lei, and Joanne LaFreniere appeared on behalf of t he trustee. The Court having considered the pleadings and arguments, and for the reasons stated on the record, and good cause appearing,

IT IS HEREBY ORDERED that the Motion is denied.

*END OF ORDER*

COURT'S SERVICE LIST

Tony Dong Xing Fu
5813 Geary Blvd.
PMB 188
San Francisco, CA 94121

and via ECF notice to ECF recipients.