```
                        United States Bankruptcy Court
                        Northern District of California
In re:                                                    Case No. 04-33526-TEC
Demas Wai Yan                                             Chapter 7
         Debtor
                        CERTIFICATE OF NOTICE
District/off: 0971-3         User: nwhite              Page 1 of 2       Date Rcvd: Oct 12, 2012
                             Form ID: pdfeoc           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2012.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
8469435      +E-mail/Text: tonydxfu@gmail.com Oct 13 2012 02:36:05      Tony Fu,   5813 Geary Blvd., PMB 188,
               San Francisco, CA 94121-2004
                                                                                                  TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 14, 2012**                    **Signature:**           *Joseph Speetjens*

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2012 at the address(es) listed below:
         Adam A. Lewis    on behalf of Creditor  Sing Tao Newspapers Los Angeles Ltd. alewis@mofo.com
         Ann Nhieu Nguyen    on behalf of Creditor Charles Li ann@pnallp.com,  david@pnallp.com
         Bartholomew Lee    on behalf of Defendant Li Lei blee@slksf.com
         Bryan L. Hawkins    on behalf of Creditor Crystal Lei bhawkins@allenmatkins.com
         Cathy A. Hongola    on behalf of Cross Defendant Bryant Fu chongola@allenmatkins.com,
          jhidde@allenmatkins.com
         Dennis  Yan    on behalf of Creditor CHEUK TIN YAN DENNISY@YAHOO.COM,  dy@yanlaw.com
         Janina M. Hoskins    jmelder7@aol.com,  Ca80@ecfcbis.com
         Jay D. Crom    jcrom@bachcrom.com
         Joanne M. LaFreniere    on behalf of Plaintiff Janina Hoskins jlafreniere@stromsheim.com
         John  Chu    on behalf of Creditor Wei Suen jchu149@yahoo.com
         Kristina  Pollak    on behalf of Trustee Janina Hoskins kpollak@stromsheim.com
         Linda  Sorensen    on behalf of Trustee Janina Hoskins lindasorensen@earthlink.net
         Marc D. Coopersmith    on behalf of Creditor  Sierra Point and Plywood Co., Inc.
          mcoopersmith@goldenstatelumber.com
         Mark J. Romeo    on behalf of Defendant Demas Yan romeolaw@msn.com
         Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov,  ltroxas@hotmail.com
         Reidun  Stromsheim    on behalf of Plaintiff Janina Hoskins rstromsheim@stromsheim.com
         Robert H. Staley    on behalf of Defendant Li Lei staley@eesclaw.com,  cisneros@eesclaw.com
         Stanley R. Frazier    on behalf of Plaintiff Crystal Lei java3035@aol.com
         William Webb Farrer    on behalf of Cross Defendant Stella Chen wwfarrer@farrerlaw.org,
          laurel@farrerlaw.org
         William Webb Farrer    on behalf of Creditor Stella Chen laurel@farrerlaw.org
                                                      TOTAL: 20



REIDUN STRØMSHEIM # 104938
JOANNE LAFRENIERE # 158011
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California 94111
Telephone: (415) 989-4100
Fax: (415) 989-2235
jlafreniere@stromsheim.com

Attorneys for Trustee,
JANINA M. HOSKINS

Signed and Filed: October 10, 2012

_____
**THOMAS E. CARLSON**
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>DEMAS WAI YAN<br>aka Dennis Yan<br>SS # xxx xx 5968<br><br>Debtor | Case No. 04-33526 TCJH<br>Chapter 7<br><br>Date: October 5, 2012<br>Time: 9:30 a.m.<br>Place: 235 Pine Street, 23rd Floor<br>        San Francisco, CA |

### ORDER OVERRULING OPPOSITION TO TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT

The "Opposition to Trustee's Final Account and Distribution Report" filed by Tony Fu at *ECF No. 493*, and the "joinder" therein by Crystal Lei at *ECF No. 492* came on for hearing on October 5, 2012. Tony Fu appeared on his own behalf, and Michael Betz appeared on behalf of Crystal Lei, and Joanne LaFreniere appeared on behalf of trustee Janina M. Hoskins. The Final Account, having been approved and authorized after notice and hearing pursuant to Order entered on March 18, 2009 and subsequent distributions having been made pursuant to Court Order after notice and hearing, for the reasons stated on the record, and good cause appearing,

IT IS HEREBY ORDERED that the Opposition of Tony Fu and joinder by Crystal Lei are overruled.

*END OF ORDER*

| | |
|---|---|
| 1 | COURT'S SERVICE LIST |
| 2 | |
| 3 | Tony Dong Xing Fu |
| | 5813 Geary Blvd. |
| 4 | PMB 188 |
| | San Francisco, CA 94121 |
| 5 | |
| 6 | |
| | and via ECF notice to ECF recipients. |
| 7 | |