```
                         United States Bankruptcy Court
                         Northern District of California
In re:                                                         Case No. 04-33526-TEC
Demas Wai Yan                                                  Chapter 7
         Debtor
                            CERTIFICATE OF NOTICE
District/off: 0971-3          User: nwhite              Page 1 of 2        Date Rcvd: Oct 12, 2012
                              Form ID: pdfeoc           Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2012.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
8469435       +E-mail/Text: tonydxfu@gmail.com Oct 13 2012 02:36:05     Tony Fu,   5813 Geary Blvd., PMB 188,
               San Francisco, CA 94121-2004
                                                                                              TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 14, 2012**                    **Signature:** *Joseph Speetjens*

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2012 at the address(es) listed below:

        Adam A. Lewis    on behalf of Creditor   Sing Tao Newspapers Los Angeles Ltd. alewis@mofo.com
        Ann Nhieu Nguyen    on behalf of Creditor Charles Li ann@pnallp.com, david@pnallp.com
        Bartholomew Lee    on behalf of Defendant Li Lei blee@slksf.com
        Bryan L. Hawkins    on behalf of Creditor Crystal Lei bhawkins@allenmatkins.com
        Cathy A. Hongola    on behalf of Cross Defendant Bryant Fu chongola@allenmatkins.com, jhidde@allenmatkins.com
        Dennis Yan    on behalf of Creditor CHEUK TIN YAN DENNISY@YAHOO.COM, dy@yanlaw.com
        Janina M. Hoskins    jmelder7@aol.com, Ca80@ecfcbis.com
        Jay D. Crom    jcrom@bachcrom.com
        Joanne M. LaFreniere    on behalf of Plaintiff Janina Hoskins jlafreniere@stromsheim.com
        John Chu    on behalf of Creditor Wei Suen jchu149@yahoo.com
        Kristina Pollak    on behalf of Trustee Janina Hoskins kpollak@stromsheim.com
        Linda Sorensen    on behalf of Trustee Janina Hoskins lindasorensen@earthlink.net
        Marc D. Coopersmith    on behalf of Creditor  Sierra Point and Plywood Co., Inc. mcoopersmith@goldenstatelumber.com
        Mark J. Romeo    on behalf of Defendant Demas Yan romeolaw@msn.com
        Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
        Reidun Stromsheim    on behalf of Plaintiff Janina Hoskins rstromsheim@stromsheim.com
        Robert H. Staley    on behalf of Defendant Li Lei staley@eesclaw.com, cisneros@eesclaw.com
        Stanley R. Frazier    on behalf of Plaintiff Crystal Lei java3035@aol.com
        William Webb Farrer    on behalf of Cross Defendant Stella Chen wwfarrer@farrerlaw.org, laurel@farrerlaw.org
        William Webb Farrer    on behalf of Creditor Stella Chen laurel@farrerlaw.org

                                                                                       TOTAL: 20



| | |
|---|---|
| REIDUN STRØMSHEIM # 104938<br>JOANNE LAFRENIERE # 158011<br>STROMSHEIM & ASSOCIATES<br>201 California Street, Suite 350<br>San Francisco, California  94111<br>Telephone:    (415) 989-4100<br>Fax:              (415) 989-2235<br>jlafreniere@stromsheim.com<br><br>Attorneys for Trustee,<br>JANINA M. HOSKINS | Signed and Filed: October 10, 2012<br><br>_____<br>**THOMAS E. CARLSON**<br>**U.S. Bankruptcy Judge** |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>DEMAS WAI YAN<br>aka Dennis Yan<br>SS # xxx xx 5968<br><br>Debtor | Case No. 04-33526 TCJH<br>Chapter 7<br><br>Date: October 5, 2012<br>Time: 9:30 a.m.<br>Place: 235 Pine Street, 23rd Floor<br>          San Francisco, CA |

**ORDER DENYING MOTION TO REVOKE ABANDONMENT**

The "Motion to Revoke Abandonment Pursuant to FRCP 60(b)-(d)" (the "Motion") filed by Tony Fu at *ECF No. 494*; as well as the "joinder" therein by Crystal Lei ("Lei") at *ECF No. 492*, came on for hearing on October 5, 2012.  Tony Fu appeared on his own behalf, and Michael Betz appeared on behalf of Crystal Lei, and Joanne LaFreniere appeared on behalf of the trustee.  The Court having considered the pleadings and arguments, and for the reasons stated on the record, and good cause appearing,

IT IS HEREBY ORDERED that the Motion is denied.

*END OF ORDER*

| | |
|---|---|
| 1 | COURT'S SERVICE LIST |
| 2 | |
| 3 | Tony Dong Xing Fu |
| | 5813 Geary Blvd. |
| 4 | PMB 188 |
| | San Francisco, CA 94121 |
| 5 | |
| 6 | |
| | and via ECF notice to ECF recipients. |
| 7 | |

STROMSHEIM &
ASSOCIATES

2