# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# COPY REQUEST FORM
### ***PLEASE PRINT LEGIBLY***

Requesting Party Name: __Bryant Fu__                                    Date: __10/5/2021__

Address: __337 28th Avenue, San Francisco, CA 94121__

Telephone Number: __(415) 221-0969__

Case Number: __04-33526__          OPEN ☐     CLOSED ☑

Case Name: __In re Demas Wai Yan__

Documents to be copied:

| Document No. | Document Title | Number of Copies ($0.50 per page) | Certification ($11.00 each) |
|---|---|---|---|
| 166 | Complaint for Avoidance and Recovery of Fraud | 4 | Yes |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Records to be copied:

☐ Case Docket

☐ Claims Register

**All copy request fees must be paid in advance. Personal Checks and Cash ARE NOT accepted.**

NUMBER OF PAGES TO BE COPIED:        __0__     X $0.50     = $ 0.00   2.00

NUMBER OF DOCUMENTS TO BE CERTIFIED: __0__     X $11.00    = $ 0.00   11.00

                                                TOTAL:      $ 0.00

                                                            13.00

Paper copies to be returned by U.S. Mail               ☐     *For returns by mail, please include a self-addressed envelope with sufficient postage included.*

Paper copies to be picked up at the Clerk's Office     ☐

- COMPLETED
  BG 10/5/21
- REC'D @ INTAKE
- PAID BY CARD